Mark F. Buckman      SBN 7080
Law Offices of Mark F. Buckman
8359 Elk Grove Florin Rd
Suite 103-320
Sacramento, CA 95829
Telephone:  (916) 442-8300
Markfbuckman@sbcglobal.net
Attorneys for Defendants Jennifer
Buckman and Mark F. Buckman,
individually and as Trustee of the Mark
F. Buckman Trust

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN,<br><br>Plaintiffs,<br><br>VS.<br><br>MARK F. BUCKMAN, et al.,<br><br>Defendants. | Civil No. CV 24-00129 MWJS-KJM<br><br>DECLARATION OF ATTORNEY MARK F. BUCKMAN IN SUPPORT OF  DEFENDANT JENNIFER BUCKMAN'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6))<br><br>Magistrate Judge Kenneth J. Mansfield<br><br>Trial Date: November 3, 2025<br><br>Docket Number 61 |

1

I, Mark F. Buckman, declare as follows:

1.      I am the attorney for Defendant Jennifer Buckman as well as a defendant and counterclaimant in this matter.

2.      I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3.      I am making this declaration because we did not have a chance to oppose plaintiff's motion for leave to amend the FAC.  As shown below, the SAC seems to be a sham pleading as against Jennifer based on the limited testimony we obtained from the Plaintiff.

4.      We conducted a deposition and took a little less than 2 ½ hours of Plaintiff's testimony over two days on August 15-16.  (We have not completed the deposition because Plaintiff's counsel ended it early on both days and failed to produce any documents.)  I asked, and plaintiff answered, the following questions:

Question:    You know you you've accused in your lawsuit of Jenny of like getting you to sign documents. Do you recall a single word Jenny said to you regarding the documents?

Plaintiff:    **I don't recall a single word.**

Question:    Do you recall any of the general idea of what it's the gist of what was said by Jennifer?

Plaintiff:    **No.**

/        /

2

Question:   Did Jennifer give you any reason to believe that you shouldn't read the documents?
Plaintiff:   **No.**

/        /

Question:   Did Mark or Jennifer rush you to sign the documents or encourage you not to read them in any way?
Plaintiff:   Regarding the back house?
Question:   Correct
Plaintiff:   **I don't know.**

[The above is the only document allegedly signed in J. Buckman's presence]

/        /

Question:   If you could just tell me as a general idea, who are you suing in this case?
Plaintiff:   I think I'm suing Mark Buckman.

Question:   Anybody else?
Plaintiff:   **Maybe Jennifer.**

Question:   And tell me about the Jennifer. Do you think you're suing Jennifer or not?
Plaintiff:   **I do not know**.

Question:   And why would you be suing Jennifer?
Plaintiff:   Because Jennifer is behind Mark 100%.

Question:   But is that your reason for suing Jennifer, why is that bad?
Plaintiff:   I didn't say it was bad.

Question:   Oh, okay. Do you think Jennifer's done anything bad to you?
Plaintiff:   **I'm not sure**.

Question:   How could you be sure? Do you have any documents or any way

3

Plaintiff:     to know?
**No.**

Question:    Okay, as you sit here today, do you think Jennifer's done anything wrong to you?

Plaintiff:    Perhaps.

Question:    Why so?

Plaintiff:    Excuse me, **I'm not sure.**

Question:    I'm sorry, as you sit here today, can you think of anything that Jennifer's done wrong to you?

Plaintiff:    Well, Jennifer made me think she was helping me, but I think she was always helping you.

Question:    And is that bad for you?

Plaintiff:    Yes.

Question:    How did Jennifer hurt you?

Plaintiff:    **I don't know.**

Question:    It seems like you say Jennifer supports Mark her husband, correct?

Plaintiff:    Yes.

Question:    And other than that, you don't know anything that Jennifer has done wrong to you or to hurt you, correct?

Plaintiff:    **I don't know.**

/    /

Question:    Did Mark ever get you to sign any paperwork by fooling you?

Plaintiff:    **I'm not sure.**

Question:    Did he ever lie to you about any documents or what they meant?

Plaintiff:    **I don't think so. I don't know.**

Question:    In your experience with Mark in your life and his reputation, is Mark a liar?
Plaintiff:    **No.**


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 23, 2024 at Elk Grove, California.

/s/ Mark F. Buckman
Mark F. Buckman

## CERTIFICATE OF SERVICE

I, Mark F. Buckman, hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

### SERVED ELECTRONICALLY THROUGH CM / ECF:

Richard E. Wilson, Esq.   rewilson_law@yahoo.com      August 23, 2024
Law Offices of Richard E. Wilson, LLC
735 Bishop Street, Suite 306
Honolulu, HI 96813

ADDISON D. BONNER  adb@tsbhawaii.com         August 23, 2024
TAMASHIRO SOGI & BONNER
705 S. King Street, Suite 105
Honolulu, Hawaii 96813

Dated:        Elk Grove, California, August 23, 2024

> ___/s/ Mark F. Buckman_____
> Law Offices of Mark F. Buckman
> Mark F. Buckman, Esq.
> Attorneys for Defendants Jennifer Buckman
> and Mark F. Buckman, individually and as
> Trustee of the Mark F. Buckman Trust