# Exhibit 1

# LAW OFFICES OF
# MARK F. BUCKMAN

8359 ELK GROVE FLORIN ROAD, SUITE 103-320
SACRAMENTO, CA 95829
PHONE: (916) 442-8300

February 12, 2025

**VIA FIRST CLASS MAIL**

Natalie Pitre
4841 Analii Street
Honolulu, HI 96821

      Re:    **Subpoena for Testimony and Documents
CV 24-00129 MWJS-KJM; Buckman v. Buckman**

Dear Natalie Pitre:

    As you may know, I am legal counsel to Jennifer Buckman in the above-entitled matter. You have been identified by Patricia Buckman as a witness in the case. Thus, we will need to obtain documents from you related to the case and the claims made therein.

    I understand that you were recently served with a SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION. That Subpoena also included an attached Exhibit A, a list of documents you are required to bring to the deposition. I've included an extra copy of the subpoena and Exhibit A for your convenient reference. I'm also enclosing my office's check #5390 in the amount of $9.80 as witness fees / travel costs to deliver documents to the court reporter's office, as set forth in the subpoena. If you make copies of the requested documents in advance, I will also reimburse you for reasonable copying costs - just bring a receipt for same to the deposition.

    I set the document production for **Wednesday, February 26 at 8:30 a.m.** You have been involved with this case since before it was filed, so you should not have an issue providing documents requested by the subpoena.

    Although I cannot provide you any legal advice, please feel free to contact me with any questions or concerns regarding the Subpoena and requested documents. Thank you for your attention to this matter.

Regards,

Mark F. Buckman, Esq.



**Law Offices of Mark F. Buckman**
**General Account**
717 K Street, Suite 219
Sacramento, CA 95814

5390

90-3341/1211

DATE 2-12-25

PAY TO THE ORDER OF  *Natalie Pitre*

$ 9.80

— Nine & 80/100 —————————— DOLLARS

River City Bank
8923 Elk Grove Blvd.
Sacramento, CA 95624

FOR Witness fees - B v. B - 24-129

⑈005390⑈ ⑆121133416⑆ 1111029288⑈