# Exhibit 2

 Gmail

## Fw: Natalie Pitre subpoena February 26, 2025 not available

2 messages

----- Forwarded Message -----

From: Mark Buckman <markfbuckman@sbcglobal.net>
To: Natalie Pitre <nataliebpitre@gmail.com>
Sent: Sunday, March 2, 2025 at 08:42:24 PM HST
Subject: Re: Natalie Pitre subpoena February 26, 2025 not available


Hi Natalie,

   Regarding scheduling your deposition in case 24-129, I understand you say you are not available on March 27 or 28. What are you conflicts with those dates?   Are you available March 3 or March 4?  If you cannot confirm one of both of those dates, or a reasonable alternate date, then I will move forward and just set your deposition because we have to move the case forward.

Regards,

Mark


On Sunday, March 2, 2025 at 06:37:17 PM GMT-12, Mark Buckman <markfbuckman@sbcglobal.net> wrote:


Hi Natalie,

Did you deliver the subpoenaed documents to the court reporter last week?  If not, then: (1) why not? and (2) when will you deliver them?

Regards,

Mark


On Thursday, February 27, 2025 at 03:37:35 PM GMT-12, Natalie Pitre <nataliebpitre@gmail.com> wrote:

March 27 or 28 do not work.

> On Feb 21, 2025, at 2:20 PM, Mark Buckman <markfbuckman@sbcglobal.net> wrote:
>
> Hi Natalie,
>
>     To clarify, YES, this time, just dropping off documents on the appointed day.  We will be taking your deposition at a later date.  How does March 27 or 28 work for you?
>
> Mark
>
> -----Original Message-----
> From: Natalie Pitre [mailto:nataliebpitre@gmail.com]
> Sent: Thursday, February 20, 2025 4:09 PM
> To: markfbuckman@sbcglobal.net
> Subject: Re: Natalie Pitre subpoena February 26, 2025 not available
>
> Please clarify, am I simply dropping off the requested documents or are you deposing me AGAIN that day, or what?
>
>
> Mahalo,
> Natalie B Pitre
> 808-927-9199
> Sent from my iPhone
>
>> On Feb 20, 2025, at 12:19 PM, Mark Buckman <markfbuckman@sbcglobalnet> wrote:
>>
>> Hello Natalie,
>>
>>  Thank you for your email.  If not the 26th, how about the 27th?  If
>> not, what are you conflicts with those dates?  What other dates are you
>> available, like February 28, or March 3-4?
>>
>>  When will Carl be back to be served?  I would like to accomplish
>> that with as little disruption as possible, and even allow him to
>> participate in setting a date for his deposition.
>>
>>  In the meantime, please make sure to preserve all evidence,
>> documents, emails, texts, electronic records, etc. that in any way relate to
>> any of the cases now under way.
>>
>> Regards,
>>
>> Mark
>>
>> -----Original Message-----
>> From: Natalie Pitre [mailto:nataliebpitre@gmail.com]
>> Sent: Thursday, February 20, 2025 1:59 PM
>> To: Mark Buckman
>> Subject: Natalie Pitre subpoena February 26, 2025 not available
>>
>> Mark,
>>
>> Carl was not present to be served today.
>>
>> I am not available February 26, 2025 at 8:30 AM.
>>
>>
>> Mahalo,
>> Natalie B Pitre

>> 808-927-9199
>> Sent from my iPhone
>>
>