IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICIA W. BUCKMAN, Individually, and as Trustee of the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W. BUCKMAN REVOCABLE TRUST, | ) ) ) ) ) ) ) | CIVIL NO. 24-00129 MWJS-KJM ORDER GRANTING JENNIFER BUCKMAN'S APPLICATION FOR AN ORDER TO SHOW CAUSE WHY KIMBERLY BUCKMAN SHOULD NOT BE HELD IN |
| Plaintiffs, | ) ) ) | CONTEMPT OF COURT FOR FAILING TO OBEY A SUBPOENA |
| vs. | ) ) ) | TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; ORDER TO SHOW CAUSE |
| MARK F. BUCKMAN, Individually, and as TRUSTEE OF THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST; JENNIFER BUCKMAN; JOHN DOES 1–10; JANE DOES 1–10; DOE CORPORATIONS 1–10; DOE PARTNERSHIPS 1–10; and DOE GOVERNMENTAL AGENCIES 1–10, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER GRANTING JENNIFER BUCKMAN'S APPLICATION
FOR AN ORDER TO SHOW CAUSE WHY KIMBERLY
BUCKMAN SHOULD NOT BE HELD IN CONTEMPT OF
COURT FOR FAILING TO OBEY A SUBPOENA TO TESTIFY
AT A DEPOSITION IN A CIVIL ACTION; ORDER TO SHOW CAUSE

On February 8, 2025, Defendant Jennifer Buckman served a Subpoena to

Testify at a Deposition in Civil Action ("Subpoena") on Kimberly Buckman.  ECF

No. 113 at 4 (citing ECF No. 109).  The Subpoena required Kimberly Buckman to

appear for an oral deposition on March 26, 2025.  ECF No. 109-1 at 1.  The Subpoena also commanded Kimberly Buckman to produce certain documents at her deposition.  *Id.* at 1, 4–10.

Defendant Mark Buckman ("Mr. Buckman") is a licensed attorney and represents himself and Defendant Jennifer Buckman in this case.  Mr. Buckman asserts that, on March 25, 2025, he contacted Kimberly Buckman via email and text message to remind her of the deposition scheduled for the next day.  ECF No. 113-1 at 4 ¶ 8.  Mr. Buckman asserts that although Kimberly Buckman initially did not respond, on the morning of March 26, 2025, Kimberly Buckman confirmed that she would attend her deposition.  *Id.* at 4–5 ¶ 8.

Mr. Buckman asserts that Kimberly Buckman failed to appear for her deposition pursuant to the Subpoena.  *Id.* at 5 ¶ 9.  Mr. Buckman also asserts that Kimberly Buckman did not serve any objections to, or file a motion to quash or modify, the Subpoena.  *Id.*  On March 30, 2025, Defendant Jennifer Buckman filed an Application for an Order to Show Cause Why Kimberly Buckman Should Not Be Held in Contempt of Court for Failing to Obey a Subpoena to Testify at a Deposition in a Civil Action ("Application for OSC").  ECF No. 113.

The Court elects to decide the Application for OSC without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District

Court for the District of Hawaii.  Based on Mr. Buckman's foregoing assertions, the Court GRANTS the Application for OSC (ECF No. 113).

Defendant Jennifer Buckman asks the Court for permission to serve this Order on Kimberly Buckman by mail and by email "because it has been challenging to personally serve her."  ECF No. 113 at 2.  Defendant Jennifer Buckman seeks the drastic relief of holding Kimberly Buckman in contempt of court.  The Court finds that, under the circumstances, service by mail and email would be insufficient to provide Kimberly Buckman with adequate notice of these contempt proceedings.  The Court thus denies Defendant Jennifer Buckman's request.

## ORDER TO SHOW CAUSE

KIMBERLY BUCKMAN is hereby ORDERED TO SHOW CAUSE IN PERSON on **May 7, 2025, at 10:00 A.M.** in Courtroom 6 before Magistrate Judge Kenneth J. Mansfield as to why she should not be held in contempt of court for failure to comply with the Subpoena.  Mr. Buckman must also appear in person.

Defendant Jennifer Buckman must personally serve a copy of this Order on Kimberly Buckman in accordance with Federal Rule of Civil Procedure 4(e).  If Defendant Jennifer Buckman does not personally serve this Order by April 30, 2025, she must promptly file a letter with the Court requesting a continuance of the show cause hearing to allow additional time for service.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 15, 2025.



Kenneth J. Mansfield
United States Magistrate Judge

*Lib. Mut. Ins. Co. v. Hawaiya Techs., Inc., et al.*, Civil No. 23-00117 LEK-KJM; Order Granting
Jennifer Buckman's Application for an Order to Show Cause Why Kimberly Buckman Should
Not Be Held in Contempt of Court for Failing to Obey a Subpoena to Testify at a Deposition in a
Civil Action; Order to Show Cause