IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICIA W. BUCKMAN, Individually, and as Trustee of the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W. BUCKMAN REVOCABLE TRUST, | ) ) ) ) ) ) | CIVIL NO. 24-00129 MWJS-KJM ORDER GRANTING JENNIFER BUCKMAN'S APPLICATION FOR AN ORDER TO SHOW CAUSE |
| Plaintiffs, | ) ) ) | WHY MATTHEW BUCKMAN SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR |
| vs. | ) ) ) | FAILING TO OBEY A SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; ORDER TO |
| MARK F. BUCKMAN, Individually, and as TRUSTEE OF THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST; JENNIFER BUCKMAN; JOHN DOES 1–10; JANE DOES 1–10; DOE CORPORATIONS 1–10; DOE PARTNERSHIPS 1–10; and DOE GOVERNMENTAL AGENCIES 1–10, | ) ) ) ) ) ) ) ) ) ) ) ) | SHOW CAUSE |
| Defendants. | ) ) ) | |

ORDER GRANTING JENNIFER BUCKMAN'S APPLICATION
FOR AN ORDER TO SHOW CAUSE WHY MATTHEW
BUCKMAN SHOULD NOT BE HELD IN CONTEMPT OF
COURT FOR FAILING TO OBEY A SUBPOENA TO TESTIFY
AT A DEPOSITION IN A CIVIL ACTION; ORDER TO SHOW CAUSE

On March 17, 2025, Defendant Jennifer Buckman served a Subpoena to

Testify at a Deposition in Civil Action ("Subpoena") on Matthew Buckman.  ECF

No. 114 at 4 (citing ECF No. 110).  The Subpoena required Matthew Buckman to

appear for an oral deposition on March 28, 2025.  ECF No. 110-1 at 1.  The Subpoena also commanded Kimberly Buckman to produce certain documents at her deposition.  *Id.* at 1, 4–10.

Defendant Mark Buckman ("Mr. Buckman") is a licensed attorney and represents himself and Defendant Jennifer Buckman in this case.  Mr. Buckman asserts that, on March 26, 2025, he contacted Matthew Buckman "via both email and text to remind him that he was required to attend his deposition."  ECF No. 114-1 at 4 ¶ 8.  Mr. Buckman asserts that Matthew Buckman did not respond to the reminder email or text message.  *Id.*

Mr. Buckman asserts that Matthew Buckman failed to appear for his deposition pursuant to the Subpoena.  *Id.* at 5 ¶ 9.  Mr. Buckman also asserts that Matthew Buckman did not serve any objections to, or file a motion to quash or modify, the Subpoena.  *Id.*  On March 30, 2025, Defendant Jennifer Buckman filed an Application for an Order to Show Cause Why Matthew Buckman Should Not Be Held in Contempt of Court for Failing to Obey a Subpoena to Testify at a Deposition in a Civil Action ("Application for OSC").  ECF No. 114.

The Court elects to decide the Application for OSC without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.  Based on Mr. Buckman's foregoing assertions, the Court GRANTS the Application for OSC (ECF No. 114).

Defendant Jennifer Buckman asks the Court for permission to serve this Order on Matthew Buckman by mail and by email "because it has been challenging to personally serve him."  ECF No. 114 at 2.  Defendant Jennifer Buckman seeks the drastic relief of holding Matthew Buckman in contempt of court.  The Court finds that, under the circumstances, service by mail and email would be insufficient to provide Matthew Buckman with adequate notice of these contempt proceedings.  The Court thus denies Defendant Jennifer Buckman's request.

ORDER TO SHOW CAUSE

MATTHEW BUCKMAN is hereby ORDERED TO SHOW CAUSE IN PERSON on **May 7, 2025, at 10:00 A.M.** in Courtroom 6 before Magistrate Judge Kenneth J. Mansfield as to why he should not be held in contempt of court for failure to comply with the Subpoena.  Mr. Buckman must also appear in person.

Defendant Jennifer Buckman must personally serve a copy of this Order on Matthew Buckman in accordance with Federal Rule of Civil Procedure 4(e).  If Defendant Jennifer Buckman does not personally serve this Order by April 30, 2025, she must promptly file a letter with the Court requesting a continuance of the show cause hearing to allow additional time for service.

\\

\\

3

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 15, 2025.



_____
Kenneth J. Mansfield
United States Magistrate Judge

*Lib. Mut. Ins. Co. v. Hawaiya Techs., Inc., et al.*, Civil No. 23-00117 LEK-KJM; Order Granting Jennifer Buckman's Application for an Order to Show Cause Why Matthew Buckman Should Not Be Held in Contempt of Court for Failing to Obey a Subpoena to Testify at a Deposition in a Civil Action; Order to Show Cause