IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN, Individually, and as Trustee of the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W. BUCKMAN REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> MARK F. BUCKMAN, Individually, and as TRUSTEE OF THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST; JENNIFER BUCKMAN; JOHN DOES 1–10; JANE DOES 1–10; DOE CORPORATIONS 1–10; DOE PARTNERSHIPS 1–10; and DOE GOVERNMENTAL AGENCIES 1–10, <br><br> Defendants. | CIVIL NO. 24-00129 MWJS-KJM <br><br> ORDER GRANTING JENNIFER BUCKMAN'S APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DUKE MANOA BUCKMAN SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO OBEY A SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; ORDER TO SHOW CAUSE |

ORDER GRANTING JENNIFER BUCKMAN'S APPLICATION
FOR AN ORDER TO SHOW CAUSE WHY DUKE MANOA
BUCKMAN SHOULD NOT BE HELD IN CONTEMPT OF
COURT FOR FAILING TO OBEY A SUBPOENA TO TESTIFY
AT A DEPOSITION IN A CIVIL ACTION; ORDER TO SHOW CAUSE

On February 26, 2025, Defendant Jennifer Buckman served a Subpoena to

Testify at a Deposition in Civil Action ("Subpoena") on Duke Manoa Buckman.

ECF No. 115 at 4 (citing ECF No. 108).  The Subpoena required Duke Manoa

Buckman to appear for an oral deposition on March 26, 2025.  ECF No. 108-1 at 1.
The Subpoena also commanded Duke Manoa Buckman to produce certain
documents at his deposition.  *Id.* at 1, 4–10.

Defendant Mark Buckman ("Mr. Buckman") is a licensed attorney and
represents himself and Defendant Jennifer Buckman in this case.  Mr. Buckman
asserts that, on March 25, 2025, he contacted Duke Manoa Buckman "via both
email and text to remind him that he was required to attend his deposition the next
day."  ECF No. 115-1 at 4 ¶ 8.  Mr. Buckman asserts that Matthew Buckman did
not respond to the reminder email or text message.  *Id.*

Mr. Buckman asserts that Duke Manoa Buckman failed to appear for his
deposition pursuant to the Subpoena.  *Id.* ¶ 9.  Mr. Buckman also asserts that Duke
Manoa Buckman did not serve any objections to, or file a motion to quash or
modify, the Subpoena.  *Id.*  On March 30, 2025, Defendant Jennifer Buckman filed
an Application for an Order to Show Cause Why Duke Manoa Buckman Should
Not Be Held in Contempt of Court for Failing to Obey a Subpoena to Testify at a
Deposition in a Civil Action ("Application for OSC").  ECF No. 115.

The Court elects to decide the Application for OSC without a hearing
pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District
Court for the District of Hawaii.  Based on Mr. Buckman's foregoing assertions,
the Court GRANTS the Application for OSC (ECF No. 115).

Defendant Jennifer Buckman asks the Court for permission to serve this Order on Duke Manoa Buckman by mail and by email "because it has been difficult to personally serve him."  ECF No. 115 at 2.  Defendant Jennifer Buckman seeks the drastic relief of holding Duke Manoa Buckman in contempt of court.  The Court finds that, under the circumstances, service by mail and email would be insufficient to provide Duke Manoa Buckman with adequate notice of these contempt proceedings.  The Court thus denies Defendant Jennifer Buckman's request.

<u>ORDER TO SHOW CAUSE</u>

DUKE MANOA BUCKMAN is hereby ORDERED TO SHOW CAUSE IN PERSON on **May 7, 2025, at 10:00 A.M.** in Courtroom 6 before Magistrate Judge Kenneth J. Mansfield as to why he should not be held in contempt of court for failure to comply with the Subpoena.  Mr. Buckman must also appear in person.

Defendant Jennifer Buckman must personally serve a copy of this Order on Duke Manoa Buckman in accordance with Federal Rule of Civil Procedure 4(e).  If Defendant Jennifer Buckman does not personally serve this Order by April 30, 2025, she must promptly file a letter with the Court requesting a continuance of the show cause hearing to allow additional time for service.

\\

\\

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 15, 2025.



Kenneth J. Mansfield
United States Magistrate Judge

*Lib. Mut. Ins. Co. v. Hawaiya Techs., Inc., et al.*, Civil No. 23-00117 LEK-KJM; Order Granting Jennifer Buckman's Application for an Order to Show Cause Why Duke Manoa Buckman Should Not Be Held in Contempt of Court for Failing to Obey a Subpoena to Testify at a Deposition in a Civil Action; Order to Show Cause