IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PATRICIA W. BUCKMAN,                )    CIVIL NO. 24-00129 MWJS-KJM
Individually, and as Trustee of the      )
PATRICIA W. BUCKMAN                  )
REVOCABLE TRUST; PATRICIA     )    ORDER GRANTING JENNIFER
W. BUCKMAN REVOCABLE          )    BUCKMAN'S APPLICATION FOR
TRUST,                                             )    AN ORDER TO SHOW CAUSE
                                                         )    WHY NATALIE PITRE SHOULD
                                                         )    NOT BE HELD IN CONTEMPT OF
                 Plaintiffs,                        )    COURT FOR FAILING TO OBEY A
                                                         )    SUBPOENA TO PRODUCE
                                                         )    DOCUMENTS IN A CIVIL
          vs.                                           )    ACTION; ORDER TO SHOW
                                                         )    CAUSE
MARK F. BUCKMAN, Individually,  )
and as TRUSTEE OF THE MARK F.  )
BUCKMAN TRUST; MARK F.          )
BUCKMAN TRUST; JENNIFER       )
BUCKMAN; JOHN DOES 1–10;         )
JANE DOES 1–10; DOE                   )
CORPORATIONS 1–10; DOE            )
PARTNERSHIPS 1–10; and DOE      )
GOVERNMENTAL AGENCIES         )
1–10,                                                  )
                                                         )
                 Defendants.                      )
_____    )

ORDER GRANTING JENNIFER BUCKMAN'S APPLICATION
FOR AN ORDER TO SHOW CAUSE WHY NATALIE PITRE
SHOULD NOT BE HELD IN CONTEMPT OF COURT
FOR FAILING TO OBEY A SUBPOENA TO PRODUCE
DOCUMENTS IN A CIVIL ACTION; ORDER TO SHOW CAUSE

On February 12, 2025, Defendant Jennifer Buckman served a Subpoena to

Produce Documents in Civil Action ("Subpoena") on Natalie Pitre.  ECF No. 117

at 5 (citing ECF No. 116).  Defendant Jennifer Buckman asserts that she again

served the Subpoena on Natalie Pitre on February 20, 2025.  *Id.* n.1 (citing ECF No. 116-1).  The Subpoena required Natalie Pitre to produce certain documents on February 26, 2025.  ECF No. 116-2 at 1, 4–10.

Defendant Mark Buckman ("Mr. Buckman") is a licensed attorney and represents himself and Defendant Jennifer Buckman in this case.  Mr. Buckman asserts that Natalie Pitre failed to produce any documents pursuant to the Subpoena.  ECF No. 117-1 at 5 ¶ 14.  Mr. Buckman also asserts that Natalie Pitre did not serve any objections to, or file a motion to quash or modify, the Subpoena.  *Id.*

On March 30, 2025, Defendant Jennifer Buckman filed an Application for an Order to Show Cause Why Natalie Pitre Should Not Be Held in Contempt of Court for Failing to Obey a Subpoena to Produce Documents in a Civil Action ("Application for OSC").  ECF No. 115.   The Court elects to decide the Application for OSC without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.  Based on Mr. Buckman's foregoing assertions, the Court GRANTS the Application for OSC (ECF No. 117).

ORDER TO SHOW CAUSE

NATALIE PITRE is hereby ORDERED TO SHOW CAUSE IN PERSON on **May 7, 2025, at 10:00 A.M.** in Courtroom 6 before Magistrate Judge Kenneth

2

J. Mansfield as to why he should not be held in contempt of court for failure to comply with the Subpoena.  Mr. Buckman must also appear in person.

Defendant Jennifer Buckman must personally serve a copy of this Order on Natalie Pitre in accordance with Federal Rule of Civil Procedure 4(e).  If Defendant Jennifer Buckman does not personally serve this Order by April 30, 2025, she must promptly file a letter with the Court requesting a continuance of the show cause hearing to allow additional time for service.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 15, 2025.



Kenneth J. Mansfield
United States Magistrate Judge

*Lib. Mut. Ins. Co. v. Hawaiya Techs., Inc., et al.*, Civil No. 23-00117 LEK-KJM; Order Granting Jennifer Buckman's Application for an Order to Show Cause Why Natalie Pitre Should Not Be Held in Contempt of Court for Failing to Obey a Subpoena to Produce Documents in a Civil Action; Order to Show Cause