Mark F. Buckman        SBN 7080
Law Offices of Mark F. Buckman
8359 Elk Grove Florin Rd
Suite 103-320
Sacramento, CA 95829
Telephone:  (916) 442-8300
Markfbuckman@sbcglobal.net
Attorneys for Jennifer Buckman

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN,<br><br>Plaintiffs,<br><br>VS.<br><br>MARK F. BUCKMAN, et al.,<br><br>Defendants. | Civil No. CV 24-00129 MWJS-KJM<br><br>CERTIFICATE OF COMPLIANCE WITH LR 37.1<br><br>Magistrate Judge Kenneth J. Mansfield<br><br>Trial Date: November 3, 2025 |

## CERTIFICATE OF COMPLIANCE

I am counsel for the moving party in the above discovery motion and certify that counsel for the parties conferred by email, pursuant to Judge Smith's EO issued August 15, 2024 (ECF # 69)[1], on numerous dates between August 15, 2024 and

---

[1] Providing in pertinent part, "Given the particular circumstances of this case, the Court will permit Richard Wilson and Mark Buckman to comply with LR7.8 through email conferrals; they need not talk over the phone or meet in

1

February 6, 2025, concerning the disputed issue of (i) whether plaintiff had to provide a response to requests for production to Jennifer Buckman's counsel Mark F. Buckman, (2) whether plaintiff had serve responsive documents on Ms. Buckman's counsel, (3) whether plaintiff had to provide a supplemental response as to documents that were not produced due to being lost, misplaced, deleted, destroyed, etc., (4) whether plaintiff had to bates-stamp documents and produce them in response to categories of the demand, (5) whether plaintiff had to serve response of larger, audio / visual files via a thumb drive, instead of simply claiming it was a one-time courtesy to email a link that no longer worked.  I undertook the below described actions in a good faith effort to limit the disputed issues and, if possible, eliminate the necessity for a Motion to Compel a Response, Production, and Monetary Sanctions, as required by L.R. 37.1(a).

My co-counsel also meet and conferred with Mr. Wilson about Plaintiff's response to the second set of requests for production.  Not a single document was produced in response to that demand and I understand Mr. Wilson did not agree to produce any documents or provide a revised response.  Thus, I believe we have complied with LR 37.1 with respect to both sets of Requests for Production.

DATED: May 7, 2025                     /s/ Mark F. Buckman
                                       Law Offices of Mark F. Buckman
                                       Mark F. Buckman, Esq., Attorneys for
                                       Jennifer  Buckman and Mark F. Buckman

---

person."

## CERTIFICATE OF SERVICE

I, Mark F. Buckman, hereby certify that, on May 7, 2025 and by the method(s) of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

### SERVED ELECTRONICALLY THROUGH CM / ECF:

Richard E. Wilson   rewilson_law@yahoo.com
Law Offices of Richard E. Wilson, LLC
735 Bishop Street, Suite 306
Honolulu, HI 96813

Louise K.Y. Ing          louise.ing@dentons.com
Timothy C. Partelow      timothy.partelow@dentons.com
DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813

### SERVED BY FIRST-CLASS MAIL:

### SERVED BY HAND DELIVERY:

Dated:        Honolulu, Hawaii, May 7, 2025.

/s/ Mark F. Buckman
Law Offices of Mark F. Buckman
Mark F. Buckman, Esq.
Attorneys for Jennifer Buckman and
Mark F. Buckman