IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA W. BUCKMAN, PATRICIA W. BUCKMAN REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> MARK F. BUCKMAN, MARK F. BUCKMAN TRUST, JENNIFER BUCKMAN, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE GOVERNMENTAL AGENCIES 1-10, <br><br> Defendants. | Civil No. 1:24-CV-00129-MWJS-KJM <br><br> **DECLARATION OF MARK F. BUCKMAN** |

**DECLARATION OF MARK F. BUCKMAN**

I, Mark F. Buckman, declare that the following is true and correct:

1.      I am an attorney with the law offices of Mark F. Buckman, and along with the firm Dentons US LLP, I am representing Defendant JENNIFER BUCKMAN in the above-entitled matter. I am licensed to practice law in the State of Hawai'i.

2.      Unless otherwise indicated, I make this Declaration based on my personal knowledge. I am over 18 years of age and I am competent to testify concerning the facts set forth in this Declaration.

15817318\000001\130391724\V-2

3.    I make this Declaration in support of *Defendants Jennifer Buckman's Reply in Support of Motion to Compel Further Responses and Production of Documents from Patricia W. Buckman filed May 7, 2025 [Dkt. 136].*

4.    Attached to this Declaration as Exhibit A is a true and correct copy of a document that I received from Natalie Pitre in response to the Subpoena Duces Tecum that Defendants served on her. This text/imessage admits that Ms. Pitre has access to Plaintiff's email and text accounts and deletes "many many" of them.

5.    Attached to this Declaration as Exhibit B are true and correct copies of documents that I received from Natalie Pitre in response to the Subpoena Duces Tecum that Defendants served on her. These documents show that Ms. Pitre has iCloud storage on her Apple account.

6.    Ms. Pitre seems to have sufficient time available to devote to discovery in this litigation, as Ms. Pitre has been actively attending the depositions, even though Plaintiff has not.

7.    To date, Plaintiff has not served any responses to the interrogatories, request for production and request for admissions that Defendant served on April 6, 2025. Based on this and other factors, in my opinion, Plaintiff's failure to produce legally compliant responses to Set One and Set Two of Defendant Jennifer Buckman's Requests for Production appears to be a strategy

2

15817318\000001\130391724\V-2

decision rather than a mistake or error.

I declare under penalty of perjury that the facts set forth above are true and correct.

Executed in Honolulu, Hawai'i, May 22, 2025

_/s/ Mark F. Buckman_
MARK F. BUCKMAN

15817318\000001\130391724\V-2