No. I didn't keep up with the accounting. You are the only Buckman with accounting skills.

Understood.  Haha meant in a good way.   Can you get me it noon on Friday though?

I understood your ha ha.
It's my intention to have it to you by Friday.

Sep 8, 2023 at 9:05 AM

Maybe the KP confirmations can go to you or to me.

Whenever I delete her junk mail, I do not delete the mails from KP. I saw she had canceled the appointment and I asked her what it was but she said it was with Dr. Minami so we called and they said it was physical therapy so I set a new appointment with Kasey.

I delete and block many many texts and emails. And so does Carolyn.

Sep 9, 2023 at 8:22 AM



Aloha Kakahiaka 🌈🌺

**EXHIBIT A**

N000132