I have already submitted mom's information and on paper the rental would be for mom and Manoa because we need to use mom's credit.



Sent via iCloud

Upstairs master bedroom



**EXHIBIT B**

N000102



Sent via iCloud

The bathroom is also upstairs



Sent via iCloud

Good size second bedroom
Also, upstairs

N000103

Sent via iCloud

I'm getting a lot of resistance from Kimi who is saying that she Matt and Manoa should move into the back house now. I told her that wasn't possible.

If I could trust them to take care of mom, feed her, love her, offer her a good life with joy and sweetness until she dies, plus not rob her blind/suck her dry, that might be a consideration.

If Kimi didn't have a violent unstable drug attic boyfriend, who has already been incarcerated, who is stocking her and comes daily to the neighborhood, that might be an option.
BTW, This boyfriend comes by every day stocking the property. There is a neighbor up the street who told Kimi her boyfriend goes by so frequently he now has his gun trained on him.

I asked Kimi if she got a restraining order against her boyfriend, and she said no. She doesn't want to upset him. She says Matt got a restraining order against him and now the property is protected. I told her the property will not be protected until the reason the property is being stocked is removed.

AnyWho, Kimi is assassinating my character, and she's got a lot of material. 😂

Manoa and Matt are caged birds here. It's obvious they're not happy.
It's so dysfunctional, how could they be? I feel for them. I feel for me. I feel for you. We're suffering.
I am trying to create a new opportunity that is more functional.

I see this as a win-win for everyone except Kimi. And that's why she doesn't like it.
Kimi controls that house. She controls mom, Matt, Manoa.

N000104