IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PATRICIA W. BUCKMAN, PATRICIA W. BUCKMAN REVOCABLE TRUST,<br><br>       Plaintiffs,<br><br>    v.<br><br>MARK F. BUCKMAN, MARK F. BUCKMAN TRUST, JENNIFER BUCKMAN, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE GOVERNMENTAL AGENCIES 1-10,<br><br>       Defendants. | Civil No. 1:24-CV-00129-MWJS-KJM<br><br>**DECLARATION OF LOUISE K.Y. ING** |

**DECLARATION OF LOUISE K.Y. ING**

I, LOUISE K.Y. ING, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1.      I am an attorney with the law firm of Dentons US LLP, and am one of the attorneys for Defendants MARK F. BUCKMAN, individually and as Trustee of the MARK F. BUCKMAN TRUST, and JENNIFER BUCKMAN

2.      I make this Declaration based on my personal knowledge and am competent to testify about the matters contained in this Declaration.

15817318\000001\130418834

3.      The following depositions were conducted between April 23 and May 23, 2025:  Defendants, Carolyn Watanabe (not completed due to witness' and Plaintiff counsel's time limitations), Kimberly Buckman, Duke Manoa Buckman and Natalie Pitre.

4.      The following depositions will be conducted the week of June 2: Tamara Buchwald, Carolyn Watanabe (continued deposition for a limited time, unless an extension of the discovery deadline is allowed for her), Quyn Vu and Steve Reese (continued deposition).

5.      Between April 13 and May 24, I emailed deposition scheduling requests to Plaintiff's counsel approximately seven times to schedule the depositions of Mr. Reese, Ms. Buchwald, Ms. Watanabe and Ms. Vu, Patricia Buckman, Matthew Buckman and Dr. Acklin, but Plaintiffs' counsel provided only two work days after May 20 that he was available (June 5-6) and one holiday (May 25 or 26).  Attached as Exhibits 1-5 are true and correct copies of the following email communications reflecting scheduling requests from me to Richard Wilson in April and May, 2025:

1      April 13-14 scheduling request

2      April 23 scheduling request

3      May 20 email from Mr. Wilson with his dates of availability

2

4        May 19, 20, 21 scheduling requests

5        May 24 scheduling request

6.      Given that limited timeframe, I have only been able to schedule four depositions (Buchwald, Watanabe, Vu and Reese).  Mr. Wilson has given no response about Patricia Buckman's availability and has refused to agree to schedule the depositions of Dr. Acklin and Matthew Buckman after the discovery cutoff date.  The only deposition he agreed to schedule after the cutoff is the continued deposition of Natalie Pitre because her counsel went on vacation May 29 and stated he will not return to Honolulu until June 15, 2025.

7.      Although we have tentatively scheduled Carolyn Watanabe's deposition for June 4, 2-3:30, she informed us she only has limited availability that day.  Her other date options were for a day Mr. Wilson is not available and a date that conflicts with other depositions.  I anticipate we will need approximately two more hours behind her stated availability to complete her deposition, and it would be more efficient to find a date after June 6 when she can complete her deposition in one sitting.

8.      I had in person discussions with Mr. Wilson on May 21 and 23 about deposition scheduling beyond June 6, and his responses were as described in the motion and memorandum above.

3

9.      Exhibit 6 is a true and correct copy of email communications between Ms. Pitre's counsel Thomas Bush, Mr. Wilson and me about our efforts to schedule a longer return date period for the subpoena for documents served on Ms. Pitre on May 21.  Rather than require Mr. Bush to work long distance by adhering to the June 6th cutoff,  I offered to accommodate Mr. Bush's vacation plans in scheduling the subpoena return date, but he refused unless Mr. Wilson agreed. Exhibit 6 reflects Mr. Wilson's refusal to agree and my May 30th response keeping the "door open" to a resolution.

10.      All other factual statements in the motion and memorandum about my involvement in efforts to complete discovery or negotiate an extension are true and correct.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Honolulu, Hawai`i, on  May 30, 2025.

/s/ Louise K.Y. Ing
LOUISE K.Y. ING

4

15817318\000001\130418834