| | |
|---|---|
| **From:** | Ing, Louise K.Y. |
| **Sent:** | Monday, April 14, 2025 12:29 PM |
| **To:** | Richard WIlson |
| **Cc:** | Partelow, Tim; Deiner, Venelyn; Somers, Tiare K.F. |
| **Subject:** | RE: Buckman v Buckman - scheduling issues |

I hit send too quickly.  Here is my response to you without the privileged email thread with Mark Buckman. I did include his non-privileged emails with Ms. Watanabe.

**Louise K.Y. Ing**
Partner

My pronouns are: She/Her/Hers

+1 808 441 6114

**From:** Ing, Louise K.Y.
**Sent:** Monday, April 14, 2025 12:26 PM
**To:** Richard WIlson <rewilson_law@yahoo.com>
**Cc:** Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>
**Subject:** RE: Buckman v Buckman - scheduling issues

Sorry Rich, just saw that you did see the proposed schedule. Missed your email earlier.  I see your note about deposing the notary in May.  Thanks for the response.

**Louise K.Y. Ing**
Partner

My pronouns are: She/Her/Hers

+1 808 441 6114

**From:** Richard WIlson <rewilson_law@yahoo.com>
**Sent:** Monday, April 14, 2025 8:50 AM
**To:** Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>
**Subject:** Re: Buckman v Buckman - scheduling issues

1

# EXHIBIT 1

**[WARNING: EXTERNAL SENDER]**

Hey Louise,

Yeah, your schedule looks pretty good.  I cannot do the notary next week.  That will have to occur in May.

Rich


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.


On Sunday, April 13, 2025 at 10:38:17 AM HST, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:


Happy Sunday, Rich,

I am still getting familiar with the Buckman v. Buckman case and we are preparing notices of appearances for both Buckman cases.  In the meantime, I conferred with the Buckmans Friday to  develop a proposed deposition schedule for your review and comment:

| Date | Event |
|---|---|
| 4/17 9 AM | Ms. Quynh Vu (she has been contacted to check her availability) |
| 4/17  1:30 PM | Carolyn Watanabe |
| 4/23 | Notary Public you wish to depose |
| 4/24, 9 AM | Mark Buckman (in Honolulu) |
| 4/25, 9 AM | Jennifer Buckman (ditto) |
| *4/29-5/8* | *I am out of town; Tim Partelow will be in the office* |
| 5/14 9 AM | Natalie Pitre |
| 5/20 – 8 AM | Tamara Buchwald (via Zoom) |

| To be scheduled | Complete deposition of Patricia Buckman |
| --- | --- |
| | Obtaining compliance with subpoenas and SDT's served on Matthew Buckman, Duke Manoa Buckman, Kimberly Buckman, |

I also have some thoughts and proposals on other dates in the scheduling order, due to the timing of depositions and time needed to obtain compliance with subpoenas that were served.  We can either discuss those by phone or a meeting, or I can send my thoughts on a revised scheduling.  Please let me know your preference.  Thanks.

Louise

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
+1 808 441 6114

Begin forwarded message:

**From:** Mark Buckman <markfbuckman@sbcglobal.net>
**Date:** April 7, 2025 at 4:38:17 PM HST
**To:** Carolyn Watanabe <cwata@hotmail.com>
**Subject: Re: Subpoena for April 17, 2025 at 9:0am**

Aloha Carolyn,

Thank you for your email.  Apologies on sending out the subpoena to you without advance notice.  I sat down with Natalie and Carl about a month ago to discuss resolving things and left it with them going to contact me.  But they never contacted me, and did not respond to my inquiries, so it's necessary to keep the case moving forward.

3

We don't want to inconvenience you, so I will coordinate with some other people so we can move the date or time for your deposition.

I intend to get back to you by the end of the day on Wednesday.

Mark Buckman

Sent by my Continuum Transfunctioner

On Apr 7, 2025, at 10:05 AM, Carolyn Watanabe <cwata@hotmail.com> wrote:

Aloha Mark,

I'm in receipt of your required subpoena and am not able to reschedule a previously scheduled appointment for that date/time. If you are able to reschedule your appointment with me for the afternoon, any time after 1:30pm, I will be able to make your scheduled meeting.

Alternatively, I have the following available date/time slots:

  Mon, 4/14:  11:30am-3pm

  Tue, 4/15:  any time after 12:30pm

  Thu, 4/16:  any time after 1:30pm

  Fri, 4/18:  11:30am-3pm

Please let me know what date and time you need me to block off for you.

Carolyn Watanabe

Ph: (808) 282-6437

*Character is how we handle ourselves when Plan A isn't working
out as well as we hoped.
Make it a great day!*