| From: | Ing, Louise K.Y. |
|---|---|
| **Sent:** | Wednesday, April 23, 2025 1:03 PM |
| **To:** | Richard Wilson |
| **Cc:** | Partelow, Tim; Somers, Tiare K.F.; Mark Buckman; Jeni Buckman |
| **Subject:** | RE: Buckman v Buckman - scheduling |

Rich,
I did it again when in a rush and sending messages too late! Sorry. Please use this cleaned up version of my email re: scheduling for your files and delete the other.  Thanks.


Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
+1 808 441 6114

---

**From:** Ing, Louise K.Y.
**Sent:** Wednesday, April 23, 2025 4:34 AM
**To:** Richard Wilson <rewilson_law@yahoo.com>
**Cc:** Partelow, Tim <tim.partelow@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>
**Subject:** Buckman v Buckman - scheduling

Hi, Rich:
How is 1:30 or 2 PM for a Wednesday meet and confer? If we meet over coffee a good venue is Tidepools at CPB.

To prepare for the meet and confer, I charted out the current state of deposition scheduling in relation to deadlines in the Scheduling Conference Statement.  So I can determine whether we need to file a motion to continue by Friday and also fulfill our obligation to meet and confer, plus cooperate on scheduling under the civility guidelines, would you let me know whether you and your client Patricia are willing to agree to extend various pretrial deadlines and the trial date briefly as well? This is because:
** given the need to complete depositions in May, the pretrial deadlines are impractical because they fall before completion of depositions (eg, defense expert disclosure, discovery motions cutoff, deadline for filing additional discovery responses before the 6/6 discovery cutoff.
**I have an arb hearing scheduled for the week of November 3.
I hope we can work out scheduling instead of going before Judge Mansfield on another motion.

| Date | Event |
|---|---|

**EXHIBIT 2**

| 4/17  1:30 PM | Carolyn Watanabe – need to schedule session 2 in May |
| --- | --- |
| May | Notary Public |
| 4/24, 9 AM | Mark Buckman –per court order |
| 4/25, 9 AM | Jennifer Buckman – per court order |
| 4/25 | Defense expert deadine (too early given need to complete Patricia and Natalie's depos) |
| 4/28-5/6 | Out of town (Louise) |
| 5/6 | Deadline to send written discov requests (**too early given depo schedule)** |
| 5/7 | Deadline to file discovery motions (too early given depo schedule); OSC hearing |
| 5/14 9 AM | Natalie Pitre -proposed depo date |
| 5/20 – 8 AM | Tamara Buchwald – proposed depo date; Zoom deposition |
| May | Complete Patricia's depo; schedule Matthew, Manoa, Kimberly, Vu, Watanabe depositions |
| 6/6 | Discovery deadline  (too early given depo schedule) |
| Before 7/10 | Exchange written settlement offers (may be too early given depo sched) |
| 7/10 | File confidential settlement conf statements |
| 7/17 10 AM | Settlement conference |
| 8/5 | Non-dispositive motions |
| 9/23 | File pretrial statements |
| 9/30 9:15 AM | Final pretrial conference |
| 10/6 | Motions in limine; mark exhibits, final comprehensive witness list |
| 10/14 | Opposition to MIL's, depo excerpts |
| 10/20 | Counter-designation of depos, objections to designations; trial brief; objections to admissibility of exhibits |
| 10/20 10 AM | Final pretrial conf with Judge Smith |
| 10/27 | Submit exhibits to court (originals + 2 copies in binders) |
| 11/3 | Trial (conflicts with arbitration hearing) |

There are other agenda items for the meet and confer relating to particular discovery requests, but I wanted to tee up this issue first. Thanks for your consideration!

Louise

## Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers

+1 808 441 6114
louise.ing@dentons.com   |   Bio   |   Website
Dentons US LLP

**DENTONS**

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.