| | |
|---|---|
| **From:** | Richard WIlson <rewilson_law@yahoo.com> |
| **Sent:** | Tuesday, May 20, 2025 3:42 PM |
| **To:** | Tamara; Ing, Louise K.Y. |
| **Cc:** | Partelow, Tim; Deiner, Venelyn; Somers, Tiare K.F.; Mark Buckman; Jeni Buckman |
| **Subject:** | Re: Buckman v. Buckman - dates for responding to subpoenas |

**[WARNING: EXTERNAL SENDER]**

All -- this is my schedule:

I am open on June 5 and 6, and May 25.  That's it, other than what has been scheduled.


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.


On Tuesday, May 20, 2025 at 10:12:34 AM HST, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:


Tamara,

Thank you for your continued willingness to discuss an alternative deposition date.  You and Rich have both indicated availability on **June 5 at 2 PM ET/8 AM HT**.  That date wasn't available initially on our side but after conferring, we will make June 5 at the aforementioned time work.  As had been discussed previously, our goal will be to complete the deposition within that timeframe if you have an obligation at 6 PM ET that day.  However, if we are unable to do complete the deposition by 6 PM ET, you had indicated a willingness to reschedule completion on another mutually agreeable date,

1

**EXHIBIT 3**

subject to the court rule setting maximum deposition time at seven hours, and we are willing as well.

My apologies if there was a misunderstanding about today's date and time, the need to appear at Olender and the scope of the appearance.  When I had initially suggested yesterday doing a brief appearance at Olender to put appearance and new date on the record, I had in mind an appearance today at 2 PM ET/8 AM HT, per the May 16 and 17 discussion in the email thread below, but I did not repeat that time in my May 19 email to you both, sent yesterday afternoon.  When I learned Mr. Buckman had canceled Olender in the meantime, before seeing my afternoon message, and realized you'd have to make an extra trip, I sent the message last night/early your morning (albeit 3 hours before the appearance time in the subpoena) canceling the suggestion of an appearance today, in order to save everyone time and to focus on finding a new date.  Your 8:15 AM ET email gave me the impression we were back to square one with discussion of agreeable dates off the table.  Dealing with the 6 hour time difference and making sure hours are stated correctly adds another challenge.

In any event, I agree we should focus on keeping the communications professional, so we can focus on getting discovery done.  I hope you, we and Rich are all on board now to modify the appearance date/time in the subpoena to a **June 5 deposition starting at 2 PM ET/8 AM HT, via Zoom, with you appearing at Olender court reporting service OR ALTERNATIVELY, given that the deposition will be via Zoom, please advise if you also prefer to appear via Zoom at a more convenient location for you.**   Since the COVID pandemic, my colleagues and I have been attending many more fully remote depositions, which increases convenience and lowers expense for all involved.

Sincerely,

Louise Ing

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
+1 808 441 6114

**From:** Tamara <tambuchwald@aol.com>
**Sent:** Tuesday, May 20, 2025 4:09 AM
**To:** Richard WIlson <rewilson_law@yahoo.com>; Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>; Mark Buckman <markfbuckman@sbcglobal.net>; Jeni Buckman <jeni.buckman@gmail.com>
**Subject:** Re: Buckman v. Buckman - dates for responding to subpoenas

Louise -

First and foremost, I do not appreciate your accusation that I attempted to evade the process server.  In fact, I asked him to wait a moment while I went into house to use the restroom and came out and he was gone and had thrown the papers over my fence.  That is a false accusation that I believe is unsubstantiated and unprofessional.  Please try to keep these discussions on point and professional.

The last e-mail I read from you instructed me as follows

> I suggest we go on the record with Tamara and the court reporter (Olender Court Reporting) tomorrow just to make the appearance per the subpoena and state the new date and time for the deposition.  (No substantive questioning will take place tomorrow.)

Without any other instruction such as a time, it is fair to assume that you would comply with the subpoena as the court would expect me to.  Clearly from your response below, you were up, so it is not unreasonable.

However, I would like to continue the discussions for an alternative deposition date ongoing and in good faith. Good faith also means not modifying your position and sending an e-mail indicating as much at 4:58 am EST three hours prior to the court order.

3

I look forward to working to achieve a mutually agreeable date.

Sincerely,

Tamara Buchwald

On Tuesday, May 20, 2025 at 09:40:41 AM EDT, Ing, Louise K.Y. <louise.ing@dentons.com>
wrote:

Tamara,

I happen to be awake still and saw your email.

Due to our efforts to find an acceptable date, which I believed were ongoing and in good
faith, Mark Buckman had canceled the session with Olender (which as I had informed
you, had erroneously stated the 8 AM Hawai`i time and not East Coast time). Plus Rich
Wilson, who had indicated a desire to attend the deposition, is likely not available at 2
AM HT on short notice that you gave.

Sorry you went to Olender, but you did so without first timely informing us you would do
so, so arrangements could be made in advance either to depose you at 2 AM HT or to
schedule for June 5 if that is indeed the only time you are available of the dates I sent
Monday.  You never let us know one way or the other but instead chose to go to
Olender, knowing it is 2 AM HT.

Please let us know if you will continue to work out an alternative date under the
subpoena that is compatible with HI and ET business hours.  If not, please inform us if
you will require a new subpoena and if so, if you will cooperate in being served.  The last
subpoena took numerous attempts to serve at great expense due to at least a few
attempts by you (like the last effectuation of service) to evade the process server.  If
none of those reasonable alternatives is acceptable to you, we will seek direction from
the Court, including seeking leave to schedule your deposition after your return from
travel, with allowance of either adequate time to serve you or an alternative service
method if you are not willing to cooperate.  Thank you.

4

Sincerely,

Louise Ing

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers

+1 808 441 6114

**From:** Tamara <tambuchwald@aol.com>
**Sent:** Tuesday, May 20, 2025 2:16 AM
**To:** Richard WIlson <rewilson_law@yahoo.com>; Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>; Mark Buckman <markfbuckman@sbcglobal.net>
**Subject:** Re: Buckman v. Buckman - dates for responding to subpoenas

Hi Louise-

I am at 1100 Connecticut Avenue, NW. Suite 810 as stated in the subpoena 5/20/2025 @ 8:00am.  There were not prepared for this deposition so the gentleman who was on his way out, is

setting up the room. Since we were not able to come to an agreement to move the deposition to a mutually acceptable time, it is my responsibility , as well as you and your co-counsel's to adhere to the court order.   In addition, the previous e-mail from you, stated:

> I suggest we go on the record with Tamara and the court reporter (Olender Court Reporting) tomorrow just to make the appearance per the subpoena and state the new date and time for the deposition.  (No substantive questioning will take place tomorrow.)

I just saw the most recent email below after arriving at 1100 Connecticut Avenue NW but I am already here.

Sincerely,

Tamara

On Tuesday, May 20, 2025 at 04:53:28 AM EDT, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:

> Here is a modification to my last message:  rather than Tamara and counsel for defendants taking up time to make an appearance Tuesday to put a new deposition date on the record, let's work on agreeing on a mutually workable deposition date from the options discussed below.  Thank you.
>
> Sincerely,
>
> Louise Ing

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers

+1 808 441 6114

**From:** Ing, Louise K.Y.
**Sent:** Monday, May 19, 2025 2:14 PM
**To:** Tamara Buchwald <tambuchwald@aol.com>; Richard WIlson <rewilson_law@yahoo.com>
**Cc:** Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>; Mark Buckman <markfbuckman@sbcglobal.net>
**Subject:** RE: Buckman v. Buckman - dates for responding to subpoenas

Tamara and Rich,

Instead of June 5, are you available on one of these other days: May 28-30 or June 2 or 3? Alternatively, if Rich is willing to continue the discovery cutoff date of June 6 for this specific deposition, I propose the weeks of June 9 or 16. I recall Tamara may be traveling June 6-16, but I am willing to make time later that week to accommodate her travel schedule.

If one of those date options would be acceptable (May 28-30, June 2 or 3, or after Tamara returns from her trip), I suggest we go on the record with Tamara and the court reporter (Olender Court Reporting) tomorrow just to make the appearance per the subpoena and state the new date and time for the deposition. (No substantive questioning will take place tomorrow.)

7

Sincerely,

Louise Ing

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers

+1 808 441 6114

**From:** Tamara Buchwald <tambuchwald@aol.com>
**Sent:** Monday, May 19, 2025 9:18 AM
**To:** Richard WIlson <rewilson_law@yahoo.com>
**Cc:** Ing, Louise K.Y. <louise.ing@dentons.com>; Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>
**Subject:** Re: Buckman v. Buckman - dates for responding to subpoenas

I am available on June 5th.

> On May 19, 2025, at 1:20 PM, Richard WIlson <rewilson_law@yahoo.com> wrote:
>
> Sorry, but I will be on the big island for client meetings.  I want to attend this depo.  I am available on May 26, and June 5.

Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any
attachments may be privileged, confidential and protected from disclosure.  Any
disclosure, distribution or copying of this email or any attachments by persons or
entities other than the intended recipient is prohibited. If you have received this email
in error, please notify the sender immediately by replying to the message and deleting
this email and any attachments from your system. Thank you for your cooperation.

On Saturday, May 17, 2025 at 05:50:08 PM HST, Ing, Louise K.Y.
<louise.ing@dentons.com> wrote:

Ms. Buchwald,

By the way, feel free to call me Louise.

Thank you for your willingness to accommodate the Hawai`i timezone
and to be available for your deposition on May 20 at 8 AM HT/2 PM PT
upon certain conditions.  Regarding your conditions, I have these
comments in our efforts to act reasonably and in good faith:

1. Timing: as I indicated below and in light of the time difference, we
   will make good faith efforts to conduct a 3-4 hour deposition,
   although court rules allow us a total of 7 hours per
   deponent.  Our estimate of anticipating 3-4 hours of your time,
   plus short breaks, will depend on a number of factors we as
   lawyers know well, including the manner in which the deponent
   responds, the need for followup on deponent responses, the
   amount of objections, and whether three will be questions by
   plaintiff's counsel.
2. Scope:  as is customary, we intend to ask questions that we
   adjudge are relevant to the claims and defenses in the case, that
   are relevant to our ability to mount a defense, and that are

9

reasonably calculated to lead to the discovery of admissible evidence  What is considered harassing or embarrassing can be in the eye of the beholder.  Harassment and embarrassment is not our intent, but lawyer advocates have a duty and obligation to follow up with a deponent when testimony appears inconsistent with prior statements, documents or other evidence.

I hear your concerns but I hope you understand our concerns.  Thank you, and congratulations to your son.

Rich, if you plan to attend the deposition, please confirm that 8 AM on 5/20 works with your calendar.  Mahalo.

Sincerely,

Louise Ing

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
+1 808 441 6114

**From:** Tamara <tambuchwald@aol.com>
**Sent:** Friday, May 16, 2025 1:46 PM
**To:** Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>; Somers, Tiare K.F.

<tiare.somers@dentons.com>; Richard WIlson
<rewilson_law@yahoo.com>
**Subject:** Re: Buckman v. Buckman - dates for responding to subpoenas

Dear Ms. Ing:

Thank you for your e-mail.

I am willing to be available for a deposition on Tuesday, May 20 at 2:00 pm EST conditioned on the agreement of the following:

1) The deposition will take no longer than 3-4 hours completed at the latest by 6 p.m. EST on May 20th.

2) The scope of the deposition is defined. It is my observation that your co-counsel, Mark Buckman, asks questions for the purpose of harassing or embarrassing the witnesses, rather than questioning witnesses to get information relevant to the case. Please confirm that the questions will be limited only to matters that are relevant to the issues of the case at hand, Patricia W. Buckman v. Mark Buckman.

Sincerely,

Tamara Buchwald

On Friday, May 16, 2025 at 01:12:38 AM EDT, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:

Dear Ms. Buchwald,

Sorry for the late reply. We were in a deposition today.

Thank you for delivering the documents to the court reporting service.

I understand that although the time stated on the deposition subpoena is 5/20 at 8:00 AM, Mark Buckman had intended to specify 8 AM HT/2 PM ET.  8:00 AM ET is 2 AM HT, which although doable if that is the only available timeslot, is way beyond the time we would expect other Hawai`i counsel or parties or service providers to be available.

Ms. Buchwald and Mr. Wilson (assuming Mr. Wilson plans to attend the deposition), please let me know if you would be available for Ms. Buchwald's deposition pursuant to subpoena on **5/20 at 1 PM or 2:00 PM ET** instead of 8:00AM or alternatively, **5/29 at 1 PM or 2 PM** ET.  When we spoke yesterday, Ms. Buchwald had indicated she was available on 5/29.  .

Thank you for your attention to this scheduling matter.

Sincerely,

Louise Ing

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
+1 808 441 6114

**From:** Tamara <tambuchwald@aol.com>
**Sent:** Thursday, May 15, 2025 4:59 AM
**To:** Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Mark Buckman <markfbuckman@sbcglobal.net>; Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>; Richard WIlson <rewilson_law@yahoo.com>
**Subject:** Re: Buckman v. Buckman - dates for responding to subpoenas

Dear Ms. Ing,

Thank you for your e-mail.  Since I did not hear from you last night, in order to be in compliance with the subpoena,  I delivered the documents this morning to Olender Reporting 1100 Connecticut Avenue, NW Suite 810, Washington, D.C 20036 as required.  I delivered them prior to the 1:00pm deadline in order to attend my son's convocation at Georgetown.   I will also be available for the deposition as stated in the subpoena on May 20, 2025 at 8:00 am EST at Olender Reporting 1100 Connecticut Avenue, NW Suite 810 Washington, D.C.  20036.

In addition to those you added in the original e-mail, I have added Mr. Wilson, who as you are aware, represents Patricia Buckman.

Sincerely,

Tamara Buchwald

On Thursday, May 15, 2025 at 10:10:33 AM EDT, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:

Dear Ms. Buchwald,

Thank you for your call on Wednesday, May 14. I have had an opportunity to confer with our clients Mark and Jennifer Buckman, and we are willing to extend the dates as follows for responding to the subpoenas, conditioned on your agreement to consider yourself bound by the subpoenas on the extended dates and any subsequent dates that may be needed to complete compliance:

1. Respond to the subpoena duces tecum by 2 PM ET/8 AM HT on May 19, 2025, by emailing or electronically transmitting all responsive documents to Dentons, to the attention of me and our legal assistant Tiare Somers and to Plaintiff's counsel Richard Wilson, if he requests a copy. If you need a Kiteworks link for uploading, please inform Ms. Somers, who is cc'd.
2. Appear via Zoom for your deposition on Friday, May 29, at 3 PM ET/9 AM HT, before a court reporter located in Honolulu, Hawai`i. We will send a Zoom link. Although court rules allow us a total of 7 hours per deponent, we estimate needing 3-4 hours of your time, plus short breaks. Note that this is an estimate and actual length could be affected by several factors including nature of responses, amount of objections, and questions by plaintiff's counsel.

If we reach agreement on mutually workable dates and the continuing effectiveness of the subpoenas during the new dates, including your not objecting to service (which was effected after numerous prior attempts to serve you), we will not seek recourse in court for enforcement of the subpoenas. We understand you will be out of the country June 6-16.

For your information the persons being copied on this email are Mark Buckman, who also serves as co-counsel for Ms. Buckman, my colleague Tim Partelow, paralegal Ms. Somers and my assistant Venelyn Deiner. Thank you in advance for your cooperation. Once we agree on dates, we will inform Plaintiff's counsel of the new dates for compliance. I look forward to hearing from you to confirm the new dates for compliance.

Sincerely,

Louise Ing

Attorney for Mark Buckman, individually and as trustee of his trust,

And Jennifer Buckman

14

## Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers

+1 808 441 6114

louise.ing@dentons.com   |   Bio   |   Website
Dentons US LLP

DENTONS

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

## Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
+1 808 441 6114