| | |
|---|---|
| **From:** | Ing, Louise K.Y. |
| **Sent:** | Wednesday, May 21, 2025 4:36 PM |
| **To:** | Richard WIlson |
| **Cc:** | Deiner, Venelyn; Mark Buckman; Somers, Tiare K.F.; Partelow, Tim; Jeni Buckman |
| **Subject:** | RE: Buckman v. Buckman - deposition scheduling |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Rich, trying to move forward onPl deposition scheduling given the limited availability you gave me of May 25 (I believe you meant Monday, Memorial Day, 5/26 based on your earlier email with Tamara), June 5 (after Tamara's deposition at 8 AM), June 6 and maybe June 4 (but you won't know about June 4 until next week).  Practically speaking, we're looking at 2 or 3 days before the discovery cutoff, given your schedule and that May 26 is an office and staff holiday.  Please let us know:

1. Are there any other dates next week you can free up?
2. If you will make Patricia available for 2 more hours on June 4, 5 (after Tamara) or 6?
3. We can probably schedule 1-2 more depositions during your limited timeframe.
   a. Do we go through you schedule Steve Reese or may we contact him directly? We may be able schedule Steve the first week of June – or next week if you have open days.  Otherwise, the deposition may need to be after June 6.
   b. Ms. Vu and Ms. Watanabe have both indicated availability on certain afternoons of the week -exact dates need to be determined. We might be able to schedule one, maybe two of them, in the next two weeks; one may need to be done after June 6.
   c. We anticipate Dr. Acklin could take up to a full day – may need to be after June 6
   d. Still to be determined is whether Matthew is medically able to be deposed; may not be decided until after June 6

Bottom line is that practically speaking, given your limited schedule, 2-4 depositions will need to be taken after June 6.  It would save both sides time and expense if we can stipulate to the taking of certain depositions after June 6 or to extension of the June 6 deadline to X date in order to finish depositions.  Please let me know if that concept is agreeable; otherwise, I'll need to file a motion to extend on case by case basis or request an expedited hearing via letter briefing. I hope we can work out a cooperative agreement in order to finish discovery.

Louise


Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers

1

**EXHIBIT 4**

 +1 808 441 6114

---

**From:** Ing, Louise K.Y.
**Sent:** Tuesday, May 20, 2025 5:26 PM
**To:** Richard WIlson <rewilson_law@yahoo.com>
**Cc:** Deiner, Venelyn <venelyn.deiner@dentons.com>; Mark Buckman <markfbuckman@sbcglobal.net>; Somers, Tiare K.F. <tiare.somers@dentons.com>; Partelow, Tim <tim.partelow@dentons.com>; Jeni Buckman <jeni.buckman@gmail.com>
**Subject:** RE: Buckman v. Buckman - deposition scheduling

Rich, in your email to Tamara, you had mentioned these dates of availability: " June 5 and 6, and May 25 [Do you mean May 26, a Monday, Memorial Day?].  That's it, other than what has been scheduled."
Do you have more dates available in the next two weeks, or are those the only dates you are available to schedule the depositions I listed in my May 19th email, in addition to the one I forgot to add?

- Dr. Acklin's deposition

To recap, these are the depositions we wish to conduct.  Please let me know which you want to be present for, so we can figure out which we can fit in with your schedule, which we can schedule on our own and which we may need to stipulate or get court permission to take after June 6th:

| Witness | Best Guesstimate of Time Needed |
|---|---|
| Steve Reese | 2-3 hr estimate of remaining time anticipated |
| Quynh Vu | 3 hr guesstimate (I need to contact and schedule) |
| Carolyn Watanabe | 5-5.5 hr estimate |
| Patricia Buckman | 2 hr estimate |
| Mathhew Buckman | No-show; reschedule if possible, depending on disclosures in doctor's letter to be produced |
| Dr. Acklin | May need full 7 hours |

Do you have any depositions to take?

As we now know, at least the morning of 6/5 will be consumed by Tamara Buchwald's 8 AM deposition.
Please get back to me so I can get deponents scheduled. Thanks.

Louise

## Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers

 +1 808 441 6114

---

**From:** Ing, Louise K.Y.
**Sent:** Monday, May 19, 2025 3:11 PM
**To:** Richard WIlson <rewilson_law@yahoo.com>
**Cc:** Deiner, Venelyn <venelyn.deiner@dentons.com>; Mark Buckman
<markfbuckman@sbcglobal.net>; Somers, Tiare K.F. <tiare.somers@dentons.com>; Partelow, Tim
<tim.partelow@dentons.com>
**Subject:** RE: Buckman v. Buckman - dates for responding to subpoenas

Rich, in addition to scheduling Tamara's deposition per my email to her and you, these are the additional depositions I will want to schedule, ideally, on May 28-30 (May 27th is the 1:30 PM motion to compel) or June 2-3.  Are you available during those timeframe for these depositions, assuming deponents are available?

| Witness | Best Guesstimate |
|---|---|
| Steve Reese | 2-3 hr estimate of remaining time anticipated |
| Quynh Vu | 3 hr guesstimate (I need to contact and schedule) |
| Carolyn Watanabe | 5-5.5 hr estimate |
| Patrica Buckman | 2 hr estimate |
| Mathhew Buckman | No-show; reschedule if possible, depending on disclosures in doctor's letter to be produced |
| Tamara Buchwald | Subpoenaed for 5/20, 8 AM or 2 PM DC time; but Rich unavailable; need new date/time |

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
 +1 808 441 6114

---

**From:** Richard WIlson <rewilson_law@yahoo.com>
**Sent:** Monday, May 19, 2025 8:21 AM
**To:** Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Deiner, Venelyn <venelyn.deiner@dentons.com>; Mark Buckman
<markfbuckman@sbcglobal.net>
**Subject:** Re: Buckman v. Buckman - dates for responding to subpoenas

[WARNING: EXTERNAL SENDER]

We can talk about it this morning.


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.


On Monday, May 19, 2025 at 07:49:02 AM HST, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:


Rich, please let me know the mornings and afternoons you  are available between May 27 and June 6 so we can slot in the deponents I had listed in a prior email (Reese et al) and you can slot in yours. Thanks


Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
+1 808 441 6114


From: Ing, Louise K.Y. <louise.ing@dentons.com>
Sent: Monday, May 19, 2025 7:22 AM
To: Mark Buckman <markfbuckman@sbcglobal.net>
Cc: Deiner, Venelyn <venelyn.deiner@dentons.com>
Subject: Fw: Buckman v. Buckman - dates for responding to subpoenas

Reminder that you will need to let Olender court reporting know the date and time we agree on with Tamara and Rich. And that 20th appears off.


Louise K.Y. Ing

4

Partner

My pronouns are: She/Her/Hers

+1 808 441 6114

---

**From:** Richard WIlson <rewilson_law@yahoo.com>
**Sent:** Monday, May 19, 2025 7:20 AM
**To:** Tamara <tambuchwald@aol.com>; Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>; Mark Buckman <markfbuckman@sbcglobal.net>
**Subject:** Re: Buckman v. Buckman - dates for responding to subpoenas

**[WARNING: EXTERNAL SENDER]**

---

Sorry, but I will be on the big island for client meetings.  I want to attend this depo.  I am available on May 26, and June 5.


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.


On Saturday, May 17, 2025 at 05:50:08 PM HST, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:


Ms. Buchwald,

By the way, feel free to call me Louise.

Thank you for your willingness to accommodate the Hawai`i timezone and to be available for your deposition on May 20 at 8 AM HT/2 PM PT upon certain conditions.  Regarding your conditions, I have these comments in our efforts to act reasonably and in good faith:

1. Timing: as I indicated below and in light of the time difference, we will make good faith efforts to conduct a 3-4 hour deposition, although court rules allow us a total of 7 hours per deponent.  Our estimate of anticipating 3-4 hours of your time, plus short breaks, will depend on a number of factors we as lawyers know well, including the manner in which the deponent responds, the need for followup on deponent responses, the amount of objections, and whether three will be questions by plaintiff's counsel.
2. Scope:  as is customary, we intend to ask questions that we adjudge are relevant to the claims and defenses in the case, that are relevant to our ability to mount a defense, and that are reasonably calculated to lead to the discovery of admissible evidence  What is considered harassing or embarrassing can be in the eye of the beholder.  Harassment and embarrassment is not our intent, but lawyer advocates have a duty and obligation to follow up with a deponent when testimony appears inconsistent with prior statements, documents or other evidence.

I hear your concerns but I hope you understand our concerns.  Thank you, and congratulations to your son.

Rich, if you plan to attend the deposition, please confirm that 8 AM on 5/20 works with your calendar.  Mahalo.

Sincerely,

Louise Ing

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
+1 808 441 6114

---

**From:** Tamara <tambuchwald@aol.com>
**Sent:** Friday, May 16, 2025 1:46 PM
**To:** Ing, Louise K.Y. <louise.ing@dentons.com>

6

**Cc:** Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn
<venelyn.deiner@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>;
Richard WIlson <rewilson_law@yahoo.com>
**Subject:** Re: Buckman v. Buckman - dates for responding to subpoenas

Dear Ms. Ing:

Thank you for your e-mail.

I am willing to be available for a deposition on Tuesday, May 20 at 2:00 pm EST conditioned on the agreement of the following:

> 1)  The deposition will take no longer than 3-4 hours completed at the latest by 6 p.m. EST on May 20th.
>
> 2)  The scope of the deposition is defined.  It is my observation that your co-counsel, Mark Buckman, asks questions for the purpose of harassing or embarrassing the witnesses, rather than questioning witnesses to get information relevant to the case.  Please confirm that the questions will be limited only to matters that are relevant to the issues of the case at hand, Patricia W. Buckman v. Mark Buckman.

Sincerely,

Tamara Buchwald

On Friday, May 16, 2025 at 01:12:38 AM EDT, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:

> Dear Ms. Buchwald,
>
> Sorry for the late reply.  We were in a deposition today.
>
> Thank you for delivering the documents to the court reporting service.

I understand that although the time stated on the deposition subpoena is 5/20 at 8:00 AM, Mark Buckman had intended to specify 8 AM HT/2 PM ET.  8:00 AM ET is 2 AM HT, which although doable if that is the only available timeslot, is way beyond the time we would expect other Hawai`i counsel or parties or service providers to be available.

Ms. Buchwald and Mr. Wilson (assuming Mr. Wilson plans to attend the deposition), please let me know if you would be available for Ms. Buchwald's deposition pursuant to subpoena on **5/20 at 1 PM or 2:00 PM ET** instead of 8:00AM or alternatively, **5/29 at 1 PM or 2 PM** ET.  When we spoke yesterday, Ms. Buchwald had indicated she was available on 5/29.  .

Thank you for your attention to this scheduling matter.

Sincerely,

Louise Ing

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers

+1 808 441 6114

**From:** Tamara <tambuchwald@aol.com>
**Sent:** Thursday, May 15, 2025 4:59 AM
**To:** Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Mark Buckman <markfbuckman@sbcglobal.net>; Partelow, Tim <tim.partelow@dentons.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>;

Somers, Tiare K.F. <tiare.somers@dentons.com>; Richard WIlson
<rewilson_law@yahoo.com>
**Subject:** Re: Buckman v. Buckman - dates for responding to subpoenas

Dear Ms. Ing,

Thank you for your e-mail.  Since I did not hear from you last night, in order to be in compliance with the subpoena,  I delivered the documents this morning to Olender Reporting 1100 Connecticut Avenue, NW Suite 810, Washington, D.C 20036 as required.  I delivered them prior to the 1:00pm deadline in order to attend my son's convocation at Georgetown.   I will also be available for the deposition as stated in the subpoena on May 20, 2025 at 8:00 am EST at Olender Reporting 1100 Connecticut Avenue, NW Suite 810 Washington, D.C.  20036.

In addition to those you added in the original e-mail, I have added Mr. Wilson, who as you are aware, represents Patricia Buckman.

Sincerely,

Tamara Buchwald

On Thursday, May 15, 2025 at 10:10:33 AM EDT, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:

Dear Ms. Buchwald,

Thank you for your call on Wednesday, May 14.  I have had an opportunity to confer with our clients Mark and Jennifer Buckman, and we are willing to extend the dates as follows for responding to the subpoenas, conditioned on your agreement to consider yourself bound by the subpoenas on the extended dates and any subsequent dates that may be needed to complete compliance:

9

1. Respond to the subpoena duces tecum by 2 PM ET/8 AM HT on May 19, 2025, by emailing or electronically transmitting all responsive documents to Dentons, to the attention of me and our legal assistant Tiare Somers and to Plaintiff's counsel Richard Wilson, if he requests a copy.  If you need a Kiteworks link for uploading, please inform Ms. Somers, who is cc'd.
2. Appear via Zoom for your deposition on Friday, May 29, at 3 PM ET/9 AM HT, before a court reporter located in Honolulu, Hawai`i.  We will send a Zoom link.  Although court rules allow us a total of 7 hours per deponent, we estimate needing 3-4 hours of your time, plus short breaks.  Note that this is an estimate and actual length could be affected by several factors including nature of responses, amount of objections, and questions by plaintiff's counsel.

If we reach agreement on mutually workable dates and the continuing effectiveness of the subpoenas during the new dates, including your not objecting to service (which was effected after numerous prior attempts to serve you), we will not seek recourse in court for enforcement of the subpoenas.  We understand you will be out of the country June 6-16.

For your information the persons being copied on this email are Mark Buckman, who also serves as co-counsel for Ms. Buckman, my colleague Tim Partelow, paralegal Ms. Somers and my assistant Venelyn Deiner.  Thank you in advance for your cooperation.  Once we agree on dates, we will inform Plaintiff's counsel of the new dates for compliance.  I look forward to hearing from you to confirm the new dates for compliance.

Sincerely,

Louise Ing

Attorney for Mark Buckman, individually and as trustee of his trust,

And Jennifer Buckman

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers

10

+1 808 441 6114

louise.ing@dentons.com   |   Bio   |   Website
Dentons US LLP

**DENTONS**

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.