| | |
|---|---|
| **From:** | Richard WIlson <rewilson_law@yahoo.com> |
| **Sent:** | Saturday, May 24, 2025 1:08 PM |
| **To:** | Thomas Bush; Ing, Louise K.Y. |
| **Cc:** | Mark Buckman; Bev Descalzi; Deiner, Venelyn; Somers, Tiare K.F. |
| **Subject:** | Re: Buckman v. Buckman, CV 24-00129 - scheduling |

**[WARNING: EXTERNAL SENDER]**

Louise -- of course.

Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

On Saturday, May 24, 2025 at 12:56:05 PM HST, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:

Will you agree to a shortening of time for the hearing of our motion to extend? I need to know yes or no to report to the court

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
+1 808 441 6114

**From:** Richard WIlson <rewilson_law@yahoo.com>
**Sent:** Saturday, May 24, 2025 12:31 PM

1

**EXHIBIT 5**

**To:** Thomas Bush <tom@tblawhawaii.com>; Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Mark Buckman <markfbuckman@sbcglobal.net>; Bev Descalzi <bev@tblawhawaii.com>; Deiner, Venelyn <venelyn.deiner@dentons.com>; Somers, Tiare K.F. <tiare.somers@dentons.com>
**Subject:** Re: Buckman v. Buckman, CV 24-00129 - scheduling

**[WARNING: EXTERNAL SENDER]**

---

All, so we're clear on this ... Tom asked if I was open to continuing Natalie's deposition beyond the discovery cut-off.  I said that I was.  I am not, however, agreeable to extending the discovery cutoff for any other depositions.  The defendants had more than sufficient time to conduct their discovery, and instead of being surgical in their approach, have squandered their allotted time pursuing irrelevant matters.  Rich


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.


On Saturday, May 24, 2025 at 11:42:35 AM HST, Ing, Louise K.Y. <louise.ing@dentons.com> wrote:


Thanks for the recap, Tom.

Rich, if we can narrow or eliminate our areas of disagreement over depositions needing to be taken after 6/6, that would be appreciated, especially given Judge Mansfield having left the door open at our April 30 status conference to case by case extensions of the pretrial deadlines.  These are the depositions currently set by or before June 6, taking into account your limited schedule due to "grad week" (congrats!) and case commitments:
    June 5 morning: Tamara Buchwald
    June 6 morning: Steve Reese (need to confirm)
Anticipate needing to schedule these in June beyond June 6:
- Patricia (waiting to hear from you)
- Dr. Acklin (may we contact him directly or do we go through you?)
- Carolyn Watanabe (sent email request to schedule)
- Quyn Vu (ditto)

2

- Finish Natalie's depo (June 18 or 19 per Tom's email)
- Matthew Buckman (awaiting medical letter so we can evaluate his ability to be deposed and get court ruling if needed)

I would prefer to agree to this limited set, or as many as possible, without the need to file a motion or letter motion because agreeing on scheduling is what we as lawyers are supposed to do.  But if you insist I take this to Judge Mansfield, even after the various pieces of guidance he has given in prior status conferences and orders, please advise if you will agree we can shorten the time for a hearing (assuming he even entertains a hearing). Mahalo

Louise

Louise K.Y. Ing
Partner

My pronouns are: She/Her/Hers
+1 808 441 6114

**From:** Thomas Bush <Tom@tblawhawaii.com>

**Sent:** Friday, May 23, 2025 5:53 PM
**To:** Richard Wilson <rewilson_law@yahoo.com>
**Cc:** Ing, Louise K.Y. <louise.ing@dentons.com>; Mark Buckman <markfbuckman@sbcglobal.net>; Bev Descalzi <Bev@tblawhawaii.com>
**Subject:** Buckman v. Buckman, CV 24-00129

[WARNING: EXTERNAL SENDER]

Rich,

Natalie's deposition was ended for today.  We completed 3:40 minutes of depo time.  I understand your discovery cut-off is 6/6, but since I will be away from 5/28 to 6/13, I arranged with Defendants' counsel to continue Natalie's deposition to 6/18 or 6/19.  I understand that Defendants' counsel are pretty much open on both days. Hopefully, the parties can agree to a limited extension of the discovery cut-off to accommodate this continued deposition.  If so, please let me know what days/times on those dates work for you so I can pencil that into my schedule before I leave for vacation.

Thanks, Tom

**Thomas E. Bush, Esq.**
Thomas Bush Law Office LLLC
1001 Bishop Street, Suite 1560
Honolulu, Hawaii  96813
Telephone:  (808) 536-BUSH (2874)
Facsimile:   (808) 536-2875
Email:  Tom@tblawhawaii.com

NOTICE: The information contained in this email is confidential and
> may also be attorney-client privileged.  This information is intended
> only for use by the individual to whom it is addressed.  If you are
> not the intended recipient, you are hereby notified that any use,
> dissemination, distribution or copying of this communication is
> strictly prohibited.  If you have received this email in error, please
> immediately notify the sender by return email, and delete this email,
> any attachments and all copies.