IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICIA W. BUCKMAN, PATRICIA W. BUCKMAN REVOCABLE TRUST, | Civil No. 1:24-CV-00129-MWJS-KJM |
| Plaintiffs, | **CERTIFICATE OF COMPLIANCE** |
| v. | |
| MARK F. BUCKMAN, MARK F. BUCKMAN TRUST, JENNIFER BUCKMAN, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE GOVERNMENTAL AGENCIES 1-10, | |
| Defendants. | |

**CERTIFICATE OF COMPLIANCE**

In accordance with Rule 7.4(e) of the Local  Rules of the U.S. District Court

for the District of Hawai`i, the undersigned hereby certifies that *DEFENDANTS'*

*MOTION TO EXTEND DISCOVERY DEADLINE AS TO CERTAIN WITNESSES*

is in Times New Roman 14 point font, and contains 1407 words (according to the

//

//

15817318\000001\130418834

Word Count function of Microsoft Word), exclusive of captions and signature lines.

Dated:  Honolulu, Hawai`i, May 30, 2025.

          */s/ Louise K.Y. Ing*
          LOUISE K.Y. ING
          TIMOTHY C. PARTELOW

          Attorneys for Defendants
          MARK F. BUCKMAN, individually
          and as Trustee of the MARK F.
          BUCKMAN TRUST, and
          JENNIFER BUCKMAN


          */s/ Mark F. Buckman*
          MARK F. BUCKMAN

          Attorney for Defendant
          JENNIFER BUCKMAN

15817318\000001\130418834