5/27/2023 9:01:47 PM

Natalie Pitre

In case you're wondering, Matt, Kimi and Manoa are colossal fuck ups.

Day after day, they make shitty, ridiculous, stupid choices that impact mom and me and radiate out. Dad is sending Matt loads of money. Matt is scamming money off of mom. Matt gets money from the government. Matt is sucking Manoa. dry and exhausting him. They couldn't be bothered to make dinner, and now Tutu out for fast food at 9 o'clock at night. Because none of them have a cent to their name. Manoa lives here and doesn't pay rent. Neither does Kimi. Neither does Matt. They're just sucking me dry.

So when mom dies and the house goes to Manoa and Matt. I hope you take into account all of the shit that I'm going through. Because you're not here dealing with this and feeding mom daily and checking on her and taking her to the doctor and making sure she stays well and keeping her out of trouble every damn day many times a day.

If I didn't have my family, I would go crazy.

**EXHIBIT**

**1**

001

6/19/2023 6:35:07 PM

Natalie Pitre

Mom is accelerating towards death.
I would like to make a plan for what to do with the houses and Matt when mom dies.
Despite the government disability aid I secured for Matt and his food stamps, he's still beyond broke. He has a sizable negative cash flow. I believe dad is giving him somewhere between 900 and $1500 sometimes up to $5000 a month.

Kimi has no money.

I don't know Manoa's money situation because he says he refuses to

discuss money and houses with me.

What I do surmise is that he is not paying rent, according to Tutu. I have asked him to deposit rent each month into her bank account and text me a picture of the deposit slip. He refuses to do this and says he is working it out with Tutu. When I ask him what that means he says he doesn't want to talk about it, but that he's working it out with Tutu. I asked Tutu if he's paying her and she says no.

In the past when he gave her $500 cash rent into her wallet, it was gone in 1 to 3 days. Which is why I asked him to put it into her bank account instead.

I am sharing this information with you so that you can check it all out while she's still alive and things are still OK so that when she dies and the battle comes, we're on the same page. Not just you and me, but all of us.

Matt says he wants to move into the back house when she dies. Given the negative cash flow of Matt, Kimi and Manoa, I don't see how that's possible. How will the insurance and utilities, yard upkeep or any repairs be paid? The answer is they won't.
And I won't have that.
And I'm guessing Tammy the executor won't advise that either.
My rent will cover the mortgage of the front house.
At the moment there is no mortgage on the back house, but that may become necessary if mom continues to live and spend her money at the rate Matt is spending it.

When Paul moved out of Matt's house in Hawaii Kai, Matt moved into the master bedroom, then couldn't rent out the two lesser bedrooms and couldn't pay his rent and couldn't pay his bills and mom saved him from moving onto the street by offering her home office.

Matt is the kind of person who believes he is entitled to live way beyond his means.
I am going to advise that when mom dies they stay in mom's house with Matt in the third bedroom/home office as he is now.
Then I will rent out mom's room to cover the expenses. That way moms, true intent of Matt being taken care of until he dies can be seen through.

I'm sure you have an idea, but their daily shit show and fiasco and complete and utter inability to make smart choices and proactively manage money or their lives blows my mind.

If you have other ideas, I would like to know them now. If not, I will proceed with this plan.

The plan: Pitre stay in the back house. Matt stays in the front house in the small third bedroom/home office. The house that Matt lives in is paid for including all utilities, taxes, repairs (It will be my financial responsibility when I inherit it.)
The back house, taxes and repairs will also be paid for from any remaining rental proceeds from renting out mom's current bedroom.

003

If mom mortgages the back house, this plan will likely need to change.