## Trustee Resignation

I, Patricia W. Buckman, Trustee of the Patricia W. Buckman Revocable Trust dated July 25, 2019, do hereby resign on September 24, 2020, all of my Trustee responsibilities, rights, title, and any other interest whatsoever I may have or had in this trust or trusts.

Before resigning, I appoint Natalie B. Pitre 3010A Kaunaoa Street Honolulu, HI 96815, as the successor Trustee.

In witness thereof, I hereby sign my Resignation as Trustee of the above trust (s).

_Patricia W. Buckman_
Trustee

_Minu G Lee_
Notary

_[signature]_
Witness

**NOTARY PUBLIC CERTIFICATION**
Minu G. Lee          First Judicial Circuit
Doc. Description _Trustee Resignation_

No. of Pages: 1    Date of Doc. 9/24/2020

_[signature]_                9/24/2020
Notary Signature              Date





EXHIBIT

2-A

# Acceptance of Trustee

The Trustee hereby accepts its appointment as trustee with respect to the Notes + shall hereby be vested with all of the authority, rights, powers, trusts, immunities, duties, benefits + obligations of a Trustee under the indenture.

Natalie B Pitre
_____
Trustee Natalie Buckman Pitre

MINU G LEE
_____
Notary

_____
Witness

**NOTARY PUBLIC CERTIFICATION**
Minu G. Lee    First Judicial Circuit
Doc. Description: Acceptance of Trustee
No. of Pages: 1    Date of Doc. 9/24/20
Notary Signature    Date 9/24/2020

MINU G. LEE
NOTARY PUBLIC
No. 09-25
STATE OF HAWAII

MINU G. LEE
NOTARY PUBLIC
No. 09-25
STATE OF HAWAII

EXHIBIT
2-B