IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICIA W. BUCKMAN, | : | CIVIL NO. |
| PATRICIA W. BUCKMAN | : | 1:24-CV-00129- |
| REVOCABLE TRUST, | : | MWJS-KJM |
| Plaintiffs, | : | |
| Vs. | : | |
| MARK F. BUCKMAN, | : | |
| MARK F. BUCKMAN TRUST, | : | |
| JENNIFER BUCKMAN, JOHN | : | |
| DOES 1-10; JANE DOES | : | |
| 1-10; DOE CORPORATIONS | : | |
| 1-10; DOE PARTNERSHIPS | : | |
| 1-10; DOE GOVERNMENTAL | : | |
| AGENCIES 1-10, | : | |
| Defendants. | : | |
| _____ | : | |

Deposition of NATALIE PITRE taken by the Defendants at the Law Offices of Dentons US LLP, 1001 Bishop Street, Suite 1800, Honolulu, Hawaii 96813 on May 23, 2025, commencing at approximately 9:00 a.m. HST pursuant to Notice.

REPORTED BY:  Kathryn Plizga, RPR, CSR No. 497

RALPH ROSENBERG COURT REPORTERS, INC.

EXHIBIT

4

Q. And you thought about this question coming up in this depo, correct?

MR. BUSH: Objection, vague.

A. I thought about a lot of questions.

Q. But you knew you had to explain about the lease that you faked up and this rent payments, right?

MR. BUSH: Objection to the form of the question, argumentative.

A. You asked me about it in the other deposition so I thought you would probably ask me about it again.

Q. So even knowing that I would ask again, you still don't have an answer for how many months you told me you had paid Mom cash rent, correct?

A. Well, I haven't investigated it.

Q. Investigated your own story about paying cash rent?

A. No, the actual rent.

MR. BUSH: Objection to the form of the question.

Q. But actually you lied about paying cash rent to me, correct?

A. You put me on the spot and I told you something that I thought you would want to hear.

RALPH ROSENBERG COURT REPORTERS, INC.

Q. But it's a lie, correct?

A. It was not true.

Q. Are you having problems saying it's a lie?

A. It was not true.

Q. And why did you tell me untrue things then?

A. Because you scare the shit out of me, Mark.

Q. Is it that you're concerned that you actually hadn't paid your mom rent during that time?

A. No.

Q. And during that time period you weren't paying Mom rent, you were in charge of paying her mortgage, correct?

A. Between Carolyn and I, yes.

Q. You actually had the only access to the bank of ease account, correct?

A. No.

Q. And during that time period it was solely in your name for the first six months, correct?

A. Yes.

Q. And so that account was supposed to pay the mortgage payment for Mom, correct?

A. Yes.

Q. And you did not give Carolyn or Mom copies of those statements, correct?

A. The ease account doesn't offer statements or

RALPH ROSENBERG COURT REPORTERS, INC.

checks so there were no statements to give. Carolyn had access through Mom's computer to the ease account.

Q. And so you bounced Mom's mortgage payments during the time period for which you were not paying her rent, correct?

A. I did not bounce them.

Q. They went through the ease account and the payment was returned for lack of funds, correct?

MR. BUSH: Objection, vague. You said mortgage payments. Is this payment or payments?

Is this one mortgage payment or multiple mortgage payments you're alleging in your question?

A. Yeah, what are you alleging?

Q. How many mortgage payments did you miss for Mom in 2023?

MR. BUSH: Objection to the form of the question. It misstates her testimony. She didn't say she missed any.

Q. Did you miss any mortgage payments for Mom in 2023?

A. I myself did not miss mortgage payments. The mortgage payments came from the account.

Q. And the reason -- there were mortgage payments returned for lack of funds, correct?

RALPH ROSENBERG COURT REPORTERS, INC.

A.   There was one mortgage payment that was returned for lack of funds.

Q.   And that was the same time period you were not paying Mom rent, correct?

A.   Yes.

Q.   And if you would have paid rent into the ease account you would have sufficient funds to pay the mortgage, correct?

A.   Yes.

Q.   And so you also had a tax lien for about $62,000 in March of 2023, correct?

A.   Yes.

Q.   And that tax lien took all of the funds in the ease account at that time when it was levied, correct?

A.   I think it took -- you probably remember better than I -- maybe $7,000.

Q.   My understanding, it was over $10,000.  Does that refresh your recollection at all?

A.   I don't know.

Q.   And all the money in the ease account was supposed to be Mom's, correct?

A.   Yes.

Q.   From the very first date it was established all the money in there was supposed to be for Mom,

RALPH ROSENBERG COURT REPORTERS, INC.

correct?

A. Yes.

Q. And you're not supposed to pay any of your bills from that account, correct?

A. Any of my bills?

Q. Your personal expenses or bills. It was only supposed to be for Mom's expenses and bills, correct?

A. Yes, it's for Mom to pay her expenses.

Q. But Mom couldn't make any transactions on that account; you had sole contract vis-a-vis Mom, correct?

A. I did not have sole control. Carolyn also had access to the account.

Q. If Carolyn said she did not have access to that account, would you disagree with that?

MR. BUSH: Objection, lacks foundation.

A. Yeah. I mean, she can go on the computer and take a look at that account any time she wanted. The password was saved. Anybody could have really.

Q. And so you said you were untruthful about the rent payments in your deposition. Can you tell me how you were untruthful?

A. I told you that I had paid in cash and I did not pay in cash.

RALPH ROSENBERG COURT REPORTERS, INC.

Q.    Did you in fact send multiple e-mails to Steve Reese that you say you drafted on Mom's behalf?

MR. BUSH:  Objection.  Misstates her testimony.

A.    I don't know if it was multiple.  More than one, and I don't know how many.  We worked together, my mom and I.

Q.    And did you tell your mom you were not paying rent at the time?

A.    No.

Q.    And did your mom ever have any kind of understanding that you weren't paying the rent at the time?

A.    Are you asking me to speculate?  I said she didn't know.

Q.    You said you worked with her.  Did she have any inkling when she's running out of money and you might tell her, hey, I kind of -- I think I don't need to pay you rent because Matt is not paying you rent, Mom, something like that?  Did you ever have that discussion?

A.    I just said that she didn't know.

Q.    And why didn't you tell her that you weren't paying the rent?

RALPH ROSENBERG COURT REPORTERS, INC.

STATE OF HAWAII           )

COUNTY OF HONOLULU )     SS.

         I, KATHRYN PLIZGA, RPR, Hawaii CSR, Notary Public, State of Hawaii, hereby certify:

         That on May 23, 2025 at approximately 9:00 a.m. appeared before me NATALIE PITRE, the witness whose deposition is contained herein; that prior to being examined, the witness was by me duly sworn;

         That pursuant to Rule 30 (e) of the Hawaii Rules of Civil Procedure, a request for an opportunity to review and make changes to the transcript was made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.

         That the foregoing represents, to the best of my ability, a full, true and correct transcript of said deposition.

         I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

_____

KATHRYN PLIZGA, RPR, Hawaii CSR 497

RALPH ROSENBERG COURT REPORTERS, INC.