3010 A Kaunaoa - Back house

Matt to be able to live at the house for his lifetime as long as he pays property costs, such as ~~taxes~~ property taxes, insurance all utilities, maintenance, & estimated $300-$400 per month for budgeted larger repairs. If Matt doesn't pay those expenses (Est - tax $280 insurance $1,100 year, utilities ~$4,000 maintene ~ $1,000-$2,000 year, reserve ~$4,200/yr. This will all be paid monthly on the 1st. If Matt doesn't pay, Merle will rent it out, pay the expenses, & Matt gets the rest monthly.

Mark owns property free & clear When Matt passes. In meantime property in Mark's name, w/ Matt's lifetime occupancy as above.

We will write up a rental agreement prior to occupancy.

Matt Buclean        Mark Buclean        Manoa Buclean

MFB01860