Mark F. Buckman        SBN 7080
Law Offices of Mark F. Buckman
8359 Elk Grove Florin Rd
Suite 103-320
Sacramento, CA 95829
Telephone:  (916) 442-8300
Markfbuckman@sbcglobal.net
Attorneys for Defendant Jennifer
Buckman and Defendant /
Counterclaimant Mark F. Buckman,
individually and as Trustee of the Mark
F. Buckman Trust

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN, et al, | Civil No. CV 24-00129 MWJS-KJM |
| Plaintiffs, | **MARK BUCKMAN'S REQUESTS** |
| vs. | **FOR ADMISSION TO PATRICIA** |
| | **W. BUCKMAN** |
| MARK F. BUCKMAN et al., | Set No. 1 |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 26 and 36 and Civil Local Rule

26.2, Patricia W. Buckman shall, within thirty (30) days after being served with these

requests, serve on counsel Mark F. Buckman a written answer or objection addressed

Page 1 of  14

**EXHIBIT**

**7**

7.   Admit that you were legally competent to sign the "Codicil to the Last Will and Testament of Patricia W. Buckman" on September 24, 2023.  (MFB00036-00037)

8.   Admit that, before you signed the "Warranty Deed" on August 10, 2023, Matt Buckman had asked you to deed 3010A Kaunaoa Street, Honolulu to Mark Buckman pursuant to Matt and Mark's agreement.  (MFB00001-00007)

9.   Admit that, before August 10, 2023, you decided to deed 3010A Kaunaoa Street, Honolulu, Hawaii 96815 to Mark Buckman.

10.  Admit that, before August 10, 2023, you stated your intention to deed 3010A Kaunaoa Street, Honolulu, Hawaii 96815 to Mark so that Mark could be "his brother's keeper" for Matt Buckman.

11.  Admit that, before August 10, 2023, you communicated to Mark Buckman that you would be signing the "Warranty Deed" in furtherance of Matt and Mark's agreement.  (MFB00001-00007)

12.  Admit that the "Promissory Note" to Mark Buckman that you signed on September 24, 2023 is fully enforceable pursuant to its terms.  (MFB00022-00023)

13.  Admit that, before you signed the "Promissory Note" to Mark Buckman on September 24, 2023, you asked Mark to allow Natalie & Carl Pitre additional time to pay off that debt after your passing such that they could continue to own the Front House, aka 3010 Kaunaoa Street, Honolulu.  (MFB00022-00023)

14.  Admit that, before you signed the "Promissory Note" to Mark Buckman on September 24, 2023, you asked Mark to agree to loan you up to an additional

$50,000.00 for your personal needs.  (MFB00022-00023)

15.    Admit that, several days before signing the "Promissory Note" to Mark
Buckman, you discussed that debt with Natalie Pitre.  (MFB00022-00023)

16.    Admit that, several days before signing the "Promissory Note" to Mark
Buckman on September 24, 2023, you, Mark, and Natalie discussed the debt
from 16th Avenue, and neither you nor Natalie objected to it.  (MFB00022-
00023)

17.    Admit that YOU refused to sign the version of the "Second Amendment to
Declaration of Revocable Trust of Patricia W. Buckman" containing a clause
deleting and replacing Section 5.01(a) of YOUR trust.  (MFB00008-00009).

18.    Admit that YOU did **Not** refuse to sign the version of the "Second Amendment

to Declaration of Revocable Trust of Patricia W. Buckman" containing a clause deleting and replacing Section 5.01(a) of YOUR trust. (MFB00008-00009).

19.    Admit that YOU only agreed to sign the "Second Amendment to Declaration of Revocable Trust of Patricia W. Buckman" after Mark Buckman deleted a clause that would have removed Natalie Pitre from having discretion to distribute your personal and household effects. (MFB00010-00011)

20.    Admit that you told at least one person in the time period 2022-2023 that you owed Mark Buckman $100,000.

21.    Admit that you did **Not** tell anyone in the time period 2022-2023 that you owed Mark Buckman $100,000.

22.    Admit that, although you quote in paragraph 9 of your Second Amended

Complaint a January 2015 email about Mark Buckman wanting you to choose a neutral third party to be your administrator, you requested that Mark Buckman continue to be trustee of your trust as late as December 2016.

23. Admit you communicated to Mark Buckman that you wanted him to be his "brother's keeper" and that Mark needs to make sure that his brother Matt does not end up homeless.

24. Admit you never communicated to Mark Buckman that you wanted him to be his "brother's keeper" and that Mark needs to make sure that his brother Matt does not end up homeless.

25. Admit that you told Mark Buckman that Natalie Pitre had not paid you any rent in cash in 2023.

## CERTIFICATE OF SERVICE

I, Brian Buckman, hereby certify that, on February 6, 2025 and by the method

of service noted below, a true and correct copy of the foregoing was served on the

following at their last known addresses:

### SERVED ELECTRONICALLY THROUGH CM / ECF:

### SERVED BY FIRST-CLASS MAIL:

Richard E. Wilson, Esq.
Law Offices of Richard E. Wilson, LLC
735 Bishop Street, Suite 306
Honolulu, HI 96813

### SERVED BY ELECTRONIC MAIL:

### SERVED BY HAND DELIVERY:

Dated:        Elk Grove, California, February 6, 2025.

_____
Brian Buckman