Mark F. Buckman        SBN 7080
Law Offices of Mark F. Buckman
8359 Elk Grove Florin Rd
Suite 103-320
Sacramento, CA 95829
Telephone:  (916) 442-8300
Markfbuckman@sbcglobal.net
Attorneys for Defendant Jennifer
Buckman and Defendant /
Counterclaimant Mark F. Buckman,
individually and as Trustee of the Mark
F. Buckman Trust

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> MARK F. BUCKMAN et al., <br><br> Defendants. | Civil No. CV 24-00129 MWJS-KJM <br><br> **MARK BUCKMAN'S REQUESTS FOR ADMISSION TO PATRICIA W. BUCKMAN** <br><br> Set No. 2 |

Pursuant to Federal Rules of Civil Procedure 26 and 36 and Civil Local Rule 26.2, Patricia W. Buckman shall, within thirty (30) days after being served with these requests, serve on counsel Mark F. Buckman a written answer or objection addressed

Page 1 of  8

**EXHIBIT**

**8**

51.   Admit that in the first half of 2023 you shared your concern with an Island Properties worker that Natalie Pitre was taking property from you and that you didn't want that fact communicated to Natalie Pitre.

52.   Admit that the main reason you signed the "Power of Attorney" on August 25, 2023 (MFB00010-00017) was to enable Mark Buckman to take charge of Matt Buckman's $40,000 share of your life insurance policy, as you requested.

53.   Admit that you had requested Mark Buckman to take charge of Matt Buckman's $40,000 share of your life insurance policy at least 3 times before you signed the "Power of Attorney" on August 25, 2023 (MFB00010-00017).

54.   Admit that the main reason you signed the "Promissory Note" to Mark Buckman on September 24, 2023 (MFB00022-00023) was to pay Mark Buckman for his interest in 714 16th Avenue, Honolulu.

55. Admit that you discussed Mark Buckman's ownership interest in 714 16th Avenue with Mark at least 3 times before you signed the"Promissory Note" to Mark Buckman on September 24, 2023.  (MFB00022-00023)

56. Admit that you told Mark Buckman in the second half of 2023 that your 2022 Trust didn't state your wishes in that you wanted all income from 3010A Kaunaoa Street to go to Matt Buckman during his lifetime, not Manoa Buckman as stated in that trust.

57. Admit that the main reason that you signed the "Codicil to the Last Will and Testament of Patricia W. Buckman" on September 24, 2023 (MFB00036-00037) was to remove Tamara Buchwald as executor of your will.

58. Admit that, before you signed the "Warranty Deed" on August 10, 2023 (MFB00001-00007), that you had discussed such deeding with Mark Buckman on at least two prior occasions.

59.   Admit that, before you signed the "Warranty Deed" on August 10, 2023 (MFB00001-00007), that you had discussed such deeding with Matthew Buckman and he was in agreement with you deeding 3010A Kaunaoa Street, Honolulu to Mark Buckman.

60.   Admit that on August 10, 2023, at the same time you signed the "Warranty Deed" (MFB00001-00007), You refused to sign the version of the "Second Amendment to Declaration of Revocable Trust of Patricia W. Buckman" containing a clause deleting and replacing Section 5.01(a) of your trust at the same time that you signed the Warranty Deed. (MFB00008-00009).

60.   Admit that on August 10, 2023, after you refused to sign the version of the "Second Amendment to Declaration of Revocable Trust of Patricia W. Buckman" containing a clause that would have removed Natalie Pitre from having discretion to distribute your personal and household effects under your trust (MFB00008-00009), that you then agreed to and signed the "Second Amendment to Declaration of Revocable Trust of Patricia W. Buckman" after

## CERTIFICATE OF SERVICE

I, Mark F. Buckman, hereby certify that, on April 5, 2025 and by the method

of service noted below, a true and correct copy of the foregoing was served on the

following at their last known addresses:

**SERVED ELECTRONICALLY THROUGH CM / ECF:**

**SERVED BY U.S. MAIL:**

**SERVED BY E-MAIL PURSUANT TO COUNSEL'S AGREEMENT:**

Richard E. Wilson, Esq.
Law Offices of Richard E. Wilson, LLC
735 Bishop Street, Suite 306
Honolulu, HI 96813
rewilson_law@yahoo.com

**SERVED BY HAND DELIVERY:**

Dated:      Elk Grove, California, April 5, 2025.


                              /S/ Mark F. Buckman
                              Mark F. Buckman