I'm sorry you had an emotionally draining day.  I am also the best sibling either of your other two  kids have, in case you were wondering.

7/24/2023 11:17:43 AM

Hope you're feeling better. Please give me a call. Aloha.

7/24/2023 4:41:00 PM

Markbuckman

8/9/2023 2:33:09 PM



I am still thinking of future for all of you. Especially for Natalie.  And Matt!
Please God!!!You have brilliant and amazing Jeni!!!!'you two Match made in Heaven
Now I have Matt taken care of by you and by me with small house🎶
thanks so much for stepping up to be your brothers keeper!!!!'
As u and I both know Matt is very poor $$$$$manager.    😱AMAZING!!! That
My memory is so poor!!!'
And when he gets his inheritance, after that no more !!!
He would ❤️to be in charge of his small life ins. But we both know he would quickly blow it!
He would love to put his red sailing canoe in operable condition……and maybe he can with your help and supervision!!!
What do u think????
Hope u and Jeni with Brian
Are having a lovely day!!!
And that sailing canoe is Matt's hope for joy!!!

So I am hoping with your help and!!!  supervision, it can happen!!!!!!!  .I need Carolyn, my assistant to figure out how much it is!!

My steel trap memory is gone!!! ! !!!!!!!!!!!

8/9/2023 8:57:30 PM

Thanks for the well wishes, let me talk to you tomorrow. Aloha.

8/11/2023 5:39:13 PM

Jaylene Taetakua.vcf

8/15/2023 6:42:57 AM

Good morning mom, I will work with Manoa to make sure you get the $500 rent tomorrow. Please remember to not ask him about it today. Aloha.

8/16/2023 7:44:39 PM

Thank you!
Xxxmom

You're welcome mom. Aloha and good night.

8/23/2023 6:15:26 PM

Hello mama-San, I got your message about Turtle Bay. We are going to go have some pupus now, but will stop by your house later this evening with some nice cheese and maybe a little red wine.