| | |
|---|---|
| **From:** | Mark Buckman |
| **To:** | Richard Wilson |
| **Subject:** | Discovery responses? |
| **Date:** | Sunday, March 30, 2025 5:42:47 PM |

Hi Rich,

I have not received any responses to Discovery we served in early February, including interrogatories and request for reproduction (as well as RFAs). Please email me responses to all outstanding discovery.  Thank you.

Mark Buckman
Sent by my Continuum Transfunctioner

**EXHIBIT**

**10-A**

| | |
|---|---|
| **From:** | Richard WIlson |
| **To:** | Mark Buckman |
| **Subject:** | Re: Discovery responses? |
| **Date:** | Tuesday, April 01, 2025 12:20:11 PM |

They fell through the cracks.  Can you confirm what you sent -- no need to resend.  Will have them to you by Friday at the latest.


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388


CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.


On Sunday, March 30, 2025 at 02:42:45 PM HST, Mark Buckman <markfbuckman@sbcglobal.net> wrote:


Hi Rich,

I have not received any responses to Discovery we served in early February, including interrogatories and request for reproduction (as well as RFAs). Please email me responses to all outstanding discovery. Thank you.

Mark Buckman
Sent by my Continuum Transfunctioner