IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PATRICIA W. BUCKMAN, Individually, and as Trustee

of the PATRICIA W. BUCKMAN REVOCABLE TRUST;

PATRICIA W. BUCKMAN REVOCABLE TRUST

        Plaintiffs,

vs.              CASE NO.: 1:24-cv-00129-MWJS-KJM

MARK F. BUCKMAN Individually, and as TRUSTEE OF

THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST;

JENNIFER BUCKMAN; JOHN DOES 1-10; JANE DOES 1-10;

DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10, et al,

        Defendants.

VIDEOTAPED DEPOSITION OF

PATRICIA BUCKMAN

VOL I

TAKEN ON

THURSDAY, AUGUST 15, 2024

10:10 A.M.

NAEGELI DEPOSITION & TRIAL

1003 BISHOP SQUARE, SUITE 2700-A

HONOLULU, HAWAII 96813



NAEGELI
DEPOSITION & TRIAL

COURT REPORTING

LEGAL VIDEOGRAPHY

REMOTE DEPOSITIONS

TRIAL PRESENTATION

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS

(800) 528 - 3335

NAEGELIUSA.COM

Nationwide

Powerful
LITIGATION SUPPORT

(800) 528-3335    NAEGELI DEPOSITION & TRIAL  Established 1980    NAEGELIUSA.COM

EXHIBIT

11

A.   I can't remember.

Q.   You like to revisit the Good Earth a lot. Are you reading that?

A.   I've read that many times.

Q.   Okay.  How would you say your reading comprehension is now?

A.   My reading what?

Q.   Comprehension.  Sorry.

A.   Excellent.

Q.   Okay.  Are you a former English teacher?

A.   Kind of.

Q.   Why do you say kind of?

A.   I don't think I ever had the moniker English teacher.

Q.   Okay.  But that was one of your specialties; correct?

A.   Yes.

Q.   Okay.  And are you currently working?

A.   Not at all except in my head.

Q.   Yeah.  Okay.

Do you hold any position with Island Properties?

A.   At the moment, no.

Q.   When was -- who's the principal broker of Island Properties?

(800) 528-3335    NAEGELI DEPOSITION & TRIAL — Established 1980 —    NAEGELIUSA.COM

PATRICIA BUCKMAN DAY 1                August 15, 2024                            48
76475

(WHEREUPON, a recess was taken.)

THE VIDEOGRAPHER:  The time is 11:30 a.m. and we are back on the record.

BY MR. BUCKMAN:

Q.  Okay.  We just had a little break.  You got a chance to talk with your attorney.

Is there anything of your testimony you'd like to change?

A.  No.  But I'm good for about another half an hour and then I need to go home and rest.

Q.  And did you just think of that or did you just realize that?

A.  I feel it.

Q.  Okay.  Okay.

A.  I am 80, no 90, I don't know how old I am.

UNIDENTIFIED SPEAKER:  Eighty-nine.  It's August so you're 89 now.

THE WITNESS:  Eighty-nine.

MR. BUCKMAN:  Exhibit -- we're going to mark the next exhibit, please.

THE REPORTER:  Exhibit C marked.

(WHEREUPON, Exhibit C was marked for identification.)

BY MR. BUCKMAN:

Q.  Okay.  We've handed you a document that

we've marked as Exhibit C.  If you can look at that and tell me when you've reviewed it thoroughly.

Are you done looking at it?

A.    Yes.

Q.    Okay.  I'm sorry.  It's just the verbal part.

Do you recognize any of the handwriting on this document?  Is it yours?

A.    I'll look at it.  Yes.

Q.    Okay.  Is all the handwriting yours?

A.    Yes.

Q.    And is that your signature at the bottom?

A.    Yes, it is.

Q.    Okay.  And do you know who Willam Harper is now?  Does that refresh your recollection?

A.    I do know.

Q.    Okay.  And he was the life insurance agent for you?

A.    I'm not sure.

Q.    Okay.  If you can tell me about this document.  What do you -- what does it say to you?  Do you recall preparing this?

A.    Today?

Q.    I'm sorry; as you sit here today do you recall preparing this at a time in the past and

Q.    This is a document called Apartment Deed recorded December 1, 2006.

A.    It's called what?

Q.    An apartment deed.  And it's later in the year that you first made your trust.

If you can look at the first page, there's handwriting up there that says Pat Buckman and your address.

Do you recognize that handwriting?

A.    No.  That's not mine.

Q.    Okay.  How about the handwriting to the right with the numbers and letters?

A.    No.  That's not mine.

Q.    Okay.  Can I -- can I interrupt you for a second?

You signed some documents with me last year; correct?

A.    I don't remember.

Q.    Did I ever -- do you ever recall a time when you signed documents with me when I rushed you that you couldn't read the document?

A.    I can't remember, Mark.  I am 89 years old.

Q.    I know.  I'm sorry, Mom.

Is there any time when you felt

PATRICIA BUCKMAN DAY 1        August 15, 2024                        58
76475

intimidated by me where I was forcing you to sign something?

A.    I don't think so but I'm not sure.

Q.    Any time where Jeni intimidated you or was trying to pressure you to sign something?

A.    I don't know.  I don't think so.

Q.    Well, there's several documents in this case that are disputed about you signing and notarizing.  And I'm just wanting to get at if either Mark or Jeni pressured you to sign those.  Or rushed you or didn't give you a chance to read them.

A.    Well, I'm an excellent reader but I do remember being at Kaiser Hospital and being presented with some documents and skimming them and suddenly a -- a what?  Someone to make it legal appeared and took the papers.  I don't remember what happened after that.

Q.    And you say skimming?  You only skimmed the papers at Kaiser there?

A.    I don't remember.  That was a long time ago.

Q.    Why did you just say skimming though?  You used that word "skimming" as if you -- did Mark ever rush you on reading that?

A.    I can't remember.

PATRICIA BUCKMAN DAY 1          August 15, 2024                      68
76475

A.   I have no idea.

Q.   If Mark said that was because he didn't agree to pay Natalie a commission on the sale of the house does that refresh your recollection at all?

A.   No.  I don't remember.

Q.   Okay.  So would it be fair to say that you don't remember signing this document at all?

A.   No.  I don't.

Q.   Do you remember Mark putting any pressure on you to sign this document?

A.   I don't know.

Q.   Did Mark trick you in signing this document?

A.   I don't know.

Q.   Did Jeni trick you or intimidate you or anything to sign this document?

A.   No.

Q.   Okay.

MR. BUCKMAN:  Well, I guess we can just pick up again tomorrow.

MR. WILSON:  That's fine.

MR. BUCKMAN:  And we'll go from there. I'm sorry it's a -- like I said, it's not a great day for all the Buckmans, Mom.

Can I ask one more question off topic?

PATRICIA BUCKMAN DAY 1                August 15, 2024                                      73
76475

CERTIFICATE

I, Mae Knight, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 29th day of August, 2024.

Mae Knight