

**NAEGELI**
DEPOSITION & TRIAL

(800) 528 - 3335
NAEGELIUSA.COM

*Nationwide*

COURT REPORTING

LEGAL VIDEOGRAPHY

REMOTE DEPOSITIONS

TRIAL PRESENTATION

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


PATRICIA W. BUCKMAN, Individually, and as Trustee

of the PATRICIA W. BUCKMAN REVOCABLE TRUST;

PATRICIA W. BUCKMAN REVOCABLE TRUST

        Plaintiffs,

vs.                    CASE NO.: 1:24-cv-00129-MWJS-KJM

MARK F. BUCKMAN Individually, and as TRUSTEE OF

THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST;

JENNIFER BUCKMAN; JOHN DOES 1-10; JANE DOES 1-10;

DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10, et al,

        Defendants.


VIDEOTAPED DEPOSITION OF

PATRICIA BUCKMAN

VOL 2


TAKEN ON

FRIDAY, AUGUST 16, 2024

10:08 A.M.


NAEGELI DEPOSITION & TRIAL

1003 BISHOP SQUARE, SUITE 2700-A

HONOLULU, HAWAII 96813

(800) 528-3335   **NAEGELI** DEPOSITION & TRIAL — Established 1980 —   NAEGELIUSA.COM

EXHIBIT
**12**

PATRICIA BUCKMAN DAY 2          August 16, 2024                          15
76480

A.  Basically, I think it's pretty good.

Q.  Okay.  And we asked you yesterday quickly about producing documents or bringing documents to your deposition, and you said you -- you didn't bring any; is that correct?

A.  That's correct.

Q.  And you also said you didn't look for any. Is that still correct?

A.  Correct.

Q.  Did anybody ever ask you to -- to find documents to produce in this case?

A.  No.

Q.  Do you know if Natalie every looked for documents to produce in this case?

A.  I have no idea.

Q.  Without telling me anything you say to your lawyer, who -- who -- who talks to your lawyer more, Natalie or you?

A.  I'd say both about equally.

Q.  Uh-huh.  Is that on -- on your own and on Natalie's own or at the same time you talk with a lawyer?

A.  I would say at the same time.

Q.  Okay.  And is that in a lawyer's office or on the phone?

(800) 528-3335    NAEGELI
DEPOSITION & TRIAL    NAEGELIUSA.COM
Established 1980

PATRICIA BUCKMAN DAY 2          August 26, 2024                          16
76480

A.  In a lawyer's office.

Q.  Uh-huh.  And -- and how many times have you visited in a lawyer's office?

A.  At least a couple.

Q.  Okay.  Do you remember reading the complaint that is, like, the lawsuit paperwork that's been filed in this case?

A.  No.

Q.  Okay.  Do you know where the facts in the complaint came from?

A.  No idea.

Q.  Okay.  Do you know if Natalie provided the facts for the complaint?

A.  No idea.  I just told you no idea.

Q.  Okay.  So has -- has there been anybody else that's met with you and the attorney in this case besides Natalie?

A.  Not that I can remember.

Q.  How about Tamara Buchwald?

A.  She doesn't live here.

Q.  I know.  But has -- has she ever spoken to your attorney or communicated with your attorney to your knowledge?

A.  No.

Q.  Have you authorized your attorney to speak

A.  He's on my side.  He's my friend and my helper.

Q.  Okay.

A.  And he's a great physical therapist.

Q.  And you had another worker, Ceci -- Ceci Wing.  What was your opinion of her?

A.  It was such a fleeting time, I can't remember.

Q.  Okay.  Do you recall -- you know, you -- you've accused in a -- your lawsuit Jenny of, like, getting you to sign documents.  Do you recall a single word Jenny said to you regarding the documents?

A.  I don't recall a single word.

Q.  Do you recall any of the general idea of what it -- the gist of what was said by Jennifer?

A.  No.

Q.  Do you recall that she was only present one time when you signed documents?

A.  No.

Q.  Do you recall anything of where the document signing occurred? That's when you said you signed documents with Mark and/or Jenny.

A.  I don't know where.

Q.  Do you remember on any of those occasions,

PATRICIA BUCKMAN DAY 2                August 26, 2024                        59
76480

how long it took for you to review and sign the documents?

A.  Well, at that time, I trusted her, so I really didn't read them.

MR. BUCKMAN: Nonresponsive.

BY MR. BUCKMAN:

Q.  Do you know how long it took to review the documents?

A.  Very little time.

Q.  Did Jennifer give you any reason to believe that you shouldn't read the documents?

A.  No.

Q.  Did you believe you were under any pressure from Jennifer or Mark to sign the documents or not read?

A.  I don't think Mark was involved at all.

Q.  Well, there's -- you have these allegations in the lawsuit that Mark and Jennifer -- mostly Mark, I would say from your complaint, got you to sign these documents.  So I'm trying to ask: As to those documents in your lawsuit, did Mark or Jennifer, you know, rush you to sign them or force you to sign in any way?

MR. WILSON: Be specific to what documents you're referring to.

PATRICIA BUCKMAN DAY 2            August 16, 2024                            60
76480

BY MR. BUCKMAN:

Q.   You -- you talked about a deed.

A.   (No audible response.)

Q.   You were talking about a deed, Mom.

A.   Pardon me?

Q.   Was there any time when you signed the deed that Mark or Jennifer rushed you to sign those or encourage you not to read them?

A.   What deed was that?

Q.   A deed to the back house.

A.   Well, I'm very clear that the back house was always for Matt.

Q.   I understand that.  But what I'm asking you about is: As to signing that deed, did Mark or Jennifer rush you to sign the documents or encourage you not to read them in any way?

A.   Regarding the back house?

Q.   Correct.

A.   I don't know.

Q.   Did Mark or Jenny ever say, oh, just trust us.  It's fine.  Just sign away?

A.   Not in those words.

Q.   Any similar words?

A.   No.  But I knew that -- I thought at that time that I could trust you explicitly.

(800) 528-3335    NAEGELI DEPOSITION & TRIAL    Established 1980    NAEGELIUSA.COM

PATRICIA BUCKMAN DAY 2           August 16, 2024                    84
76480

CERTIFICATE

I, Mae Knight, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 29th day of August, 2024.

Mae Knight