1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PATRICIA W. BUCKMAN, )Civil No.1:24-cv-00129-MWJS-KJM
individually, and as )
Trustee of the PATRICIA )
W. BUCKMAN REVOCABLE )
TRUST; PATRICIA W. )
BUCKMAN REVOCABLE TRUST,)
                        )
          Plaintiffs,   )
                        )
     vs.                )
                        )
MARK F. BUCKMAN,        )
Individually, and as    )
TRUSTEE OF THE MARK F.   )
BUCKMAN TRUST; MARK F.   )
BUCKMAN TRUST; JENNIFER )
BUCKMAN; JOHN DOES 1-10;)
JANE DOES 1-10; DOE     )
CORPORATIONS 1-10; DOE  )
PARTNERSHIPS 1-10; and  )
DOE GOVERNMENTAL        )
AGENCIES 1-10,          )
                        )
          Defendants.   )
_____)

VIDEOTAPED DEPOSITION OF PATRICIA W. BUCKMAN,

VOLUME IV

Taken on behalf of the Defendants MARK F. BUCKMAN

Individually, and as TRUSTEE OF THE MARK F. BUCKMAN

TRUST; MARK F. BUCKMAN TRUST, at the offices of Ralph

Rosenberg Court Reporters, American Savings Bank Tower,

Suite 2460, 1001 Bishop Street, Honolulu, Hawaii 96813,

commencing at 10:05 a.m., on Thursday, September 19,

**EXHIBIT**

**14**

9

attorney?

A    Never.

Q    Did you ever think -- do you think Jennifer is trustworthy?

A    In what way?

Q    I mean, towards you.  Would you believe what Jennifer told you?

A    I don't know.

Q    What would it depend on?

A    What -- what she said.

Q    So you would listen to what she said and judge it on your own?

A    That's right.

Q    But you'd be -- it sounds like you'd be all suspicious of what she said?

A    Perhaps.

Q    Would that be a fair way to say it, that you would -- you wouldn't trust her, but you'd look into it yourself?

A    True, true.

Q    Okay.  Would that also be true as to Mark before last summer, would you trust him or would you look into what he said?

A    I would not trust him, but I would look into what he said.

10

Q    And is that because you said there was a nonexistent relationship before last summer?

A    Yes.

Q    Okay.  And --

A    Many years.

Q    Okay.  And would you say you relied on Mark as your attorney any time in the last five years even?

A    Not that I remember.

Q    Did you ever believe that Mark was your attorney any time in the last five years?

A    I just said no.

Q    Okay.  Would you have confidence and faith in what Mark told you and just believe what he said?

A    In what time frame?

Q    Last summer let's say.

A    No.

Q    Okay.  At any time in the last year, would you rely on or believe what Mark said without checking it out yourself?

A    No.

Q    Okay.  And why not?

A    Because I don't think Mark had been supporting me.

Q    Okay.  Any other reason?

11

A    No.

Q    And can I understand what you mean by supporting?

A    Nonmonetarily.

Q    So what nonmonetarily -- but so what then, like, health concerns or daily living or what are -- what are we talking about?  Legal matters.  I'm not sure.

A    Legal matters.  I would not trust him on legal matters.

Q    Okay.  Would you ever trust Mark about reviewing or signing legal documents?

A    No.

Q    Okay.  There's some allegations in this lawsuit that you -- you went with Mark for a long, you know, long periods of time, nine hours, eight hours in a day.  Can you tell me about that?

A    Yes.  He came to get me early in the morning, and I got --

Q    Can we -- can we say when this is?

A    I have no idea.

Q    Let's try to tie it down to a certain document then.  Okay?

        MR. WILSON:  Let her finish the question.

19

C E R T I F I C A T E

STATE OF HAWAII                    )
                                   )  SS:
CITY AND COUNTY OF HONOLULU )

          I, MYRLA R. ROMERO, do hereby certify:

          That on Thursday, September 19, 2024, at 10:05 a.m., appeared before me PATRICIA W. BUCKMAN, whose 17-page deposition is contained herein; that prior to being examined PATRICIA W. BUCKMAN, was by me duly sworn or affirmed pursuant to Act 110 of the 2010 Session of the Hawaii State Legislature; that the deposition was taken down by me in machine shorthand and was thereafter reduced to typewritten form under my supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter; that pursuant to Rule 30(e) of the Hawaii Rules of Civil Procedure, a request for an opportunity to review and make changes to this transcript were made by the deponent or a party prior to the completion of the deposition.

          I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

          Dated this 8th day of October, 2024 in Honolulu, Hawaii.

                              _____
                              MYRLA R. ROMERO, CSR NO. 397
                              Notary Public, State of Hawaii

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090