LOUISE K.Y. ING          2394
TIM PARTELOW          10218
DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:    louise.ing@dentons.com
             tim.partelow@dentons.com

Attorneys for Defendants
MARK F. BUCKMAN, individually
and as Trustee of the MARK F. BUCKMAN TRUST,
and JENNIFER BUCKMAN

MARK F. BUCKMAN   SBN 7080
Law Offices of Mark F. Buckman
8359 Elk Grove Florin Rd., Suite 103-320
Sacramento, CA  95829
Email:  markfbuckman@sbcglobal.net

Attorney for Defendant
JENNIFER BUCKMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICIA W. BUCKMAN, PATRICIA W. BUCKMAN REVOCABLE TRUST,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARK F. BUCKMAN, ET. AL.<br><br>    Defendants. | Civil No. 1:24-CV-00129-MWJS-KJM<br><br>**DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF KIMBERLY JEAN BUCKMAN IN SUPPORT OF CLARIFICATION AND RESPONSE TO DEFENDANT'S STATUS COMPLIANCE WITH SUBPOENAS BY WITNESSES MATTHEW BUCKMAN, DUKE MANOA BUCKMAN AND**<br><br>[Caption continued on next page] |

15817318\000001\130573660\V-2

**KIMBERLY BUCKMAN AND INFORMATION REGARDING EVENTS SURROUNDING AUGUST 9, 2023 "BROTHER'S AGREEMENT, FILED JUNE 13, 2025"** [ECF #163]

Trial Date: November 3, 2025
Judge: Hon. Micah Smith

**EVIDENTIARY OBJECTIONS TO DECLARATION OF KIMBERLY JEAN BUCKMAN IN SUPPORT OF CLARIFICATION AND RESPONSE TO DEFENDANT'S STATUS COMPLIANCE WITH SUBPOENAS BY WITNESSES MATTHEW BUCKMAN, DUKE MANOA BUCKMAN, AND KIMBERLY BUCKMAN AND INFORMATION REGARDING EVENTS SURROUNDING AUGUST 9, 2023 "BROTHER'S AGREEMENT, FILED JUNE 13, 2025**

Defendants Jennifer Buckman and Mark Buckman, individually and as Trustee of the Mark F. Buckman Trust, object to the "Declaration" submitted by Kimberly Buckman ("Kimi") in its entirety, for two reasons.

First, Kimi acknowledges she is not a doctor. ECF #163, ¶ 1. There is no basis to support a conclusion that Kimi is qualified to offer an expert medical opinion. FRE 702; *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Second, the Declaration lacks any statement indicating that Kimi has personal knowledge of the matters discussed therein. In this instance, this defect is substantive, not merely a matter of a missing "form" statement. FRE 602, 701, 802.

2

15817318\000001\130573660\V-2

For example, Kimi admits she has no personal knowledge of the August 2023 agreement between Matt and Mark or its formation.  *See* Dkt. #163, ¶ 18 (averring she first learned of the August 9, 2023 agreement between Matt and Mark on February 12, 2025, approximately 18 months after it was formed), but she proceeds to offer speculative theories about what occurred or could have occurred.

Thus, the contents of Kimi's Declaration consist almost entirely of inadmissible hearsay and speculation. For example, in paragraph 8, Kimi purports to report on the alleged events that Matt supposedly told her transpired the day he finalized his agreement with Mark (Dkt. # 163, ¶ 8), which is the classic example of inadmissible hearsay.

Because Kimi does not qualify as an expert to offer medical opinion testimony and does not have personal knowledge of the matters discussed in the Declaration, Defendants respectfully request the Court to sustain Defendants' objections and disregard the Declaration of Kimberly Buckman in its entirety.

Dated:  Honolulu, Hawai`i, June 18, 2025.

/s/ *Louise K.Y. Ing*
LOUISE K.Y. ING
TIMOTHY C. PARTELOW
Attorneys for Defendants
MARK F. BUCKMAN, individually and
as Trustee of the MARK F. BUCKMAN
TRUST, and JENNIFER BUCKMAN

/s/ *Mark F. Buckman*
MARK F. BUCKMAN
Attorney for Defendant
JENNIFER BUCKMAN

3

15817318\000001\130573660\V-2