IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICIA W. BUCKMAN, PATRICIA W. BUCKMAN REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> MARK F. BUCKMAN, MARK F. BUCKMAN TRUST, JENNIFER BUCKMAN, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE GOVERNMENTAL AGENCIES 1-10, <br><br> Defendants. | Civil No. 1:24-CV-00129-MWJS-KJM <br><br> **DECLARATION OF LOUISE K.Y. ING** |

**DECLARATION OF LOUISE K.Y. ING**

I, LOUISE K.Y. ING, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1. I am an attorney with the law firm of Dentons US LLP, and am one of the attorneys for Defendants MARK F. BUCKMAN, individually and as Trustee of the MARK F. BUCKMAN TRUST, and JENNIFER BUCKMAN

2. I make this Declaration in support of Defendants' Motion For Relief From Scheduling Order based on my personal knowledge and am competent to testify about the matters contained in this Declaration.

15817318\000001\130675545

3.      On April 30, 2025, I attended a scheduling conference with the Court and Plaintiff's counsel Richard Wilson.  The conference was scheduled in response to my April 29, 2025, letter to the court requesting a scheduling conference to discuss extending certain deadlines including the May 7 deadline to file discovery motions.  Although the Court expressed unwillingness to order a wholesale extension of deadlines, the Court left open the option of asking for particular discovery issues to be resolved by the Court after the May 7 discovery motions cutoff.

4.      I was involved in efforts to schedule Tamara Buchwald's deposition once the process server in Washington, D.C. was finally able to server her.  When I attempted to schedule Ms. Buchwald's deposition for May 20, 2025, Mr. Wilson informed us on May 19, 2025, that his only available dates were May 26 (a holiday) and June 5.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Honolulu, Hawai`i, on  June 30, 2025.

/s/ Louise K.Y. Ing
LOUISE K.Y. ING

2

15817318\000001\130675545