IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| PATRICIA W. BUCKMAN, PATRICIA W. BUCKMAN REVOCABLE TRUST,<br><br>        Plaintiffs,<br><br>   v.<br><br>MARK F. BUCKMAN, MARK F. BUCKMAN TRUST, JENNIFER BUCKMAN, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE GOVERNMENTAL AGENCIES 1-10,<br><br>        Defendants. | Civil No. 1:24-CV-00129-MWJS-KJM<br><br>**ERRATA DECLARATION OF MARK F. BUCKMAN IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF FROM SCHEDULING ORDER** |

**DECLARATION OF MARK F. BUCKMAN**

I, Mark F. Buckman do hereby declare and state under penalty of perjury that the following facts are true and correct:

1.     I am an attorney licensed to practice law before the Courts of the State of Hawai'i. I am co-counsel of record for Defendant Jennifer Buckman in these proceedings. I am also one of the Defendants in these proceedings.

2.     I make this Declaration based on my personal knowledge and am competent to testify about the matters contained in this Declaration.

3.      I experienced a problem in trying to file the exhibits to support Defendants' Motion for Relief from Scheduling Order in that the Pacer system would not accept one of the PDF exhibits, so it rejected the filing.  I have corrected the problem and am now filing the exhibits that should accompany my Declaration, ECF # 171-1.

4.      I hereby declare under penalty of perjury under the laws of the United States that the facts recited above are true and correct.

Executed in Elk Grove, California, on July 1, 2025.


/s/ Mark F. Buckman
MARK F. BUCKMAN