To: Kimi Kimberly Katsarsky                                                              ⓘ

Thu, May 9 at 9:12 AM

> We gave my mother's attorney a list of witnesses, and Mark started contacting them to arrange their deposition.
>
> There is a lot that needs to happen before Mark can depose anybody. As usual, he is not following the rules.
> If he contacts you,
> please let me know
> and
> do not allow him to depose you until we get to that point. We are not at that point.

Ok

Is that for your mom's case against him or his case against matt?

> My mom's case against Mark.

> Our Eviction Attorney turned the case down since Mark is on title.
>
> I think you will need to help Matt fight Mark.
>
> I will help you help Matt.
>
> At the moment, Matt is not taking my calls or responding to any of my communications or my mother's communications despite calling him repeatedly and texting him.

I spoke to him about the barrier. I told him that it was futile. That he needs to focus his limited time and energy on stuff that truly matters.
So the attorney will not help him because Mark is the owner of record. So the "stay" order you had mentioned when I questioned Matt moving into the back house....what's the deal with that?

> I just spoke with the Eviction Attorney and he said his hands are tied because Mark's name is on the title.
>
> I'm going to go back to my mother's attorney and urge him to help in one way or another.
>
> We are going to continue helping Matt, as long as he will accept our help and work with us not against us.
>
> He's got to pull it together so we can work together to beat Mark.
>
> I know we can do it. We had a call with the Attorney and Mark is totally messing up- missing dates, perjuring himself, going out of order, being an unreasonable ass, which the federal court does not approve of.
> We are going to easily beat Mark, but we must work together.

**EXHIBIT A**

N000221

To: Kimi Kimberly Katsarsky ⌄                                          ⓘ

> himself, going out of order, being an unreasonable ass, which the federal court does not approve of.
> We are going to easily beat Mark, but we must work together.

Thu, May 9 at 11:49 AM

I told Matt to move his barrier when he gets home.

What you are telling me is all good as icing on the cake along with a log list of Mark No-Nos. However, it all boils down to if your mom had capacity on the day she signed that document with Mark. Once it's established that on 7/25/2023 the date on document filed on 8/11/2023 @ conveyance office.
Mark knew she wasn't up to an all day outing. He knew she wasn't feeling good. And***this is just my opinion, I believe he may of drugged her because she really seemed out of it during that week when he came feeding everybody those Fraps he was making in the blender. (Just my opinion). He will say no she was fine she negotiated but, come on what was there to negotiate he was getting her to give him a house for nothing. Was that his inheritance or a debt owed? Both do not justify what he did.

Sat, May 11 at 10:23 PM

Hey Natalie. Matt was asking about mother's day and asking for my presence. Here is what I proposed. If he p/u your mom and take her to Kaunaoa for a small visit, nibble of  something lite & healthy, a Lei and a kiss. Maybe a short walk to Paki Park if she is up to it. Then return her home.
There will be no heavy house talk or any of that stuff (there is enough of that stress on any given day!) So what do you think? 8:00-9:00? Lmk before any plans are set. Thanks

Sun, May 12 at 7:35 AM

> Happy Mother's Day 🌈❤️🌸
> I am relieved that Matt is going to honor you and my mother today that is good and righteous.
> Thank you for helping him with that Kimi.
> Celebrate wherever you wish, and, my mother is happy to treat you guys to the Outrigger if that would be more relaxing for you.
>
> I've gotten her ready
> We are making lei today but since it's not yet ready, I gave her Ellie's mayday lei. It's in sad shape, but I thought it was better than no. My previous three attempts to buy lei were thwarted by graduation

> The brunch at the Outrigger is sold out. Also, it doesn't start until 11!
> So, you guys can get snack bar, then take it to the terrace since service does not start until 11 today. Just an idea... We do that often.
>
> FYI, since Matt and Manoa are no longer members, they can go as guests anytime.

N000222