**From:** Natalie Pitre <nataliebpitre@gmail.com>
**Subject: Re: Deposition no more than one hour every other day doctors note**
**Date:** May 21, 2024 at 8:26:22 AM HST
**To:** Richard WIlson <rewilson_law@yahoo.com>
**Cc:** Tamara Buchwald <tambuchwald@aol.com>

Rich,

My mother's doctor just wrote a note saying she should not be deposed for more than one hour at a time every other day.

I will send that to you when I receive it.

Mahalo,
Natalie B Pitre
808-927-9199
Sent from my iPhone

On May 7, 2024, at 9:20 AM, Richard WIlson <rewilson_law@yahoo.com> wrote:

lets get on a call.

Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

On Tuesday, May 7, 2024 at 09:02:22 AM HST, Tamara Buchwald <tambuchwald@aol.com> wrote:

Hi Rich-

N000688

**EXHIBIT B**

 I received the below e-mail.  My understanding is that Mark has a motion to dismiss pending.  Don't we have to wait on the ruling of that before any depositions are scheduled?  Let me know how to respond or if I should respond?

Mahalo,
Tamara

Begin forwarded message:

**From:** Mark Buckman <markfbuckman@sbcglobal.net>
**Date:** May 7, 2024 at 8:25:58 AM MDT
**To:** Tamara Buchwald <Tambuchwald@aol.com>
**Subject: Deposition**

Dear Ms. Buchwald:

You were identified as a witness by Patricia Buckman in her lawsuit against Mark Buckman and Jennifer Buckman.  Therefore, we need to take your deposition in the time period July 15 - September 15. Thus, please send me a couple of selected time windows and we will move forward to set up your deposition at a mutually convenient time and location.

We will also be sending you a subpoena for documents and electronically stored information such as any estate related documents you reviewed or drafted, all communications or agreements between you and Patricia Buckman, Mark Buckman, and/or Natalie Pitre, all communications or agreements regarding Patricia Buckman's estate documents or will, all communications or agreements with anyone in the Buckman family regarding ownership of real estate, and all communications or agreements with anyone in the Buckman family in the last 10 years, among other items.  In the meantime, please make sure to preserve all of these documents and ESI.

Also, please inform me now if you intend to claim any sort of attorney / client privilege between yourself and Patricia Buckman (and the basis and extent of such claim) in response to deposition questions concerning your estate or trust document involvement with Ms. Buckman so we can get that matter addressed with the court prior to the deposition.

Regards,

Mark F. Buckman, Esq.

N000689