**From:** Richard WIlson <rewilson_law@yahoo.com>
**Subject: Re: Your Deposition & Production of Documents - Thursday, February 27 at 2:00 p.m.**
**Date:** February 17, 2025 at 9:49:20 AM HST
**To:** Natalie Pitre <nataliebpitre@gmail.com>, Tamara Buchwald <tambuchwald@aol.com>, Carl T Pitre <carltpitre@gmail.com>
**Reply-To:** Richard WIlson <rewilson_law@yahoo.com>

If you have been served the complaint in the California case, call you home owners insurance to defend you. They will provide a lawyer. Once served, Mark has the right to depose you in Hawaii. The depo notice that I have is in the federal case here. If he serves you with the subpoena, you need to appear.


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE: The information contained in this email and any attachments may be privileged, confidential and protected from disclosure. Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.


On Monday, February 17, 2025 at 08:43:33 AM HST, Carl T Pitre <carltpitre@gmail.com> wrote:


The summons we received is for the defamation thing, and lists April 7 in California.
Next step?

Carl Pitre

---------- Forwarded message ---------
From: **Mark Buckman** <markfbuckman@sbcglobal.net>
Date: Sun, Feb 16, 2025, 5:13 PM
Subject: RE: Your Deposition & Production of Documents - Thursday, February 27 at 2:00 p.m.
To: Carl T Pitre <carltpitre@gmail.com>


Hi Carl,

N000835

**EXHIBIT F**

Thank you for your email.  Attached is the subpoena for your deposition and production of documents.  My process server informed me that they served you on 2/12/25 with (1) the subpoena, (2) the California complaint, and (3) the federal complaint against you.  Your email below (excerpted for those points) shows that you know about the content of those documents, so it seems like you got them.  Are you contesting service?

It also appears that you do not have a conflict with your deposition at the noticed date and time, but if you do have an unavoidable conflict, write me asap so that we can reschedule to either the next day, or the following Monday.

Finally, please make sure to keep and not destroy or delete any evidence, documents, electronic records, etc. - both for yourself, as well as Patricia.  I know you were Pat's tech guru, so it's important that you make sure to preserve all electronic communications and evidence.

Regards,

Mark F. Buckman, Esq.

8359 Elk Grove Florin Rd

Suite 103 - 320

Sacramento, CA 95829

Phone: (916) 442-8300

CONFIDENTIALITY NOTICE:  Privileged and Confidential Attorney-Client Communication and/or Attorney Work Product.  This communication and any accompanying document(s) may be confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege and attorney work product as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address or by telephone at (916) 442-8300.  Thank you.

N000836

**From:** Carl T Pitre [mailto:carltpitre@gmail.com]
**Sent:** Sunday, February 16, 2025 4:58 PM
**To:** markfbuckman@sbcglobal.net
**Subject:** Re: Your Deposition & Production of Documents - Thursday, February 27 at 2:00 p.m.

Mark,
I do not know what you're talking about. I was not served with anything and I will not take any action until I have been properly served with some legal document directing me to do so.
I do know that you have sued me again in California, and I will have counsel again. I'm sure that they will reach out to you soon. I read the newest complaint directed to me. / / /

Carl

On Sun, Feb 16, 2025 at 12:00 PM Mark Buckman <markfbuckman@sbcglobal.net> wrote:

Hi Carl,

I am writing you directly as I understand you are not represented by an attorney.  Please write me asap if that is incorrect and provide you counsel's name, email address, and phone number.

I understand you were served with a deposition subpoena last week.  Your deposition is scheduled for Thursday, February 27 at 2:00 p.m.  I mailed you a letter regarding that deposition, as well as a check for witness fees.  Please write me ASAP if you have an unavoidable conflict with the date and time so that we could re-schedule to the next day.

If I don't hear back from you, I will see you at your deposition on February 27.  Please make sure to bring all responsive documents.  Thank you for your prompt attention to this matter.

Regards,

Mark F. Buckman, Esq.

8359 Elk Grove Florin Rd

N000837