Gmail

## No Deposition until these matters are resolved Mark! Auwe....

1 message

**From:** Kimberly Jean Buckman <kimberlyjeanbuckman@gmail.com>
**Date:** March 26, 2025 at 4:09:40 PM PDT
**To:** MARKFBUCKMAN@sbcglobal.net, buckmansboatyard@yahoo.com
**Subject: No Deposition until these matters are resolved Mark! Auwe....**

As set forth in the docket sheet for Buckman v. Buckman (1:24-cv-00129-MWJS-KJM)
On March 19, 2025, Defendants filed two oppositions to the Motion: (1) 100 Defendants'
Opposition to Motion to Compel Depositions; and (2) 200 Defendants Opposition to Motion for
Protective Order (collectively, "Oppositions").

The next day, on March 20, 2025, Defendants also separately filed a declaration and exhibits in
support of the Oppositions. ECF Nos. 102 , 103 . It appears that Defendants filed one opposition
for each of Plaintiffs' two requests for relief in the Motion. Local Rule 7.2, however, does not allow
a party to file more than one opposition to a motion. LR7.2 ("An opposition to a motion set for
hearing shall be served and filed at least twenty-one (21) days prior to the date of the hearing."
(emphasis added.)).

In addition, the Court notes that the Oppositions, when considered together, exceed the 25-page
limit set forth in Local Rule 7.4. Defendants did not seek leave of court to file two oppositions to
the Motion. Nor did Defendants seek leave of court to exceed the page limit in Local Rule 7.4.
Furthermore, Defendants did not include in the Oppositions a certification that, despite exceeding
the page limit, the Oppositions comply with the applicable word limit. See LR7.4(b)(e).

Based on the foregoing, the Court finds that the Oppositions violate Local Rules 7.2 and 7.4. The
Court ORDERS Defendants to refile a single opposition to the Motion that complies with the Local
Rules by 03/24/2025. All declarations and exhibits in support of the opposition must be attached
thereto and not docketed as a separate filing. The Court will disregard any declarations and
exhibits that are filed after the 03/24/2025 deadline. Plaintiffs' new reply deadline is 03/31/2025. IT
IS SO ORDERED. (MAGISTRATE JUDGE KENNETH J. MANSFIELD)(kjm2) (Entered:
03/21/2025).

The memorandum in opposition to the Motion to Compel Defendants' Depositons [sic] was filed on
3/24/25 and a reply has not yet been filed. As you are also aware, the Court in this case ruled:

EO: The Court has received Defendants' 87 Notice of Related Case and Request to Consolidate
this case with Buckman v. Pitre, et al., 25-cv-10. The parties are informed that the Court will not
rule on the consolidation request until Defendants in the other case (25-cv-10) have been duly
served and have an opportunity to respond to the request. After service in that case has been

## EXHIBIT G

completed, the Court will issue a briefing schedule directing the remainder of briefing. IT IS SO ORDERED.

(JUDGE MICAH W.J. SMITH)
(rls) (Entered: 01/14/2025)

As you also know, all the Defendants in the other case (25-cv-10) have not yet been served and have not yet had an opportunity to respond to the request. Unless and until this important issue is addressed, discovery cannot be had as this is a basic, fundamental issue that must be considered before moving forward and neither I nor Matt can appear for our depositions until this matter is resolved.