IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PATRICIA W. BUCKMAN,        CIVIL NO. 1:24-CV-00129-MWJS-KJM
Individually and as Trustee
of the PATRICIA W. BUCKMAN
REVOCABLE TRUST; PATRICIA W.
BUCKMAN REVOCABLE TRUST,

                Plaintiffs,
        vs.

MARK F. BUCKMAN, Individually
and as TRUSTEE OF THE MARK F.
BUCKMAN TRUST; MARK F. BUCKMAN
TRUST; JENNIFER BUCKMAN; et al.,

                Defendants.

_____


        VIDEOTAPED DEPOSITION OF KIMBERLY JEAN BUCKMAN


        Taken on behalf of the Defendants,

        at Dentons US, LLP

        American Savings Bank Tower, Suite 1800

        1001 Bishop Street; Honolulu, Hawaii 96813

        commencing at 11:15 a.m.,

        on Thursday, May 15, 2025,

        pursuant to Notice.


    BEFORE:  HEDY COLEMAN, CSR NO. 116
             RMR, CRR, CRC


RALPH ROSENBERG COURT REPORTERS, INC.
(808)524-2090


**EXHIBIT H**

served at Kaunaoa, correct?

A    I am not aware of that, and I know he was not served at Kaunaoa Street.

Q    Okay.  And you keep next to him 24/7, so you know whether he gets any documents?

A    Manoa doesn't come to Kaunaoa Street.  That's how I know he wasn't served there.

Q    So you're kind of speculating on that, correct?

A    I know he doesn't come there.

Q    Then why were you unavailable for your first deposition?

A    I was available for my first deposition.  I chose not to come.

Q    Right.  You said that there was a deposition in February, and you said you were unavailable for that.  Can you tell me why you were unavailable.

A    For the first one?

Q    Yes.

A    I was off island.

Q    Where?

A    Montana.

Q    What were you doing there?

A    I was visiting.  I was in Montana, visiting with some friends.

C E R T I F I C A T E

I, KIMBERLY JEAN BUCKMAN, do hereby certify that I have read the foregoing pages 1 through 288, inclusive, and corrections, if any, were noted by me; and that same is now a true and correct transcript of my testimony.


Dated _____


_____
KIMBERLY JEAN BUCKMAN


Number of correction sheets submitted:  _____

or

Corrections were not necessary (Please initial):  _____



Signed before me this _____

day of _____, 2025.


_____


Case: Buckman vs. Buckman

Civil No.: 1:24-CV-00129-MWJS-KJM

Date:  5-15-25, Hedy Coleman.