

EXHIBIT K