Text message
7/23/2023 10:13:33 AM

Good morning🌺
It was exciting to find what Matt and Manoa are looking for at Marina Palms.
The year lease is already signed and the first month rent paid.

If Matt would prefer to stay here, then Manoa can move into Marina Palms, if he wishes.
Manoa's rent will still be $1000 plus half the utilities.

Kimi will still move into the housing she is now qualified to secure.

The second room in mom's house is needed for a nurse to care for mom.
I found a lovely nurse to rent the room for $800 plus be mom's caretaker.
Kimi is not and will not be considered for that role.

If Manoa wishes to stay at Kaunaoa he can pay $800 rent and become tutus caretaker. He will need training and a certification.

Please let me know how you would like to proceed.
DID YOU KNOW ABOUT THIS?
WHY IS NATALIE KICKING MANOA AND ME OUT?
HOW COME SHE CAN LIVE IN MY HOUSE WITH MY THINGS AND NOT EVEN PAY RENT THAT ANYONE KNOWS OF?
SHE HAS RUINED YOUR BUISNESS AND IS TEring our family apart to stale these houses! This is awful.

7/23/2023 1:24:10 PM

Relax! I ❤️💗❤️I want u here to help me and be my friend and loyal supporter!
I Love You!!!!
I have told her to stop!

7/25/2023 6:04:36 PM

Pls call me or pop in to see me❤️🥰

7/28/2023 3:22:38 PM

https://youtube.com/shorts/5KIaLJVgpSo?feature=share

**EXHIBIT 2**

Page 1 of 1