To: Matt Buckman                                                                    ⓘ

Fri, Mar 8 at 5:18 PM

Caw  da cops aim
. Hea

Are you inside mom's house?

Fri, Mar 8 at 7:35 PM

My house?

Once we have talked through we and will go through that Monday or when Eva will talk

Sat, Mar 9 at 4:30 AM

You are trespassing in mom's house.
Mom needs the money from that rent to pay her mortgage.

Move into your own house, the back house. That Persian guy is paying you $1000 a month. You can use that money however you wish- you could pay the property taxes you could pay the utilities. There are many things you could do with that money. It's your choice.

If you cooperate, you will inherit the back house.
Nothing is written in stone, Matt.
You take care of mom by cooperating and vacating and she will take care of you.

Sat, Mar 9 at 12:34 PM

Hi ai talked to the cops.  It will be a while until we go with mom and you story back again you talk story and do whatever

You are trespassing in mom's house.
Mom needs the money from that rent to pay her mortgage.

Move into your own house, the back house. That Persian guy is paying you $1000 a month. You can use that money however you wish- you could pay the property taxes you could pay the utilities. There are many things you could do with that money. It's your choice.

If you cooperate, you will inherit the back house.
Nothing is written in stone, Matt.
You take care of mom by cooperating and vacating and she will take care of you.

**EXHIBIT 3**

N000242

To: Matt Buckman                                                                                      ⓘ

> Nothing is written in stone, Matt.
> You take care of mom by cooperating and vacating and she will take care of you.

Mon, Mar 11 at 8:40 AM

> Call me

Mon, Mar 11 at 10:04 AM

> Are we going to sign some thing today?
> Mom needs the money to pay her mortgage.

> Matt, nobody wants you to be homeless. We are all working hard here to make sure you're taken care of.
> Please take care of mom.

Mon, Mar 11 at 1:42 PM

911 is on the way

> Mrs. Mom's house, not yours. I have a right to be there.

Mon, Mar 11 at 3:18 PM

Fyi- as for moving you do not have to. You were household member with your mom. You receive mail andcc address is on your license. Your mom has to give you 30 day notice I'm writing. Then start eviction. Mark is paying her mortgage.

Natalie wants to rent the house out to pay her rent in Kahala.

Mon, Mar 11 at 4:40 PM

> Mom wants the money to pay her mortgage.
> She also needs the money to pay her portion of the rent in Kahala.
>
> You do not need 30 days notice to evict.

Call  the cops....it is at least 30 days..don't call back again  have the cops be be with the cops

Mon, Mar 11 at 9:05 PM

That dest and Mirror is kimi's

N000243