| STATE OF HAWAIʻI FAMILY COURT FIRST CIRCUIT | CASE ID/NUMBER 1FDA- 24 - 0503 |
|---|---|

| PETITION FOR AN ORDER FOR PROTECTION |
|---|

**Electronically Filed
FIRST CIRCUIT
1FDA-24-0000503
12-MAR-2024
04:07 PM
Dkt. 1 EPTRO**

Matthew B. Buckman

                                    Petitioner,
                    v.

Natalie Pietrie

                                    Respondent.

**This document is prepared by**

[✓] Self-Represented Petitioner
[ ] Attorney for Petitioner

Matthew Buckman
Name (and Attorney Number if applicable)

3010 Kaunaoa St.
Address

Honolulu HI 96815
City, State, Zip Code

_____
Telephone Number        Fax Number

_____
E-Mail Address

**I. Petitioner alleges, under penalty of perjury that:**

1. This Petition is made pursuant to Hawaiʻi Revised Statutes (HRS) chapter 586 and section 134-F.

2. Pursuant to HRS section 586-3(b)(1)-(4), as revised by ACT 259 of the 2023 Legislative Session,

   The Petitioner is:  [ ] 16 to 17 years of age.

                       [ ] an emancipated minor, per HRS section 577-25.

                       [✓] an adult 18 years of age or older.

3. Pursuant to HRS section 586-2(a)(1)-(4), as revised by ACT 81 of the 2023 Legislative Session, the Family Court of the First Circuit has jurisdiction over this matter based on the following:
   [✓] Petitioner [✓] resides or [ ] is temporarily located on Oʻahu.
   [✓] Respondent resides on Oʻahu.
   [✓] The domestic abuse occurred on Oʻahu.

FC Adm 7/12/23

Page 1 of 8 pages

Petition for an Order for Protection (SELF) 1F-P-752A
DOCKET CODE: EPTRO

**FOR JEFS USERS:**
**DOCUMENT CATEGORY:** Petition
**DOCUMENT TYPE:** Ex Parte Petition for TRO

DENIED

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawaiʻi
Dated at: Honolulu, Hawaiʻi 30-MAY-2024, /s/ Lori Ann Okita, Clerk of the First Judicial Circuit, State of Hawaiʻi

**EXHIBIT 4**

**24 - 0503**

# LEGAL DEFINITIONS

**"Family** or **"household member"**
(1)    Means spouses or reciprocal beneficiaries, former spouses or former reciprocal beneficiaries, persons who have a child in common, parents, children, persons related by consanguinity, persons jointly residing or formerly residing in the same dwelling unit, and persons who have had a dating relationship; and
(2)    Does not include those who are, or were, adult roommates or cohabitants only by virtue of an economic or contractual affiliation.

**Dating relationship"** Means a romantic, courtship, or engagement relationship, often but not necessarily characterized by actions of an intimate or sexual nature, but does not include a casual acquaintanceship or ordinary fraternization between persons in a business or social context. Pursuant to section 584-6, of the Hawaii Revised Statutes ("HRS"), for any person who is alleged to be a family or household member by virtue of a dating relationship, the court may consider the following factors in determining whether a dating relationship exists:
(1)    The length of the relationship;
(2)    The nature of the relationship; and
(3)    The frequency of the interaction between the parties.

**"Domestic abuse"** means:
(1)    Physical harm, bodily injury, assault, or the threat of imminent physical harm, bodily injury, or assault, extreme psychological abuse, coercive control, or malicious property damage between family or household members; or
(2)    Any act which would constitute an offense under HRS section 709-906, or under part V or VI of chapter 707 committed against a minor family or household member by an adult family or household member.

**"Extreme psychological abuse"** means an intentional or knowing course of conduct directed at an individual that seriously alarms or disturbs consistently or continually bothers the individual, and that serves no legitimate purpose; provided that such course of conduct would cause a reasonable person to suffer extreme emotional distress.

**"Coercive control"** means a pattern of threatening, humiliating, or intimidating actions, which may include assaults, or other abuse that is used to harm, punish, or frighten an individual. It includes a pattern of behavior that seeks to take away the individual's liberty or freedom and strip away the individual's sense of self, including bodily integrity and human rights, whereby the "coercive control" is designed to make an individual dependent by isolating them from support, exploiting them, depriving them of independence, and regulating their everyday behavior including:
(1)    Isolating the individual from friends and family;
(2)    Controlling how much money is accessible to the individual and how it is spent;
(3)    Monitoring the individual's activities, communications, and movements;
(4)    Name-calling, degradation, and demeaning the individual frequently;
(5)    Threatening to harm or kill the individual or a child or relative of the individual;
(6)    Threatening to publish information or make reports to the police or the authorities;
(7)    Damaging property or household goods; and
(8)    Forcing the individual to take part in criminal activity or child abuse.

**"Malicious property damage"** means an intentional or knowing damage to the property of another, without their consent, with an intent to thereby cause emotional distress.

24 - 0503

4.  I am submitting this Petition for myself.

[ ] and on behalf of the following family or household member(s) who is/are:   ☐ minors or

☐ incapacitated adult(s):

| Name of Child(ren) or Incapacitated Adult(s) | Gender | Year of Birth | Legal Mother and Father (if person is a minor) | Relationship to Petitioner (if person is an adult) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

[ ] Name(s) and species of the animal(s) belonging to household in need of protection, if any:

☐ *The incapacitated adult in paragraph # 4 is unable to come to court. If there is a guardianship ordered by a court, complete the following case information:*

Case ID/number: _____ Case Name: _____

Location of court: _____ Type of case: _____

5.  I have the following relationship with the Respondent: _____

Length of our relationship: _____ *day(s)* _____ *month(s)* _52_ *year(s)*

A. ☐  we are married.

B. ☐  we were married, but are now divorced.

C. ☐  we are current or former reciprocal beneficiaries.

D. ☐  we are or were dating (romantic, courting, or engaged).

E. ☐  we are now living together.

F. ☐  we used to live together.

G. ☑  we are related by blood and Respondent is my sister

H. ☐  we have child(ren) together.

24 - 0503

6. The Respondent has abused the Petitioner and/or the minor(s), incapacitated adult(s), and/or pets as follows:

A. FIRST INCIDENT OF ABUSE

Respondent abused ☐ me ☐ and/or _____

on (*date*) _____ by ☐ doing or ☐ threatening to do this:

☐ choke ☐ force to have sex ☐ grab ☐ hit ☐ kick ☐ slap ☐ punch ☐ push ☐ shove

☐ other. Briefly describe this incident:

_____

_____

_____

_____

_____

_____

_____

This was ☐ physical harm; ☐ threat of imminent physical harm, bodily injury, or assault;
☐ extreme psychological abuse; ☐ malicious property damage; ☐ coercive control.

The following child(ren) was/were in the home, were close by, or were present when the above-incident occurred: _____.

B. MOST RECENT INCIDENT OF ABUSE

Respondent abused ☒ me ☐ and/or _____

on (*date*) 3/12/24 by ☒ doing or ☐ threatening to do this:

☐ choke ☐ force to have sex ☐ grab ☐ hit ☐ kick ☐ slap ☐ punch ☐ push ☐ shove

☒ other. Briefly describe this incident:

She showed up at my residence and told me I have to move out. She came with a couple of people and started cleaning up the house. She moved my things to the back - outside. She did that 4 days ago too. She keeps telling me that I need to move so my mother can pay the mortgage. She is trying to make me feel guilty and deny me my right to stay where I am. She is trying to get money from me. She is causing me a lot of stress and she confuses me.

24 - 0 5 0 3

This was ☐ physical harm; ☒ threat of imminent physical harm, bodily injury, or assault; ☒ extreme psychological abuse; ☐ malicious property damage; ☒ coercive control.

The following child(ren) was/were in the home, were close by, or were present when the above-incident occurred: _____

_____

C.   OTHER INCIDENT(S) OF ABUSE

Respondent abused ☒ me   ☐ and/or _____

on (date) __3/8/24__ by ☒ doing or ☐ threatening to do this:

☐ choke ☐ force to have sex ☐ grab ☐ hit ☐ kick ☐ slap ☐ punch ☐ push ☐ shove

☒ other. Briefly describe this incident:

She came to my house and removed my perishable food out of the refrigerator and put it in the back of the house. Half of it spoiled. She came to the house uninvited while I was not home; changed the lock on my door. She took other stuff and threw it out.

_____

_____

_____

_____

_____

_____

This was ☐ physical harm; ☐ threat of imminent physical harm, bodily injury, or assault; ☒ extreme psychological abuse; ☒ malicious property damage; ☒ coercive control.

The following child(ren) was/were in the home, were close by, or were present when the above-incident occurred: _____

_____

| STATE OF HAWAII<br>FAMILY COURT<br>FIRST CIRCUIT | PETITION FOR AN<br>**ORDER FOR PROTECTION**<br>*(Attach this page after Page 4 of the Petition)* | CASE ID/NUMBER<br>1FDA- **24 - 0503** |
|---|---|---|

D. OTHER INCIDENT(S) OF ABUSE

Respondent abused ☒ me ☐ and/or _____

on (*date*) __3/6/24__ by ☒ doing or ☐ threatening to do this:

☐ choke ☐ force to have sex ☐ grab ☐ hit ☐ kick ☐ slap ☐ punch ☐ push ☐ shove

☒ other. Briefly describe this incident:

She came to my house with a cleaner and instructed the cleaner to remove items from my home, and from the shed. She accused me of taking things that are not mines out of the house and selling them, she put my # things in her car. but she is the one doing this.

This was ☐ physical harm; ☐ threat of imminent physical harm, bodily injury, or assault; ☒ extreme psychological abuse; ☐ malicious property damage; ☒ coercive control.

The following child(ren) was/were in the home, were close by, or were present when the above-incident occurred: _____.

E. OTHER INCIDENT(S) OF ABUSE

Respondent abused ☒ me ☐ and/or _____

on (*date*) 2/24-28/24 by ☒ doing or ☐ threatening to do this:

☐ choke ☐ force to have sex ☐ grab ☐ hit ☐ kick ☐ slap ☐ punch ☐ push ☐ shove

☒ other. Briefly describe this incident:

See next page

This was ☐ physical harm; ☐ threat of imminent physical harm, bodily injury, or assault; ☐ extreme psychological abuse; ☐ malicious property damage; ☐ coercive control.

The following child(ren) was/were in the home, were close by, or were present when the above-incident occurred: _____.

| STATE OF HAWAII FAMILY COURT FIRST CIRCUIT | PETITION FOR AN ORDER FOR PROTECTION (*Attach this page after Page 4 of the Petition*) | CASE ID/NUMBER 1FDA-24 – 0503 |
|---|---|---|

E __. OTHER INCIDENT(S) OF ABUSE

Respondent abused ☒ me ☐ and/or _____

on (*date*) 2/24-28/2024 _____ by ☒ doing or ☐ threatening to do this:

☐ choke ☐ force to have sex ☐ grab ☐ hit ☐ kick ☐ slap ☐ punch ☐ push ☐ shove
☒ other. Briefly describe this incident:

I had a stroke and went to the hospital. I am disabled. Nat found out and took over talking to the
doctor and not allowing my son or ex-wife to help me. Nat refused to give the paramedics a list of my
meds so that they could treat me on the way to the hospital. Nat changedd my "Mychart" password and
I could not get into my "MyChart". Nat demanded that my ex-wife give the paramedics number to her.
Nat demanded that the paramedics take me to Straub not to Queens. When I was at the hospital, Nat
came with my mother and filled out paperwork on my behalf and I did not give her permission of

This was ☐ physical harm; ☐ threat of imminent physical harm, bodily injury, or assault;
☒ extreme psychological abuse; ☐ malicious property damage; ☐ coercive control.

The following child(ren) was/were in the home, were close by, or were present when the above-incident occurred: _____.

E . OTHER INCIDENT(S) OF ABUSE

Respondent abused ☐ me ☐ and/or _____

on (*date*) _____ by ☐ doing or ☐ threatening to do this:

☐ choke ☐ force to have sex ☐ grab ☐ hit ☐ kick ☐ slap ☐ punch ☐ push ☐ shove
☐ other. Briefly describe this incident:

Power of Attorney. I told her I do not want her to act on my behalf. I told her previously that my son
should act on my behalf. Nat contacted my ex-wife and son and said my situation is grim and I am
going to lose my medical insurance and that she hired someone to work on my behalf to keep that from
happening-but she did not. I found out later that she lied about this. Nat said that I have no doctor's
appointments scheduled, then shared my password to MyChart with my ex-wife and son. Nat said that
she purchased a cremation plan for me and then told my son and ex-wife not to let any random person

This was ☐ physical harm; ☐ threat of imminent physical harm, bodily injury, or assault;
☐ extreme psychological abuse; ☐ malicious property damage; ☐ coercive control.

The following child(ren) was/were in the home, were close by, or were present when the above-incident occurred: _____.

| STATE OF HAWAII<br>FAMILY COURT<br>FIRST CIRCUIT | PETITION FOR AN<br>ORDER FOR PROTECTION<br>*(Attach this page after Page 4 of the Petition)* | CASE ID/NUMBER<br>1FDA- **24 - 0 5 0 3** |
|---|---|---|

**E __.  OTHER INCIDENT(S) OF ABUSE**

Respondent abused ☐ me   ☐ and/or _____

on (*date*) _____ by ☐ doing or ☐ threatening to do this:

☐ choke ☐ force to have sex ☐ grab ☐ hit ☐ kick ☐ slap ☐ punch ☐ push ☐ shove
☐ other. Briefly describe this incident:

take my body and that they should call Nat instead. I feel like Nat is trying to mess things up for me
and wants me out of the picture so she can manipulate my situation to where she gets both of my
mother's houses. Nat told me when I got home from the hospital on 2/28/24 that if I do not cooperate
then i will not get the back house.

This was ☐ physical harm;  ☐ threat of imminent physical harm, bodily injury, or assault;
☒ extreme psychological abuse; ☐ malicious property damage; ☒ coercive control.

The following child(ren) was/were in the home, were close by, or were present when the above-
incident occurred: _____.

**F __.  OTHER INCIDENT(S) OF ABUSE**

Respondent abused ☒ me   ☐ and/or _____

on (*date*) 2/29/24-3/06/2024   by ☐ doing or ☐ threatening to do this:

☐ choke ☐ force to have sex ☐ grab ☐ hit ☐ kick ☐ slap ☐ punch ☐ push ☐ shove
☒ other. Briefly describe this incident:

Nat has been harrassing me by phone calls, texts, and showing up at my home unannounced and
uninvited. She walks into my home without permission. Nat is making demands for me to move out
and is demanding me to pay rent. Nat is moving my things and throwing out some other things all w/o
my permission. Nat shut off my internet and tv and says that she will shut off the water and elec. Nat
tried to get my roommate to give her the money that my roommate pays to me. Nat took my antique
ship, but i was able to get it back. But it is broken now.

This was ☐ physical harm;  ☐ threat of imminent physical harm, bodily injury, or assault;
☒ extreme psychological abuse; ☐ malicious property damage; ☒ coercive control.

The following child(ren) was/were in the home, were close by, or were present when the above-
incident occurred: _____.

FC Adm 7/12/23                                    Petition for an Order for Protection (SELF) 1F-P-752A

24 - 0503

7. The Respondent:
   A. ☑ may be mentally ill.
   B. ☐ may use illegal drugs.
   C. ☐ is a member of the Armed Services.  ☐ is deployed or has received deployment orders.
   D. ☐ may need supervised visitation with the child(ren) because: _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   E. ☐ may own/possess or have access to a weapon (*describe*): _____

   _____

   _____

   _____

   _____

   _____

8. Firearms and Electric Guns (*check all that apply and fill in the blanks*):
   A. Respondent ☐owns ☐possesses ☐has access to ☐intends to obtain ☐intends to transfer
      ownership of ☐firearm(s) and/or ☐electric gun(s), which may be used to threaten, injure, or
      abuse a person as follows:

      (1)    Description of firearm(s) and electric gun(s): _____

      _____

      _____

      _____

      _____

      _____

---

FC Adm 7/12/23                    **Page 5 of 8 pages**          Petition for an Order for Protection (SELF) 1F-P-752A

24 - 0 5 0 3

(2)    Location of firearm(s) and electric gun(s): (*give street address and describe specific place where firearm(s) and/or electric gun(s) is/are located*) _____

_____

_____

_____

_____

B.    ☐    The Respondent is a member of the police department, a sheriff, a law enforcement officer, a member of the armed forces of the State of Hawaii or the United States, a mail carrier, or employed by the State or subdivision thereof, or the United States, and may be required to be armed while on duty.

9.    Other court cases:

I and/or my family and household member(s) and/or the Respondent are or have been involved in other court cases. (*Check all that apply and list the case number if you know it.*)

☐ Divorce: _____         ☐ Paternity: _____

☐ Restraining Order/Protective Order/Gun Violence Protective Order: _____

_____

☐ Juvenile: _____         ☐ C.P.S.: _____

☐ Others: _____           ☐ Criminal: _____

10.    The address where I live is ☑owned ☐rented: __My Family_____

11.    The social worker, police officer, or other official from this agency told me to file this Petition: (*identify the agency*): _____ .

II.    **Based on the foregoing statements and information, Petitioner requests the following:**

1.    A Temporary Restraining Order enjoining the Respondent and any other person acting on his/her behalf from:

A.    contacting, threatening, or physically abusing me and any person residing in my residence. HRS sec. 586-4(a)(2). ("No contact" includes no meetings, e-mail, phone calls, messaging, mail.)

B.    entering or visiting my residence.

C.    maliciously or intentionally damaging my property or the property of any person residing in my residence.

D.    psychologically abusing me and any person residing in my residence.

24 - 0503

E. [ ] contacting, threatening, or physically abusing me at my place of work. My employer's name and address is: _____

_____

_____

F. [ ] contacting, threatening, or physically abusing the children at school. The school names and addresses are: _____

_____

_____

G. [ ] taking, concealing, removing, threatening, physically abusing, or otherwise disposing of animal(s) previously identified in Section 1, paragraph # 4, as belonging to my household.

2. [ ] An order requiring Respondent to immediately vacate my residence.

3. An order requiring Respondent to appear in court and show cause as to why the Order should not be continued.

4. A Protective Order continuing the Temporary Restraining Order and including:

[ ] temporary visitation and custody orders.

[ ] temporary prohibition of visitation with: (*child(ren)'s names*) _____

_____

_____

[ ] supervised visitation with: (*child(ren)'s names*) _____
to be supervised by: _____ who ☐ does not yet know of this request.
☐ has agreed to this.

[ ] requiring the Respondent to participate in domestic violence intervention services and/or

_____

_____

[ ] _____

_____

5. The Protective Order should last for at least ___ month(s) 10 year(s) or other period of time found appropriate by the Court.

FC Adm 7/12/23                Page 7 of 8 pages                Petition for an Order for Protection (SELF) 1F-P-752A

24 - 0 5 0 3

**I HEREBY SOLEMNLY AND SINCERELY DECLARE UNDER PENALTY OF PERJURY
THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF
MY BELIEF, INFORMATION, AND KNOWLEDGE.**

DATED: ___Kapolei___, ___Hawaii___, ___MAR 1 2 2024___.
         (City)      (State)      (Date)

_____
Petitioner's Signature

I, Laura Kong, court officer
help fill out this in part.

FC Adm 7/12/23        **Page 8 of 8 pages**        Petition for an Order for Protection (SELF) 1F-P-752A

 If you need an accommodation for a disability when participating in a court program, service, or activity, please contact the ADA Coordinator as far in advance as possible to allow time to provide an accommodation: Call the ADA Coordinator of the First Circuit Family Court Office at (808)954-8200, fax (808)954-8308, or send an e-mail to adarequest@courts.hawaii.gov. The ADA Coordinator will work to provide, but cannot guarantee your requested auxiliary aid, service, or accommodation.

*Please call the Family Court TRO Unit at **(808)538-5959** if you have any questions or need an interpreter.*