Straub Benioff Medical Center – Kahala Clinic

4211 Waialae Avenue, Suite 201

Honolulu, HI 96816

Phone: (808) 522-4444

Fax: (808) 522-4474

June 20, 2025

To Whom It May Concern,

I am the primary care physician for Mr. Matthew Bruce Buckman, born April 7, 1963. He has been under my care at Straub Benioff Medical Center – Kahala since December 3, 2024.

Mr. Buckman lives with chronic heart failure and expressive aphasia following a series of strokes since June 2022 - Present. While he remains cognitively aware, he faces daily challenges in clearly expressing himself. His words often come out incomplete, misplaced, or not at all - despite understanding what he wants to say. This can lead to frustration and frequent misinterpretation by others.

Given his condition, I have concerns about Mr. Buckman's ability to participate meaningfully or safely in a legal deposition. The stress of such a setting could negatively impact his health and further hinder his ability to communicate. His responses may be misunderstood or fail to reflect his true thoughts or intentions - not due to unwillingness, but because of his medical limitations.

Out of care for his well-being and in the interest of fairness, I recommend avoiding traditional deposition at this time. If his input is needed, alternative approaches - such as written responses with assistance or supported formats - should be considered.

Please feel free to reach out if further information is needed.

Sincerely,

Daniel K. Miyamoto, M.D.

Primary Care Physician

Straub Benioff Medical Center – Kahala

**EXHIBIT 6**

**Straub Benioff Medical Center – Kahala Clinic**

4211 Waialae Avenue, Suite 201

Honolulu, HI 96816

Phone: (808) 522-4444

Fax: (808) 522-4474

June 20, 2025

To Whom It May Concern,

I am the primary care physician for Mr. Matthew Bruce Buckman, born April 7, 1963. He has been under my care at Straub Benioff Medical Center – Kahala since December 3, 2024.

Mr. Buckman lives with chronic heart failure and expressive aphasia following a series of strokes since June 2022 - Present. While he remains cognitively aware, he faces daily challenges in clearly expressing himself. His words often come out incomplete, misplaced, or not at all - despite understanding what he wants to say. This can lead to frustration and frequent misinterpretation by others.

Given his condition, I have concerns about Mr. Buckman's ability to participate meaningfully or safely in a legal deposition. The stress of such a setting could negatively impact his health and further hinder his ability to communicate. His responses may be misunderstood or fail to reflect his true thoughts or intentions - not due to unwillingness, but because of his medical limitations.

Out of care for his well-being and in the interest of fairness, I recommend avoiding traditional deposition at this time. If his input is needed, alternative approaches - such as written responses with assistance or supported formats - should be considered.

Please feel free to reach out if further information is needed.

Sincerely,

**Daniel K. Miyamoto, M.D.**

Primary Care Physician

Straub Benioff Medical Center – Kahala