| From: | Mark Buckman |
|---|---|
| To: | "markfbuckman" |
| Cc: | "mark@buckmanlaw.com" |
| Subject: | *PERMANENT RECORDS* Kaunaoa Conversation with Natalie Regarding Matt"s Ownership |
| Date: | Monday, July 01, 2019 7:54:00 PM |

Hello long-term records,

I just called Natalie and spoke with her regarding her conversation with PWB regarding Matt's ownership of the back house of Kaunaoa.

(Previous to late last week, Natalie belived Matt had only lived in the back house, but didn't own it.  She thought PWB owned it.  I told her Matt owned it, and provided details of his and Kimi's (Katsarsky parent's) down payment, ownership, etc.  Also told her that Matt and I sat down with PWB within the past 2 years and asked her to deed to Matt and, when she stated that she thought Matt could lose it for legal reasons - judgment, foreclosure, etc., I suggested a spend-thrift trust.  PWB agreed, so I contacted Russell Yee, her estate attorney, and he quoted me $3,000 for that trust.  I went back to PWB with that cost and she balked.  It basically got left at that point)

So, when natalie asked her, PWB did say Matt owned it and had put down a down payment.  PWB said about $2,000, Natalie said she thought it was more like $30,000, and then PWB didn't know.  Then, Natalie asked her about PWB's agreement to deed to him, but PWB said she didn't want to because he would mortgage it.  Natalie said she kind of snickered and said, "I heard you were mortgaging it."  (I had told Nat that PWB was taking out equity which could improperly encumber Matt's house, as opposed to just PWB's front house.)  To that, PWB apparently ackowledged it, but told Natalie "Don't worry about it, it will be taken care of."  Natalie and I discussed that, that PWB probably meant that she was just kicking it down the road until she was gone, and then surprise!  you've got a giant mortgage to deal with, that might even exceed the value of PWB's front house.  Because, Matt's house should almost be paid off by now as he has been paying on it for many years.

Anyway, nice to have Matt's ownership confirmed by PWB to Natalie, which was not the case until just the past few days.

Also discussed ways to protect PWB from elder financial abuse, having someone steal / embezzle / write themself checks, etc.  Told Natalie a bunch of ideas, but told her problem was PWB didn't trust anyone, or was concerned of losing control of money, so it seemed virtually impossible to me and that I had given up.  Natalie might try to work with her - I wish her a LOT of patience and good luck!

Mark F. Buckman

# EXHIBIT 7