Mark F. Buckman    SBN 7080
Law Offices of Mark F. Buckman
8359 Elk Grove Florin Rd
Suite 103-320
Sacramento, CA 95829
Telephone: (916) 442-8300
Markfbuckman@sbcglobal.net
Attorneys for Defendant Jennifer
Buckman and Defendant /
Counterclaimant Mark F. Buckman,
individually and as Trustee of the Mark
F. Buckman Trust

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN, et al, | Civil No. CV 24-00129 MWJS-KJM |
| Plaintiffs, | **MARK BUCKMAN'S REQUESTS FOR ADMISSION TO PATRICIA W. BUCKMAN** |
| vs. | |
| MARK F. BUCKMAN et al., | Set No. 1 |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 26 and 36 and Civil Local Rule

26.2, Patricia W. Buckman shall, within thirty (30) days after being served with these

requests, serve on counsel Mark F. Buckman a written answer or objection addressed

Page 1 of 14

**EXHIBIT 2**

to each request and signed by the party or her attorney. If a matter is not admitted, the answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter; and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest. The answering party may assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny.

## REQUESTS FOR ADMISSION

1.    Admit that you were legally competent at the time you signed the "Warranty Deed" conveying 3010A Kaunaoa Street, Honolulu, Hawaii 96815 to Mark F. Buckman, signed and notarized on August 10, 2023. (MFB00001-00007)

2.    Admit that you were legally competent when you signed the "Second Amendment to Declaration of Revocable Trust of Patricia W. Buckman" on

August 10, 2023. (MFB00010-00011)

3.    Admit that you were legally competent to sign the "Power of Attorney" on August 25, 2023. (MFB00010-00017)

4.    Admit that you were legally competent to sign the "Promissory Note" to Mark Buckman on September 24, 2023. (MFB00022-00023)

5.    Admit that you were legally competent to sign the "Agreement Regarding Note and Mortgage" on September 24, 2023. (MFB00018-00019)

6.    Admit that you were legally competent to sign the "Mortgage" on September 24, 2023. (MFB00024-00035)

7.    Admit that you were legally competent to sign the "Codicil to the Last Will and Testament of Patricia W. Buckman" on September 24, 2023. (MFB00036-00037)

8.    Admit that, before you signed the "Warranty Deed" on August 10, 2023, Matt Buckman had asked you to deed 3010A Kaunaoa Street, Honolulu to Mark Buckman pursuant to Matt and Mark's agreement. (MFB00001-00007)

9.    Admit that, before August 10, 2023, you decided to deed 3010A Kaunaoa Street, Honolulu, Hawaii 96815 to Mark Buckman.

10.    Admit that, before August 10, 2023, you stated your intention to deed 3010A Kaunaoa Street, Honolulu, Hawaii 96815 to Mark so that Mark could be "his brother's keeper" for Matt Buckman.

11.    Admit that, before August 10, 2023, you communicated to Mark Buckman that you would be signing the "Warranty Deed" in furtherance of Matt and Mark's agreement.  (MFB00001-00007)

12.    Admit that the "Promissory Note" to Mark Buckman that you signed on September 24, 2023 is fully enforceable pursuant to its terms.  (MFB00022-00023)

13.    Admit that, before you signed the "Promissory Note" to Mark Buckman on September 24, 2023, you asked Mark to allow Natalie & Carl Pitre additional time to pay off that debt after your passing such that they could continue to own the Front House, aka 3010 Kaunaoa Street, Honolulu.  (MFB00022-00023)

14.    Admit that, before you signed the "Promissory Note" to Mark Buckman on September 24, 2023, you asked Mark to agree to loan you up to an additional

$50,000.00 for your personal needs.  (MFB00022-00023)

15.    Admit that, several days before signing the "Promissory Note" to Mark Buckman, you discussed that debt with Natalie Pitre.  (MFB00022-00023)

16.    Admit that, several days before signing the "Promissory Note" to Mark Buckman on September 24, 2023, you, Mark, and Natalie discussed the debt from 16th Avenue, and neither you nor Natalie objected to it.  (MFB00022-00023)

17.    Admit that YOU refused to sign the version of the "Second Amendment to Declaration of Revocable Trust of Patricia W. Buckman" containing a clause deleting and replacing Section 5.01(a) of YOUR trust.  (MFB00008-00009).

18.    Admit that YOU did **Not** refuse to sign the version of the "Second Amendment

to Declaration of Revocable Trust of Patricia W. Buckman" containing a clause

deleting and replacing Section 5.01(a) of YOUR trust. (MFB00008-00009).

19. Admit that YOU only agreed to sign the "Second Amendment to Declaration

of Revocable Trust of Patricia W. Buckman" after Mark Buckman deleted a

clause that would have removed Natalie Pitre from having discretion to

distribute your personal and household effects. (MFB00010-00011)

20. Admit that you told at least one person in the time period 2022-2023 that you

owed Mark Buckman $100,000.

21. Admit that you did **Not** tell anyone in the time period 2022-2023 that you owed

Mark Buckman $100,000.

22. Admit that, although you quote in paragraph 9 of your Second Amended

Complaint a January 2015 email about Mark Buckman wanting you to choose a neutral third party to be your administrator, you requested that Mark Buckman continue to be trustee of your trust as late as December 2016.

23. Admit you communicated to Mark Buckman that you wanted him to be his "brother's keeper" and that Mark needs to make sure that his brother Matt does not end up homeless.

24. Admit you never communicated to Mark Buckman that you wanted him to be his "brother's keeper" and that Mark needs to make sure that his brother Matt does not end up homeless.

25. Admit that you told Mark Buckman that Natalie Pitre had not paid you any rent in cash in 2023.

26.    Admit that, before August 10, 2021, you informed Mark Buckman that Natalie Pitre did not have your authorization to submit a rental application on your behalf for a Marina Palms condo in 2023.

27.    Admit that, before August 10, 2021, you told Mark Buckman that Natalie Pitre did not have your authorization to sign a Rental Agreement on your behalf for a Marina Palms condo.

28.    Admit that, before August 10, 2023, you told Mark Buckman that Natalie Pitre did not have Duke Manoa Buckman's authorization to sign a Rental Agreement on his behalf for a Marina Palms condo.

29.    Admit that, in the month of July 2023, you told Mark Buckman that did not want Matt Buckman to move out of your house.

30.  Admit that, before August 10, 2023, you told Mark Buckman that Natalie Pitre had been fined $12,000 by the Real Estate Commission for alleged violations of her real estate duties.

31.  Admit that, before August 10, 2023, you told Mark Buckman that you had discussed with Natalie Pitre her allegedly unethical conduct and as alleged by the Real Estate Commission.

32.  Admit that, before August 10, 2023, you discussed with Mark Buckman your concerns about Natalie Pitre in light of her $12,000 fine from the Real Estate Commission.

33.  Admit that, before August 10, 2023, you told Mark Buckman that Natalie Pitre had financial troubles.

34. Admit that, in 2023, Matt Buckman took your phone away from you against your will while you were in the middle of a phone call with Mark Buckman.

35. Admit that, in 2023, Natalie Pitre took your phone away from you against your will while you were in the middle of a phone call with Mark Buckman.

36. Admit that, in 2023, Natalie Pitre took your phone away from you against your will while you were in the middle of a face time call with Mark Buckman.

37. Admit that Natalie helped you fill out your Temporary Restraining Order paperwork against Mark Buckman.

38. Admit that you asked Mark Buckman to take over paying some of your bills in 2023.

39.    Admit you offered to accompany Mark Buckman to attorney Steven Reese's offices to get Mr. Reese to release your file to Mark Buckman.

40.    Admit that, on or before August 10, 2023, you asked Mark Buckman to take over responsibility for Matt Buckman's $40,000.00 share of one of your life insurance policies.

41.    Admit that, on October 1, 2023, Natalie Pitre spoke to you for over 15 minutes and urged you to dispute your signed agreements with Mark Buckman.

42.    Admit that, on October 1, 2023, Natalie Pitre spoke to you and tried to insinuate that somehow you were tired or worn out when you signed documents with Mark Buckman.

43.    Admit that, on October 1, 2023, Natalie Pitre actually wrote the email

addressed to Mark Buckman, and sent from your email account, and signed "Sincerely, your mother Patricia W Buckman." (MFB00049)

44.    Admit that you did not write the October 1, 2023 email that was sent from your email account, addressed to Mark Buckman, and signed "Sincerely, your mother Patricia W Buckman." (MFB00049)

DATED: February 6, 2025

Law Offices of Mark F. Buckman
Mark F. Buckman, Esq.
Attorneys for Defendant Jennifer Buckman

Page 13 of 14

## CERTIFICATE OF SERVICE

I, Brian Buckman, hereby certify that, on February 6, 2025 and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

### SERVED ELECTRONICALLY THROUGH CM / ECF:

### SERVED BY FIRST-CLASS MAIL:

Richard E. Wilson, Esq.
Law Offices of Richard E. Wilson, LLC
735 Bishop Street, Suite 306
Honolulu, HI 96813

### SERVED BY ELECTRONIC MAIL:

### SERVED BY HAND DELIVERY:

Dated:     Elk Grove, California, February 6, 2025.

_____
Brian Buckman