Mark F. Buckman       SBN 7080
Law Offices of Mark F. Buckman
8359 Elk Grove Florin Rd
Suite 103-320
Sacramento, CA 95829
Telephone:  (916) 442-8300
Markfbuckman@sbcglobal.net
Attorneys for Defendant Jennifer
Buckman and Defendant /
Counterclaimant Mark F. Buckman,
individually and as Trustee of the Mark
F. Buckman Trust

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> MARK F. BUCKMAN et al., <br><br> Defendants. | Civil No. CV 24-00129 MWJS-KJM <br><br> **MARK BUCKMAN'S REQUESTS FOR ADMISSION TO PATRICIA W. BUCKMAN** <br><br> Set No. 2 |

Pursuant to Federal Rules of Civil Procedure 26 and 36 and Civil Local Rule

26.2, Patricia W. Buckman shall, within thirty (30) days after being served with these

requests, serve on counsel Mark F. Buckman a written answer or objection addressed

Page 1 of  8

**EXHIBIT 3**

to each request and signed by the party or her attorney.  If a matter is not admitted, the answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter; and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest. The answering party may assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny.

## REQUESTS FOR ADMISSION

45.    Admit that you removed Natalie Pitre's as Substitute Trustee of your trust via your 2022 amendment because you had doubts about Natalie's trustworthiness.

46.    Admit that you told Mark Buckman on more that one occasion in 2023 that Natalie Pitre's ethics were questionable regarding real estate matters.

47.    Admit that you told Mark Buckman on more that one occasion in 2023 that Natalie Pitre was greedy when it came to money.

48.    Admit that in the first half of 2023 you communicated to an Island Properties worker to the effect that Natalie Pitre "is tough and can be mean and very greedy."

49.    Admit that in the first half of 2023 you communicated to an Island Properties worker to the effect that Natalie Pitre "wants as much as possible for her children.  I also have other grandchildren that I want to provide for."

50.    Admit that in the first half of 2023 you communicated to an Island Properties worker to the effect that you believed Natalie Pitre had taken property from you or Island Properties without your permission.

51.  Admit that in the first half of 2023 you shared your concern with an Island Properties worker that Natalie Pitre was taking property from you and that you didn't want that fact communicated to Natalie Pitre.

52.  Admit that the main reason you signed the "Power of Attorney" on August 25, 2023 (MFB00010-00017) was to enable Mark Buckman to take charge of Matt Buckman's $40,000 share of your life insurance policy, as you requested.

53.  Admit that you had requested Mark Buckman to take charge of Matt Buckman's $40,000 share of your life insurance policy at least 3 times before you signed the "Power of Attorney" on August 25, 2023 (MFB00010-00017).

54.  Admit that the main reason you signed the "Promissory Note" to Mark Buckman on September 24, 2023 (MFB00022-00023) was to pay Mark Buckman for his interest in 714 16th Avenue, Honolulu.

55. Admit that you discussed Mark Buckman's ownership interest in 714 16th Avenue with Mark at least 3 times before you signed the"Promissory Note" to Mark Buckman on September 24, 2023.  (MFB00022-00023)

56. Admit that you told Mark Buckman in the second half of 2023 that your 2022 Trust didn't state your wishes in that you wanted all income from 3010A Kaunaoa Street to go to Matt Buckman during his lifetime, not Manoa Buckman as stated in that trust.

57. Admit that the main reason that you signed the "Codicil to the Last Will and Testament of Patricia W. Buckman" on September 24, 2023 (MFB00036-00037) was to remove Tamara Buchwald as executor of your will.

58. Admit that, before you signed the "Warranty Deed" on August 10, 2023 (MFB00001-00007), that you had discussed such deeding with Mark Buckman on at least two prior occasions.

59.  Admit that, before you signed the "Warranty Deed" on August 10, 2023 (MFB00001-00007), that you had discussed such deeding with Matthew Buckman and he was in agreement with you deeding 3010A Kaunaoa Street, Honolulu to Mark Buckman.

60.  Admit that on August 10, 2023, at the same time you signed the "Warranty Deed" (MFB00001-00007), You refused to sign the version of the "Second Amendment to Declaration of Revocable Trust of Patricia W. Buckman" containing a clause deleting and replacing Section 5.01(a) of your trust at the same time that you signed the Warranty Deed. (MFB00008-00009).

60.  Admit that on August 10, 2023, after you refused to sign the version of the "Second Amendment to Declaration of Revocable Trust of Patricia W. Buckman" containing a clause that would have removed Natalie Pitre from having discretion to distribute your personal and household effects under your trust (MFB00008-00009), that you then agreed to and signed the "Second Amendment to Declaration of Revocable Trust of Patricia W. Buckman" after

Mark Buckman deleted the clause that would have removed Natalie Pitre from

having discretion to distribute personal and household effects under your trust.

(MFB00010-00011)


DATED: April 5, 2025                         /S/ Mark F. Buckman
                                        Law Offices of Mark F. Buckman
                                        Mark F. Buckman, Esq.
                                        Attorneys for Defendant Jennifer Buckman

## CERTIFICATE OF SERVICE

I, Mark F. Buckman, hereby certify that, on April 5, 2025 and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**SERVED ELECTRONICALLY THROUGH CM / ECF:**

**SERVED BY U.S. MAIL:**

**SERVED BY E-MAIL PURSUANT TO COUNSEL'S AGREEMENT:**

Richard E. Wilson, Esq.
Law Offices of Richard E. Wilson, LLC
735 Bishop Street, Suite 306
Honolulu, HI 96813
rewilson_law@yahoo.com

**SERVED BY HAND DELIVERY:**

Dated:      Elk Grove, California, April 5, 2025.


                        /S/ Mark F. Buckman
                        Mark F. Buckman