## PROMISSORY NOTE

US $235,695.00                                                    HONOLULU, HAWAII


Date:  September 18, 2023


FOR VALUE RECEIVED, the undersigned Patricia W. Buckman, individually and as Trustee of the Patricia W. Buckman Revocable Trust ("**Borrower**") promise(s) to pay MARK F. BUCKMAN, a married man as his sole and separate property ("**Lender**"), or order, the principal sum of TWO HUNDRED THIRTY-FIVE THOUSAND, SIX HUNDRED NINETY-FIVE AND NO/100 DOLLARS ($235,695.00), with interest on the unpaid principal balance from January 4, 2017 until paid, at the rate of Five Percent (5.00%) per year.

1.      Payments.

        a.      There are no monthly payments due on this Note, rather, the Note shall be repaid upon the Maturity Date, as described below.

        b.      The entire principal balance and accrued interest shall be due and payable upon the earliest to occur of any of the following (the "**Maturity Date**"): (a) the passing of Patricia W. Buckman, (b) sale, further mortgaging, or other transfer (including by way of Agreement of Sale or otherwise) of 3010 Kaunaoa Street, Honolulu, HI 96815, or (c) Patricia W. Buckman permanently moving out of 3010 Kaunaoa Street.

        c.      Payment in lawful money of the United States shall be made to Mark F. Buckman at 7100 Bandy Road, Sacramento, CA 95829. or such other place as the Note holder may designate.

2.      Prepayments.  Borrower may prepay the principal amount outstanding in whole or in part at any time, but such prepayment must be in equal one thousand dollar increments to facilitate accounting.  Any partial prepayment shall be applied against the principal amount outstanding and shall not in any event extend the Maturity Date for the remaining amount due.

3.      Notices.        Any notice to Borrower provided for in this Note shall be given by mailing such notice by certified mail addressed to Borrower at the Property address stated in paragraph 4 of this Note, or to such other address as Borrower may designate by notice to the Note holder. Any notice to the Note holder shall be given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address stated in the paragraph 1(C) of this Note, or at such other address as may have been designated by notice to Borrower.

4.      Mortgage as Security. The indebtedness evidenced by this Note is secured by a Mortgage of even date herewith against 3010 Kaunaoa Street, Honolulu, HI 96815 (aka the front

**EXHIBIT 4**                                                    MFB00022

house or Unit Diamond, the house in which Pat lives), and reference is made to the Mortgage for rights as to acceleration of the indebtedness evidenced by this Note.

5.    <u>Waivers / Miscellaneous</u>.    Presentment, notice of dishonor, and protest are hereby waived by all makers, sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all makers, sureties, guarantors and endorsers, and shall be binding upon them and their successors and assigns.  If suit is brought to collect this Note, the Note holder shall be entitled to collect all reasonable costs and expenses of suit, including, but not limited to, reasonable attorney's fees.  The interest on this Note shall be compounded monthly but in no case shall it exceed that maximum rate permitted by law.

BORROWER

*Patricia W. Buckman*
Patricia W. Buckman,
Individually

*Patricia W. Buckman*
Patricia W. Buckman,
Trustee of the Patricia W. Buckman
Revocable Trust dated July 25, 2019, as amended

State of Hawaii
City & County of Honolulu   } ss
Subscribed and signed this
before me on 09-24-2023
Mihail Gilevich
Notary Public

MIHAIL GILEVICH #16-241
My commission expires July 10, 2024

MFB00023