| | |
|---|---|
| **From:** | Patricia Buckman |
| **To:** | markfbuckman@sbcglobal.net |
| **Cc:** | Natalie Pitre |
| **Subject:** | Re: Bankoh Ease Account |
| **Date:** | Thursday, August 31, 2023 10:05:20 PM |

This is great, thank you!

On Thu, Aug 31, 2023 at 7:26 AM Mark Buckman <markfbuckman@sbcglobal.net> wrote:

Good Morning Mom,

Carolyn asked for information on the Bankoh EASE bill paying account. I'm sending it to you directly (cc'ing Natalie) and you can share it with Carolyn if you folks are paying bills and getting things in order today. You should read the statement from the bottom up, that is, starting with January, to see items in chronological order. There should be a surplus in this account each month (i.e., there should be more money in this account), but we can work on fine-tuning it later once the account has gotten straightened out and stabilized.

I am working on straightening things out, but please let me do it without too much coconut wireless. Most of the EASE account Natalie and I can work out and get sorted.

The goal remains to get your EASE bill paying account simplified and have 2 pieces of income: (1) rent from back house, (2) property management commissions from Island Properties.

Then, we will use that money to pay recurring expenses of the mortgage, property taxes, insurance (homeowner's, life, car, etc.) utilities. Other, non-recurring expenses will continue to be paid from your regular checking account. I want to build up a buffer in the EASE account so that we never miss any of these payments and I will keep up with it on a regular basis and update you monthly.

It will probably take about another 6-8 weeks to get everything straightened out with the EASE account due to everything being on automatic payments and 30-day cycles.

Please contact me with any questions or concerns.

See you both soon - Aloha!

**EXHIBIT 7**

Mark F. Buckman