**Summary of Mom's Money - Bill Paying**

1.    Bankoh Ease Account - 5720

    Closed on 11/17.2023, the balance of $905.08 was transferred to Checking 7657.

2.    Mark ITF Mom Savings - 2521
    Basically just savings, Deposited $10,000 at beginning (9/8/23), then transferred $9,000 of that to Checking 7657 9/14/23.  Now, get like $.02 per month interest, transferred 8 cents interest to 7657, then just let interest build up in account.
    Total Money In from Mom:   $10,000.00
    Total Money Out for Mom:   $  9,000.08
    Balance July 6, 2025:           $  1,000.21

3.    Mark ITF Mom Checking - 7657
    Total Money In from Mom:   $29,288.46
    Total Money in from Mark:   $25,000.00
    Total Money Out for Mom:   $52,245.33
    Balance July 6, 2025:           $ 4,562.65 (Should be $2,043.13, so $2,519.52 difference)

4.    Mark Personal Expenditures: $5,821.96

5.    As of July 6, 2025, Mark has expended approximately $30,821.96, without any interest.

**EXHIBIT 8**