**Trustee Resignation**

I, Patricia W. Buckman, Trustee of the Patricia W. Buckman Revocable Trust dated July 25, 2019, do hereby resign on September 24, 2020, all of my Trustee responsibilities, rights, title, and any other interest whatsoever I may have or had in this trust or trusts.

Before resigning, I appoint Natalie B. Pitre 3010A Kaunaoa Street Honolulu, HI 96815, as the successor Trustee.

In witness thereof, I hereby sign my Resignation as Trustee of the above trust (s).

*Patricia W. Buckman*
Trustee

*Minu G Lee*
Notary

*[signature]*
Witness

**NOTARY PUBLIC CERTIFICATION**
Minu G. Lee      First Judicial Circuit
Doc. Description   Trustee Resignation

No. of Pages: 1    Date of Doc. 9/24/2020

*[signature]*    9/24/2020
Notary Signature        Date





**EXHIBIT 10**