Acceptance of Trustee

The Trustee hereby accepts its appointment as trustee with respect to the Notes + shall hereby be vested with all of the authority, rights, powers, trusts, immunities, duties, benefits + obligations of a Trustee under the indenture.

Natalie B Pitre
_____
Trustee Natalie Buckman Pitre

Minu G Lee
_____
Notary

_____
Witness

NOTARY PUBLIC CERTIFICATION
Minu G. Lee          First Judicial Circuit
Doc. Description: Acceptance of Trustee
No. of Pages: 1    Date of Doc. 9/24/20
Notary Signature          Date 9/24/2020

*MINU G. LEE*
*NOTARY PUBLIC*
*No. 09-25*
*STATE OF HAWAII*

**EXHIBIT 11**