RELIASTAR SECURITY CONNETICUT LIFE INSURANCE COMPANY

*William Harper, Agent*

POLICY # SC2342392D

AMOUNT OF INSURANCE, $120,000.00

$35,000.00 to Matt Buckman

$40,000.00 to Natalie P. Buckman Pitre

$35,000.00 to Mark Buckman   (He got 40% of house which he earned in contruction.)

$10.000.00 to Manoa Buckman,  for ~~college~~ or for part of down pmt on property.  *if he is*

Again, ~~Mark~~ *Natalie (Pitre)* Buckman to hold Matt Buckman's in trust and to invest it to make it grow. *established in a career*
However, ~~Mark~~ may use ~~his~~ *her* disgression in disbursing Matt's $$ to him or for real estate.
~~Mark also to hold Manoa's in trust until Mark deems Manoa needs it.~~  *Natalie Pitre*  *can be paid now*

*P.W. Buckman*
*3/25/03*

**EXHIBIT 13**