## Agreement Regarding Note and Mortgage

Mark invested in, acted as the on site general contractor of, and obtained the mortgage for 714 16th Avenue, Honolulu, HI. Pat also invested in 714 16th Avenue, lived there, paid the mortgage, and was responsible for upkeep. Pat and Mark agreed that Mark owned Forty Percent (40%) of the property for his investment, construction, and financing, and that Pat owned the balance of the property.

The amount of the promissory note signed today ($235,695.00) was determined by taking the closing statement for 714 16th Avenue:

| | |
|---|---|
| Closing Date: | January 4, 2017 |
| Net proceeds: | $559,239.84 |
| Plus commission paid to Island Properties: | $30,000.00 |
| Total Adjusted Proceeds: | $589,239.84 |
| Mark's 40% | $235,695.93 |

So, the ~$235,000 was due to Mark in January 2017, but was not paid at that time. This number above is a compromise and discount. Mark held title alone from 1991 until 1998, at which time he added Jeni and mom (stated as 90% Mark & Jeni, and 10% mom). This was done so that Pat could more clearly claim the mortgage interest deduction. In 2006, Pat added the property to her newly-formed trust, listing Mark as receiving 40% of the property, as had been previously agreed. In 2008, Mark & Jeni deeded the property to Pat's trust. Before that deed, the face value of mortgages against the property was ~$450,000 (the balances were less). Then, when Pat acquired the property, she obtained new mortgages, the face value of which increased to $620,000.00. So, Pat already received $170,000 of equity value out of the property (the increased mortgage amount) and Mark did not receive 40% of those proceeds. However, Mark has agreed to waive the claim to that money, as well as mortgage paydown, to resolve this matter.

Pat is signing the promissory note so that Mark receives his Forty Percent (40%) equity share of the proceeds of the sale of the Property (714 16th Avenue). But, this is also done so that Pat does not have to pay this money during her lifetime, unless she moves out of 3010 Kaunaoa Street, Honolulu.

ACKNOWLEDGED AND AGREED:

_Patricia W. Buckman_
Patricia W. Buckman

_Mark F. Buckman_ (signature)
Mark F. Buckman

**EXHIBIT 5**