Of Counsel:
Law Offices of Richard E. Wilson, LLC

RICHARD E. WILSON  5614
735 Bishop Street, Suite 306
Honolulu, Hawaii 96813
Telephone (808) 545-1311
Facsimile (808) 545-1388
*Rewilson_law@yahoo.com*

Attorney for Plaintiffs PATRICIA W. BUCKMAN, Individually, and as Trustee of
the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W.
BUCKMAN REVOCABLE TRUST

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN, Individually, and as Trustee of the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W. BUCKMAN REVOCABLE TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>MARK F. BUCKMAN Individually, and as TRUSTEE OF THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST; JENNIFER BUCKMAN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>Defendants. | CV 24-00129 MWJS-KJM<br><br>PLAINTIFFS' SUPPLEMENTAL RESPONSE TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PATRICIA W. BUCKMAN |

**EXHIBIT 2**

PLAINTIFFS' SUPPLEMENTAL RESPONSE TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PATRICIA W. BUCKMAN

Pursuant to the Court's Order [ECF # 144], Plaintiffs PATRICIA W. BUCKMAN, Individually, and as Trustee of the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W. BUCKMAN REVOCABLE TRUST, by and through their undersigned counsel, hereby supplements their response to the SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PATRICIA W. BUCKMAN as follows:

38.    All DOCUMENTS CONCERNING your agreement to have Mark Buckman handle bill paying and receipt of some of your income, from January 1, 2023 to February 6, 2025.

Response:  I have none.

39.    All DOCUMENTS CONCERNING your estate, trust, and will DOCUMENTS, from January 1, 2020 to February 6, 2025.

Response:  I have not retained any.  All documents were kept by my attorney Steve Reece.

40.    All DOCUMENTS CONCERNING you and/or your attorney's communications or agreements, that include Natalie Pitre as one of the senders or recipients, from January 1, 2020 to February 6, 2025.

Response:  I have no such documents.

2

41.    All DOCUMENTS CONCERNING you and/or your attorney's communications or agreements that include Tamara Buchwald as one of the senders or recipients, from January J,2020 to February 6, 2025.

Response:  I have no such documents.

42.    All DOCUMENTS CONCERNING you and/or your attorney's communications or agreements with Matt Buckman, Duke-Manoa Buckman, or Kimberly-Buckman and/or and CONCERNING either 3010 or 3010A Kaunaoa Street, Honolulu, Hawaii 96815, or this lawsuit, from January 1, 2020 to February 6, 2025.

Response:  I have no such documents.

43.    All DOCUMENTS CONCERNING you and/or your attorney's communications or agreements with Matt Buckman regarding 3010A Kaunaoa Street Honolulu, Hawaii 96815; from January 1, 2003 to January 1, 2020.

Response:  I have no such documents.

44.    ALL DOCUMENTS CONCERNING any doctor's report regarding your cognitive health or competency, from January 1, 2024 to February 6, 2025.

Response:  I have already produced the two reports.

45.    ALL DOCUMENTS CONCERNING your communications or agreements with Mark Buckman, from January 1, 2015 to February 6, 2025.

3

Response: I have no such documentws.

46.    Without limiting the above, all DOCUMENTS CONCERNING your texts or imessages or other instant messages with any one or more of the following persons: Matt Buckman, Kimberly Buckman, Duke Manoa Buckman, Natalie· Pitre, Carl Pitre, Mark Buckman, Jennifer Buckman, Emma Buckman, Brian Buckman, and/or Tamar Buchwald, from January 1, 2015 to February 6, 2025.

Response: I have no such documents.

47.    Without limiting the above, all DOCUMENTS CONCERNING your communications with any other persons regarding this lawsuit or the claims made therein by any party.

Response: I have no such documents.

48.    All DOCUMENTS CONCERNING Mark Buckman's claim to have owned a portion of 714 16th Avenue, Honolulu, Hawaii 96816.

Response: I have no such documents.

49.    All DOCUMENTS CONCERNING Mark Buckman's claim that you freely agreed to transfer 3010A Kaunaoa Street, Honolulu, Hawaii 96815 pursuant to Mark's agreement with Matt and Manoa.

Response: I have no such documents.

50.    All DOCUMENTS CONCERNING Mark Buckman's claim that you freely signed a Warranty Deed, Second Amendment to Declaration of Revocable

4

Trust of Patricia W. Buckman, Power of Attorney, Promissory Note, Agreement Regarding Note and Mortgage, Mortgage, and Codicil to the Last Will and Testament of Patricia W. Buckman.

Response: I have no such documents.

51. All DOCUMENTS CONCERNING your claim that you acted under duress, undue influence or were defrauded into signing a Warranty Deed, Second Amendment to Declaration of Revocable Trust of Patricia W. Buckman, Power of Attorney, Promissory Note, Agreement Regarding Note and Mortgage, Mortgage, and Codicil to the Last Will and Testament of Patricia W. Buckman.

Response: I have no such documents.

52. All DOCUMENTS CONCERNING any payment to Mark Buckman (whether from you or anyone else), or receipt by him of anything of value, regarding his interest in 714 16th Avenue, Honolulu, Hawaii, from January 1, 1991 to February 6, 2025.

Response: I believe there is an escrow statement. I have been unable to locate it.

53. All DOCUMENTS CONCERNING Matt Buckman's interest in 3010A Kaunaoa Street, Honolulu, HI 96815 from January 1, 2022 to February 6, 2025.

Response: I have no such documents.

54.    All DOCUMENTS CONCERNING anyone assisting or helping you or your attorney with this case.

Response:  I have no such documents.

DATED: Honolulu, Hawaii, June 6, 2025.

/S/ Richard E. Wilson

Richard E. Wilson, Esq.

Attorneys for Plaintiffs

6