**Gmail**

mark buckman <markfbuckman@gmail.com>

---

## Fwd: Buckman v Buckman, Civil No. 1:24-CV-00129

1 message

---

**Mark Buckman** <markfbuckman@sbcglobal.net>                                     Wed, Jul 16, 2025 at 9:42 AM
To: My Gmail <markfbuckman@gmail.com>


Mark Buckman
Sent by my Continuum Transfunctioner

Begin forwarded message:


> **From:** Thomas Bush <Tom@tblawhawaii.com>
> **Date:** June 18, 2025 at 1:12:54 PM HST
> **To:** "Ing Louise K.Y." <louise.ing@dentons.com>, Mark Buckman <markfbuckman@sbcglobal.net>
> **Cc:** Richard WIlson <rewilson_law@yahoo.com>
> **Subject: Buckman v Buckman, Civil No. 1:24-CV-00129**


Dear Counsel,


To follow up on our meet and confer yesterday, I was able to speak with Rich after our meeting, and he did confirm that Natalie did assist her mom in communications with counsel.  I think my prior understanding of Natalie's role for purposes of the attorney-client privilege as to her mother is correct.  So here is what I previously stated in my 5/27/25 email:  Natalie has an attorney-client relationship with Rich regarding the Honolulu District Court eviction proceeding, which I understand is on hold pending resolution of the federal lawsuit between mother and Mark and his wife.  Thus, there is a continuing attorney-client relationship.  Second, Natalie is a "representative of the client" , that is, of her mother in this federal lawsuit as set forth in HRE Rule 503(a)(2) as one with "authority to obtain professional legal services , or to act on advice rendered pursuant thereto, on behalf of the client."  In addition, even if she weren't the client representative, given Patricia's age and physical infirmities, communications with Natalie would remain confidential under Rule 503(a)(5) because such communications between Rich and Natalie were "in furtherance of the rendition of professional legal services to the client" or "reasonably necessary for the transmission of the communication."


In any event, I had Natalie send me her communications with Rich not involving the District Court eviction proceeding.  In reviewing them, I noticed some communications were copied to Tamara Buckwald.  Since I don't understand that she is within the privilege explained above, I am now producing those documents as bate-stamp numbers N554-N842.


I am still withhold approximately 22 emails as privileged (communications.  The dates of the emails are between 12-3-23 and 3-26-25.  If you want to pay for a privilege log, I'll do it.  It shouldn't take more than 3 hours at $320 an hour.


Thanks, Tom


**Thomas E. Bush, Esq.**

<span style="color:red">**EXHIBIT 5**</span>

Thomas Bush Law Office LLLC

1001 Bishop Street, Suite 1560

Honolulu, Hawaii  96813

Telephone:  (808) 536-BUSH (2874)

Facsimile:    (808) 536-2875

Email:  Tom@tblawhawaii.com


NOTICE: The information contained in this email is confidential and

> may also be attorney-client privileged.  This information is intended

> only for use by the individual to whom it is addressed.  If you are

> not the intended recipient, you are hereby notified that any use,

> dissemination, distribution or copying of this communication is

> strictly prohibited.  If you have received this email in error, please

> immediately notify the sender by return email, and delete this email,

> any attachments and all copies.

---

**Bates N000554 - N000842.pdf**
13763K