| | |
|---|---|
| **From:** | Mark Buckman |
| **To:** | "Tamara" |
| **Cc:** | "Ing, Louise K.Y." |
| **Bcc:** | "Jeni Buckman Buckman" |
| **Subject:** | FW: Buckman v. Buckman - Subpoenaed Documents Follow Up |
| **Date:** | Friday, June 13, 2025 12:27:00 PM |

Dear Ms. Buchwald:

I'm following up on the documents we requested from you, as shown in the email chain below. You informed us at the deposition that although you had deleted many emails, you had not attempted to recover any of them.

You also testified about texts, but many of those were similarly not produced. I showed you several of the emails that you apparently deleted on your end, along with your handling legal trust work for Patricia Buckman via email (Category 7) - which had not been produced. I think that refreshed your recollection about sending emails to Patricia and others regarding her estate matters.

Given that, the "None" response to Category 7, along with several other categories, should be corrected to be factually accurate and so we can determine if you have complied with the obligation to produce responsive documents.

Since last week's deposition, have you gone back and searched your records for all responsive documents?

Have you located other documents responsive to the requests? If so, please email a pdf of same to both Louise and I. If not, what efforts have you made to recover responsive documents? When will you be able to provide us all responsive documents?

Thank you for your anticipated courtesy and cooperation.

Regards,

Mark F. Buckman, Esq.

**From:** Tamara <tambuchwald@aol.com>
**Sent:** Tuesday, June 03, 2025 12:03 PM
**To:** Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Richard WIlson <rewilson_law@yahoo.com>
**Subject:** Fw: Buckman v. Buckman - Subpoenaed Documents Follow Up

Louise -

I have provided all the documents in my possession, custody or control.

My responses to each category below are in red to avoid confusion.

**EXHIBIT 6**

Please send a link for the deposition on Thursday.

Sincerely,

Tamara

----- Forwarded Message -----
**From:** Mark Buckman <markfbuckman@sbcglobal.net>
**To:** 'Tamara' <tambuchwald@aol.com>
**Cc:** 'Ing, Louise K.Y.' <louise.ing@dentons.com>
**Sent:** Sunday, June 1, 2025 at 08:13:50 PM EDT
**Subject:** Buckman v. Buckman - Subpoenaed Documents Follow Up

Dear Ms. Buchwald:

As you know, I am co-counsel to defendant Jennifer Buckman in this matter and had a subpoena served on you for certain specified documents.

First, thank you for providing 45-pages of documents in response to the subpoena. Please note that we did not receive a written response, objection, or thumb drive of electronic documents. To ensure that we are on the same page, I've attached the 45-pages of documents we received. Please note that I have Bates Stamped your documents in the lower right corner. I also attach the relevant subpoena for your convenient reference.

In order to help expedite your deposition, we wanted to obtain all responsive documents in advance of the deposition for review and possible use as exhibits. That's why we set the production of documents for May 15, before your deposition. However, it seems that not all responsive documents have been provided.

Thus, we want to ensure that you produce all responsive documents in your *possession, custody or control* by Tuesday, June 3. We also need a written response confirming that you have produced all responsive documents for each category. Rather than having to copy the documents and travel to Olender again, you can simply email the documents to me as a large pdf (or series of pdfs) or you can send them via Dropbox or similar if the file sizes are too big for email.

While I summarize the document categories below, please refer to the subpoena itself for the particular documents sought.

Category 1, generally concerning communications / agreement with Jennifer Buckman.

Our review shows no documents were produced.  While we understand that responsive documents may not exist, please state so in a response so we can cross each category off our list.  Thus, please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming the further production.

None

Category 2, generally concerning communications / agreement with Mark Buckman.

Our review shows that we only received emails between Tamara and Mark from February 5, 2025 thru February 11, 2025 (pages 32-38) along with texts from 9-19-2023 thru October 2, 2023 (page 45).  Accordingly, it appears that not all responsive documents have been produced.   Thus, please either (i) provide a written response confirming that you have produced all documents responsive to this category in your possession, custody, or control, or (ii) produce all further responsive documents / electronic records along with a written response confirming the further production.

All documents responsive to this category in my possession, custody or control were produced.

Category 3, generally concerning communications / agreement with Patricia Buckman.

Our review shows that we only received Texts between Tamara and Patricia from June 10, 2020 thru June 3, 2024 (pages 39-44).  No emails, agreements, or other documents were produced.  Thus, it appears that not all responsive documents have been produced.    Thus, please either (i) provide a written response confirming that you have produced all documents responsive to this category in your possession, custody, or control, or (ii) produce all further responsive documents / electronic records along with a written response confirming the further production.

All documents responsive to this category in my possession, custody or control were produced.

Category 4, generally concerning communications / agreement with Natalie Pitre.

Our review shows that we only received Texts between Tamara and Natalie from August 12, 2023 thru "today", which is believed to be May 15, 2025.  We believe further texts exist, but have not been produced.  Of note, on page 5 of your production, Natalie mentions "I will send it to you first" on November 23, 2023.  Please provide the document(s) that was sent first.

All documents responsive to this category in my possession, custody or control were produced.

Moreover, no emails, agreements, or other documents were produced.  Thus, it appears that not all responsive documents have been produced.    Thus, please either (i) provide a written response confirming that you have produced all documents responsive to this category in your possession, custody, or control, or (ii) produce all further responsive documents / electronic records along with a written response confirming the further production.

All documents responsive to this category in my possession, custody or control were produced.

Category 5, generally concerning communications / agreement with Matthew Buckman.

Our review shows no documents were produced.   Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming  that you have now produced all responsive documents.

None

Category 6, generally concerning communications / agreement with Carolyn Watanabe.

Our review shows no documents were produced.   Please either (i) provide a written response confirming  that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 7, generally concerning factual or legal research related to Pat Buckman, her estate planning and estate planning documents, Natalie, Mark, Matt, this lawsuit, or the properties at 714 16th Ave and/or 3010 and 3010A Kaunaoa Street.

Our review shows no documents were produced.   Please either (i) provide a written response confirming  that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 8, generally concerning communications / agreement with Richard Wilson.

Our review shows no documents were produced.   Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 9, generally concerning communications / agreement with Stephen Reese.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 10, generally concerning communications / agreement between Pat and Mark

and/or Jennifer.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 11, generally concerning communications / agreement between Pat and Carl and/or Natalie.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 12, generally concerning communications / agreement between Pat and Matt and/or Manoa.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 13, generally concerning legal, equitable, ownership, or possessory interest in 3010 and 3010A Kaunaoa Street.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 15, generally concerning Pat Buckman's estate plans, trusts, wills, powers of attorney,      Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 16, generally concerning Mark Buckman ownership or other interest in 714 16th Ave.

Our review shows no documents were produced.  Please either (i) provide a

written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 17, generally concerning Pat Buckman ownership or other interest in 714 16th Ave.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 18, generally concerning Matt and Mark's agreement regarding 3010 and/or 3010A Kaunaoa Street, or Matt and Natalie's agreement regarding same.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 19, generally concerning Manoa's and Mark's agreement regarding 3010 and/or 3010A Kaunaoa Street.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 20, generally concerning Pat's and Mark's agreement regarding 3010 and/or 3010A Kaunaoa Street, or Pat's and  Natalie's agreement regarding same.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 21, generally concerning Pat's and Mark's agreement regarding Pat paying Mark back ~$235,000 by way of promissory note and mortgage.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this

category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 22, generally concerning Mark Buckman claim to own a portion of 714 16th Ave.

Our review shows no documents were produced. Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 23, generally concerning Mark's claim that Pat freely agreed to transfer 3010A Kaunaoa Street to him.

Our review shows no documents were produced. Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 24, generally concerning Mark's claim that Pat freely signed a Warranty Deed and other specified documents in 2023 that are the subject of this lawsuit.

Our review shows no documents were produced. Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 25, generally concerning any claim or allegation that Pat acted under duress, undue influence, or was defrauded related to signing specified documents in 2023 that are the subject of this lawsuit.

None

Category 26, generally concerning Mark's claim that Natalie impersonated Pat through various means, including by participating in and essentially acting as plaintiff in this case.

Our review shows no documents were produced. Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 27, generally concerning Mark's claim that Natalie took, stole, or appropriated Pat's money and property through various means.

Our review shows no documents were produced.  Please produce all responsive documents / electronic records.

None

Category 28, generally concerning any payment to Mark, or his receipt of anything of value, related to (i) 714 16th Ave, or (ii) payment / reimbursement of college or law school costs.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 29, generally concerning Matt's legal, equitable, or possessory interest in 3010 and/or 3010A Kaunaoa Street.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 30, generally concerning any loans, debts, or agreement between Pat and Matt.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 31, generally concerning any loans, debts, or agreement between Pat and Mark.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 32, generally concerning any loans, debts, or agreement between Pat and Natalie.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 33, generally concerning any loans, debts, or agreement between Pat and Manoa.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 34, generally concerning Pat's agreements with anyone regarding ownership, possession, or inheritance, etc. of 3010 and/or 3010A Kaunaoa Street,

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 35, generally regarding any audio or video recordings of the Buckmans in any way related to this case.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 36, generally concerning communications that Mark or Jennifer had wrongfully obtained 3010A Kaunaoa Street or had taken other wrongful actions.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 37, generally concerning your notes, calendar or other document relating to the Buckmans or the claims and defenses made in this case.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this

category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 38, generally concerning all your communications or agreements that any way involve this case.

Our review shows no documents were produced.  Please either (i) provide a written response confirming that you do not have any documents responsive to this category in your possession, custody, or control, or (ii) produce all responsive documents / electronic records along with a written response confirming that you have now produced all responsive documents.

None

Category 39, generally concerning your specified electronic records to be produced on a thumb drive.

We did not receive any thumb drive as part of your production.  Please produce all responsive documents / electronic records via thumb drive and/or drop box or similar link so we may have them in time for your deposition.   Please also provide a written response confirming that you have now produced all responsive documents.

All the documents for printed up with my time and at my expense and produced.

Thank you for your attention to these matters.  Please feel free to contact me with any questions or concerns regarding these matters.


Sincerely,


Mark F. Buckman, Esq.

Co-Counsel to Defendant Jennifer Buckman

8359 Elk Grove Florin Rd

Suite 103 - 320

Sacramento, CA 95829

Phone: (916) 442-8300


Louise K.Y. Ing
Partner


My pronouns are: She/Her/Hers

D  +1 808 441 6114