iMessage
7/20/2022 11:34:46 PM

> Hi Quynh,
> I have a bill that says Kaiser is due $206. Is now due would you please pay that? Thank you!
> And Quynh has asked you for some info That has not been supplied to her. Would you please look up that request and give it immediately she'll be back here to work with me on Friday thank you so much
> Quynh.

7/31/2022 9:04:57 AM

> Good morning aloha Kakahiaka! A beautiful quiet Sunday morning.
>
> Would you please look up that information that Carolyn is requesting and please send it ASAP thank you much Quynh we all have to get together, we are meeting you Rita Natalie and I. I'll have Natalie work on a date.

8/1/2022 11:38:18 AM

Good morning Pat, hope you had a wonderful weekend 🏖️ I will reply to Carolyn as soon as I go to the office later today.

8/14/2022 2:58:27 PM

> Thanks, and you know I never did receive my July rents Natalie has given me a new email Patricia W Buckman @gmail.com because I have so much junk stuff so anything you need to convey to me use that Patricia W buckman@gmail.com I would like to know what amount I got in July on the rents thank you 👹🤡👹

8/28/2022 4:48:11 PM

> Hi Quynh,
> I am still waiting  for my July rental income and now it's the end of September and September is also due would you please send those to me and perhaps Monday but no later than Thursday, September 1 thank you very much!🤡👹🐭🥰🌸🌸🌸

# EXHIBIT 9

9/1/2022 10:32:33 AM

So sorry, No record of July rental income and now August rental income is also due; perhaps you don't know that Natalie has changed my email now to Patricia W buckman@gmail.com please send me those thank you

🥰🌺🌸🌺🤡👹July and Aug.  rental income deposited to my bank account.

All Your other concerns we have attended to long ago as soon as we got a call from Yacht Harbor Towers thank goodness Haunani  has become a good friend of mine so we're getting good help and cooperation from her OK thank you!! I need to keep on top of my financials so please send me my rental income for August and July send it to Patricia W Buckman@gmail.com.

many thanks Quynh I know I can be a pest!🤢😈🤬

9/1/2022 11:39:56 AM

Hi Pat, I have emailed you when I made deposit. Both rental commission and Natalie rent for July and August got deposit in already. I will email you the confirmation of deposit this afternoon

9/6/2022 10:18:06 AM

Use: Patricia W buckman@gmail.com. This is the email I am now using because my other one is full of trash junk. I think that's why I didn't get them you're using the wrong email Natalie put a new email for me PatriciaW
Buckman@gmail.com
Please always use That email. Thank you Quynh

Hi Pat, please send me an email  so I can confirm the new email address.

9/6/2022 5:41:19 PM

PatriciaWBuckman@gmail.com

Thanks for yr Patience  Quynh!!!🤬😳🥰

9/8/2022 3:17:55 PM

Hi Quynh   July rental income to me August rental income to me many times I've asked thank you dear

9/9/2022 1:50:39 PM

Hi Pat, I have forwarded the requested to email to you again today. Thanks 😊

Messages - Quynh Vu

9/16/2022 5:10:23 PM



9/28/2022 4:41:13 PM

Quynh,
Sorry I missed your call.

I hope all is well with you!

10/25/2022 7:23:44 AM

Home from rehab, still not fully recovered but I am doing my exercises and all the things that I'm supposed to do to get well.
So Quynh I am could you today reconcile the rental income and get that deposited to my bank I've been short because Natalie has taken some of my money to pay expenses around here. So I would greatly appreciate if you could put that money in my bank and just send me a CC of what you put in thank you

10/28/2022 2:31:06 PM

Hi Quynh, did u send me a copy of what you deposited in my account regarding my income from rentals? For October?  If not, please send now.  🌺thank. You!!!
Looking forward to Nieman Marcus,"Mariposa"???next Friday , celebrating Rita's sale!!!🥳🍗🥁🥁🥁🥳'!!!

10/29/2022 4:33:36 PM

And your sale also!🥁🥁🥁🥰 or is it Saturday??

11/9/2022 12:21:35 PM

Quynh , Rita, 🥲🙀🥲thank u so much for a delightful lunch at Mariposa I hadn't been to Mariposa in a long time Natalie and I used to sit at the bar and we would have soup and wine and something else dessert probably I love dessert!!!

Looking forward to our CHRISTMAS affair @ Indo-chine!

Messages - Quynh Vu

12/14/2022 6:03:53 PM

Hi Quyhn pls give me all the information that you have about Tomoko as her last name and maybe her Social Security number or his and her Japan ID number I need this ASAP please thank you

12/21/2022 3:48:38 PM

Hey Quynh , I need the info re Tomoko , that. I requested last week !!! D!!!!!
So time just got Agra's! Any and all information that you have about Tomoko please at least give me her last name. Thank you my dear so will have to have a New Year's lunch next week after Christmas. Sorry about that bye-bye.Merry Christmas!!!xx

Hi Pat, I will send you an email on Tomoko personal info. It is not secure to send by text.

12/21/2022 6:12:38 PM

Thank you!!!

12/21/2022 8:02:38 PM

Thank you very much Quynh!

12/22/2022 11:16:03 AM

Pls send me right away second request to Mari third Gil Collins address I need to send him a Christmas thing for him and girls. Thank you dear. I know we're all busy I appreciate you very much bye-bye

12/22/2022 5:08:01 PM

Hi Pat, here is what I have

2917 Las Gallinas Ave.
San Raphael, CA 94703

12/24/2022 11:44:51 AM

THANk You!!!!!❤️

1/24/2023 3:30:19 PM

Hi Quinn,  hope all is going well for you, your mother, too!
 I hope that I can walk by sometime in March; this is so limiting and drives me so crazy!
Can u pls  enroll me at Kaiser for automatic payment. I think it's about 53 or $57 a month but you'll know from your months past.
Thank you very much. This will help both of us. 💕Pat

Messages - Quynh Vu

1/27/2023 7:24:50 PM

Hi Quynh… finally opening a bunch of my mail. This one is 12 2622 city cards somehow they have it Island Properties 3010 county and I don't think that's right I don't think this is my bill but it may be so you'll have to look up on your city billings or see what's going on we have noticed your phone behind in your payments. Here's a solution for you. EtcEtc.
I am  checking this out. I don't think it's you. I think they

1/30/2023 11:49:27 AM

Pls check this out

Hi Quyhn,

Did u. Check this out to determine what is going on. Please do so today this is gone on quite a while.
Please text me what you found. Thank you dear. 🌺

Hi Pat, sorry for the late reply. I will take care of your Kaiser Auto payment. About business card, I need to call them

1/30/2023 1:46:14 PM

Dear Quynh, thanks for the response. I appreciate it. It's a little harder to keep in contact bye telephone mail, but it works. Doesn't it? Hope things are going well for you.

2/4/2023 7:53:58 AM

PLEASE !!!  Mail me ALL info regarding Tomoko. I look forward to getting this. I have asked several times but you felt you were not comfortable with email so I said just mail it then I'll have it. Would you do that please dear🌺

2/9/2023 8:29:05 AM

Good morning Quynh, this is Thursday five days after about the third or fourth time that I've asked her to send me all of Tomoko's information. Would you please do that today thank you very much Quynh and have a happy day.

Hi Pat, we do not have Tomoko on our book anymore. Natalie took it to her own management.

Natalie

Messages - Quynh Vu

> Quynh, you should have told me I am upset about this and I just I love you and I think you're wonderful but you know I wanted that and I asked you to gather it all together and then you gave it to Natalie no you made a mistake!!! A big one!
> If u had sent it to me when I asked, we would not be having this problem. If I have a one suggestion is that you not procrastinate on every little thing I ask you just do it quickly and that'll be done and they'll be no problems.
> In addition, Carolyn and tells me that she has a hard time getting anything from you. You know I appreciate all you do for us, but I would ask that within a day or so you respond to Carolyn's request and to mine.!🥰💐

> U have made a big problem by giving this stuff of Tomoko's to Natalie when you knew that I wanted it I had asked you about it for several times!!!

> In addition: I still own this company!!!  Please dear Quynh don't forget that!

Hi Pat, I have Tomoko info was in our system and it is not under my control that Natalie took it off to her own management. I didn't know when it got take off but I just know that when I look for info to give you. It's not there.

You are always the owner of ISP.

It is just that it is an online system and anyone us can access and alter it include Natalie, Rita and I.

> Natalie is sometimes too big for her britches!

2/28/2023 2:08:33 PM

> Thank u Quinn!  How can u fix it so no one except Island Properties can alter it????
>
> And I just got another bill from Kaiser about my monthly dues. Would you please put that on automatic payment? I think I asked you about 10 days ago to do that then we won't have any problem. OK thank you dear. Hope to see you soon.

Hi Pat,

I have set up auto paid for your Kaiser. Let's me call them and check.

For Appfolio, Natalie is the highest user so I cannot change/limit her access.

Messages - Quynh Vu

3/11/2023 9:56:02 AM

Happy Saturday dear Quynh…1 appreciate all u do for Island Propertied!!!🥰

Ok  I understand

3/11/2023 11:02:08 AM

Hi Pat, I called your Kaiser today and you have a balance credit of $104 which is your monthly premium. The next payment due date is 03/21/23. Your coverage is paid up to date and good.

3/22/2023 4:03:09 PM

So pls put this on auto pay pls!  How are u??? My broken Ty kneecap is well! Now I just need to learn how to walk again. I start physical therapy tomorrow.

Please get,give me all the info on that condo that cxxx what's her name? Please give me the small monthly rent!   Tomoko……. U told me
U had all the info,..  where is the rent going now!
Please at your convenience gather together all the information that you have about Tomoko parentheses I think you've already done that but you said you didn't want to email it to me and I understand that parentheses. So at your convenience would you come by and drop it all off to me.
Thank you very much. I want to take charge of this and I get to the embassy and all this stuff.
Greatfully ! Thank You.
Aloha Pat

Legally, I still own this company. Do not breathe one word of this to Natalie. Do you understand not one word this is not hers this is mine. I have built this with blood, sweat and tears. It is my company I have not given it to her I do not want her to know anything about Tomoko is that clear !!!!!

I know I sound tough and mean but I can tell you from experience that my darling daughter is tough and can be mean and very greedy. Keep this between you and me. She has nothing to do with it. Nothing nothing nothing thank you dear Quynh.

Messages - Quynh Vu

> Sorry to bug you so much. But I need some information and I am trusting you that you will be loyal to me and not let Natalie in on any of this.!!!!! 🙀🙀🙀 .  I do not want this to get ugly. There's no reason for it. This is my company not Natalie's and she's a great help to me in many ways.
>
> Just think of how I struggled as a single mom, and how hard I worked to provide a good living and a good life for my kids, and put them all through schools and projects that they wanted including Natalie .
>
> Maybe I'm telling you more than  you want to know.
> Natalie wanted to go to school on the mainland so I contacted my connections in California and found a very good junior college right next to the university ,
> She wanted to go to so we arranged that she would go there for two years and then graduate from the university.

> So we did that!
> In many ways, good fortune has often smiled on me so I went to the university with the money I had saved, but I had no more money to pay for anything more so I had no idea what I was going to do but a friend connected me with someone who knew of a ppsition .  !!!that I lived in Punahou in Castle Hall, and I was a counselor for the girls, and for that I got room and board and it wasn't hard work at all !
> Then my grades came out, four-point, and with it a note from the University that said, as long as you keep this grade point average, you will not have to pay tuition. Oh my god that was such a gift from the heavens.!!!!!!!!

> Life. It's tough, but it's good if we keep a positive attitude and work to the best of our abilities!🥵🤡😈

3/30/2023 3:48:57 PM

> Hi Quynh, it's Patty be I'm calling because I wanna pick up those papers of Tomoko's so I want you to call me and tell me where I can send Kimi to pick them up. This is gone on for too long. Thank you very much for your help Quynh.

Hi Pat, sorry for the late respond. I was off the island and just got back. You have asked me Tomoko info before and I have informed you that Natalie has taken it off Island Property system. I didn't know when she took it and only discovered when you asked. I have no record of it for years now.

Messages - Quynh Vu



I sent you a screenshot of our conversation on this matter. I take no side, but I have no control over property especially when there is no owner. I only paid bills per property manager approved and pay owner basically accounting.

Tomoko property was not in my accounting for a long time since there is not accounting to do

4/4/2023 3:54:24 PM

So when it was in the system, please look up and tell me where all the rent went.
Did it go directly to Tomoko?

I am sorry that u  did not do what you told me you were going to do and that is you put all the information together and a big envelope for me. So because you did this, Natalie came and took it and now I'm in deep trouble but your computer should still have all of this information and I'm sorry to bother you and I know it's tax time and everybody's busy but I need you to give me like three months of accounting on her unit Tomoko's when she was alive.
Thanks!  Please do this no later thanFriday!!!  This has gone on WAY too long!
Or at the  end of the week!
Do not communicate ANY of this to Natalie!!!!!!!!!!
I hope I am clear'!!!
THANK you dear Quynh !
If u want to chat I am right here.
Dear Natalie wants as much as possible for her children !
I. I also have other grandchildren that I want to provide for please DO NOT  convey any of this to Natalie. Thank you dear Quynh thank you.
Call me if u want to talk about this!
❤️❤️❤️Thank u for all u do for us!!!

Messages - Quynh Vu

4/5/2023 5:13:10 PM

Hi Pat, I didn't say anything to Natalie but I truly has to info to provide you as I mentioned above and before. When I looked for the info, it was gone. Additional because the property is under Tomoko name, I'm not sure if it is legal the way the handle it.

I really have no info to provide to you. I know you are upset and frustrating but as I said when Tomoko died and no one really managed it. I am not a property manager so I stopped look at it. Only recently you requested and I looked, I don't have the info.

We are now doing thing digital and online and Natalie is the main register for the software. She has more power of functions to manage the accounts more than I do.

Right now, I only do bookkeeping for the active properties.

I don't even have info on properties managed by Natalie.

4/5/2023 6:24:01 PM

Procrastination created this problem,!

4/21/2023 8:03:05 AM

Quynh, I am so sorry about all this miscommunication. SIt is not your fault at all, and I don't argue with Natalie, because no one ever wins with Natalie. She is always
Right.!!!W k

5/12/2023 9:56:12 AM

Happy Friday Quynh I hope things are going well with you. I'm calling about my Kaiser and it says that my previous month invoice has not been paid. It's $336 and I had asked you to put that on automatic pay but I got no response from you at all, so I figured you did it all wrong again Quynh you have to do these quick little things I asked you to do, it's just getting to be too much and I know you think I'm a nag but you have to do the things and then we don't have any problems so you didn't pay May and now my June is due so I want you to take care of that and then send me an email today. That tells me what you did. Thank you my dear.

Pay May and June today please and send me a confirmation today. Yes Pat I did it. Thank you so much Quynh.

Put it on automatic pay for July and there after thank you, Quynh

Messages - Quynh Vu

Hi Pat, your Kaiser monthly are being pay one time. I'm not sure wher you get the info but when you contacted me about your Kaiser, I called them and my payment on your premium went thru. And I always (3) month prepay.

5/30/2023 5:04:01 PM

Terrific!!! Appreciate your excellent follow thru on this!

6/2/2023 10:30:13 PM

Aloha Quyhn ,
We will have our Sands Of call Wai annual meeting next week Wednesday at the Outrigger Canoe Club at 6 o'clock. It may be 5 o'clock I'll have to check but anyway will need you to get the financials all ready for the annual report on Sands Of Kaalawai. I'm calling you now so that you have plenty of time to get that ready it should not be such an onerous task because we don't do that many things OK dear oh give me a call sometime tomorrow letting me know you've gotten this message and that you will take care of getting

things ready for the meeting and then I hope you can come and be there too at the Outrigger aloha, Quynh Patty b,next week Wednesday
My God, how I love my roses. They are so beautiful and blooming just gorgeously and the color is exquisite. Thank you dear what a lovely gift.

Sands will give you a $ 100. Honorarium For your time to be at the meeting and present the financials of The Sands of Kaalawai.
Meeting is scheduled for 5 PM Wednesday. Thank you for your cooperation and help. Please acknowledge that you will have these things ready. Just send me a text. Thank you dear.
Please acknowledge this message and bring me a blank check from Sands account to the meeting 5:00pm Thank you !
The meeting does not take long.
Aloha , Patty B

And just give me a call acknowledging u have received this and will have financials ready and will be at the meeting at 5:00 Wednesday.
Thanks and aloha,Patty B

6/13/2023 11:13:47 PM

Oh my God!!!!
So sorry, hope u didn't go to Outrigger for meeting. We will have that meeting very soon, but I will be sure to let you know and please have everything ready. Thank you Quynh very much.🌺🌸🌺

So I think you have everything ready, RIGHT?
Probably next Wednesday 5 o'clock and we will give you $100 honorarium for coming after hours thank you dear !

Messages - Quynh Vu

6/14/2023 6:16:30 AM

Is this time frame,  next week, Wednesday 5:00 okay you???
Pls RESPOND TODAY !
Thank you!!!!!
Do u have all the information
Ready for the meeting?????
Quynh, please respond  today so I can send the notice out to the owners
no one ever comes, but that's all right. You and I and Susie can handle,
Thank You!!!!
Aloha, Pat

Hi Pat, Natalie had informed me that the meeting in July 25 at 4:30

6/19/2023 7:48:00 AM



Happy Birthday Quyhn! Hope your day (and life is bright and beautiful)!!!
❤️🥰❤️🎺🎉love PattyB

6/19/2023 8:57:08 AM



Thank you Pat for lovely wish 🥰

6/23/2023 9:02:12 AM

You are a lovely person 🎉

Messages - Quynh Vu

7/28/2023 4:41:20 PM

Hi dear Quynh,
Somehow CITI Cards has changed our company address to my home! Of course I know nothing of that and it's kind of disturbing to get a letter that says we noticed my account at Citi cards is past due blah blah blah blah blah blah blah make a payment today anyway, we need to talk about this. Call me Quynh at your convenience, please.

In any event pls get this straightened out and send me ,email me, the note they send or you send to clarify this whole mess.!!! quiet a mess. Not your fault I know!

Delivered