

# RENTAL APPLICATION
## LTS

60 N. Beretania Street, #G-1 Honolulu, HI 96817
808-523-0969 (o) 808-528-0969 (fax)
LTServices1@yahoo.com

**PLEASE NOTE:** No Rental Application fee. Please complete the application form and provide copy of your picture ID, latest 2 paystubs, last 2 months bank statements & full credit reports.

☐ INSPECTION OF DRIVER'S LICENSE AND SOCIAL SECURITY NUMBER IS REQUIRED. Verified by _____ Date _____

DRIVERS LICENSE INFORMATION (state/province & number): ▮▮▮▮▮▮  *Honolulu, Hawaii*

**Please complete all sections legibly. Separate applications must be submitted by each applicant over 18 (including spouse) who will be residing at these premises.**

Address of premises to be rented: 6226 Kawaihae Place, #106, Hon, HI 96825   Monthly rental amount: $2,700.00

Full legal name: **Buckman Patricia Whitaker**   Maiden/Other names used: _____
(Last) (First) (Middle)

Social Security number: ▮▮▮▮▮▮   Date of Birth: ▮▮▮▮ 1935

Current home phone: 808 927-9199   Email Address: PatriciaWBuckman@ gmail.co

Current address: 3010 Kaunaoa St   Honolulu, HI 96815
(Street/P.O. Box) (Apt.#) (City) (State) (Zip)

Date you moved in: crypto ago   Monthly pmt. $ 0   [ ] rent [✓] own   Have you given proper written notice to terminate? [✓] yes [ ] no

If no, please explain: _____

Current Landlord's name: Patricia W Buckman   address: 3010 Kaunaoa St.

Current Landlord's phone: 808 927-9199   Your reason for moving: want to live on marina in HK.

Please list ALL other occupants who will be living with you:
1) Name: Duke Manoa Buckman   3) Name: _____   4) Name: _____
5) Name: _____   6) Name: _____   7) Name: _____   8) Name: _____

Do you or any of the above persons smoke? [ ] yes [✓] no   Do you or any of the above persons use illegal drugs? [ ] yes [✓] no

If you have lived at the above address for less than 5 years, please list your 2 previous residences, starting with the most recent:

Previous Address: _____   Apt. #: _____   Monthly pmt.: $ _____   [ ] rent [ ] own

From: _____ To: _____   Reason for moving: _____
(month/year) (month/year)

Landlord's name: _____   Address: _____   Phone: ( ) _____

Previous Address: _____   Apt. #: _____   Monthly pmt.: $ _____   [ ] rent [ ] own

From: _____ To: _____   Reason for moving: _____
(month/year) (month/year)

Landlord's name: _____   Address: _____   Phone: ( ) _____

Do you have or intend to have any pets? [ ] yes Type _____ [✓] no   ...any water-filled furniture or aquariums? [ ] yes [✓] no

Are you currently on parole or probation anywhere? [ ] yes [✓] no. If yes, please explain and give the name and phone number of your officer: _____

Current occupation: (Military applicants please go to "Military Service" section below)

Employer Name: Island Properties Skycorp.   Address: 3198 Waialae Ave   City/State/Zip: Honolulu, HI 96814

Phone: 808 955-8964   Supervisor: Natalie A'be   Date you began (mo/year): 40 yrs ago   Yearly gross pay: $ 60,000

Job title and duties: Realtor, sell houses

If you have been with your present employer for less than 5 years, please list your 3 previous employers, starting with the most recent:

1) Employer Name:_____ Address:_____ City/State/Zip:_____

Phone:(___)_____ Supervisor:_____ Date you began(mo/year):_____ Date you left(mo/year):_____

Job title and duties:_____ Reason for leaving:_____ Monthly gross pay: $_____

2) Employer Name:_____ Address:_____ City/State/Zip:_____

Phone:(___)_____ Supervisor:_____ Date you began(mo/year):_____ Date you left(mo/year):_____

Job title and duties:_____ Reason for leaving:_____ Monthly gross pay: $_____

3) Employer Name:_____ Address:_____ City/State/Zip:_____

Phone:(___)_____ Supervisor:_____ Date you began(mo/year):_____ Date you left(mo/year):_____

Job title and duties:_____ Reason for leaving:_____ Monthly gross pay: $_____

Military Service: Branch:_____ Rank/rate:_____ Date enlisted (mo/year):_____ MOS/Specialty:_____

Monthly take-home pay $_____ Address of duty station:_____

Commanding Officer's name:_____ Phone: (___)_____

Source(s) and amount(s) of any other income: (please be specific) *Social Security*

Checking Account: Name of bank *Bank of Hawaii* Branch: *Kahala* City/State *Honolulu, HI*

Account number: [redacted]_____ Current balance $ *616,301.56* Date account was opened(mo/year) *56 yrs ago*

Savings Account: Name of bank:_____ Branch:_____ City/State:_____

Account number:_____ Current balance:$_____ Date account was opened(mo/year):_____

Major credit card:_____ Account number:_____ Current balance:$_____ Avg. monthly pmt $_____

Other credit reference:_____ Account number:_____ Current balance:$_____ Avg. monthly pmt $_____

Vehicle(s): Make *Lexus* Model *RX* Year *2019* Color *blue* Plate number:_____ State: *HI*

Make:_____ Model:_____ Year:_____ Color:_____ Plate number:_____ State:_____

Description of any other vehicle (car, boat, trailer, recreational vehicle, etc.) you would like to keep on the premises (prior written permission separate from this application must be obtained from Landlord):_____

Emergency Contact: In case of emergency notify:

*Natalie B. Atre*      *708 15th Ave, Hon HI 96016*   *(808) 921.9101*  *daughter*
(Name)                  (Address/City/State)            (Phone)        (Relationship)

**Authorization:**

The undersigned applicant hereby declares that all information provided on this Rental Application is true and correct to the best of his/her knowledge. Applicant hereby authorizes the owner, manager, or his/her agent (hereinafter "Landlord") to verify any information at any time contained in this application, including but not limited to, verification of current residency and employment. Applicant understands that this verification process may include obtaining a tenant performance / credit report from various consumer reporting sources and specifically authorizes the Landlord to obtain such reports as allowed by the Fair Credit Reporting Act. This application is for preliminary screening use only and does not obligate Landlord to execute a rental agreement or deliver possession of the premises. Applicant further acknowledges that any false information contained herein will void this application and terminate any rental agreement.

*Patricia W. Buckman*_____    *Patricia W. Buckman*_____   *7/19/23*_____
(Printed legal name of applicant)           (Signature of applicant)              (Date)

**NOTE:** If you are selected as a tenant, the Landlord, as a subscriber of RPOA, has the authority to submit an adverse report on your future tenant performance to national tenant/credit bureaus, as provided for in the Fair Credit Reporting Act. The report may affect your consumer (credit) evaluation as well as your obtaining future rental housing.

© 2003 RPOA All rights reserved.