RELIASTAR SECURITY CONNETICUT LIFE INSURANCE COMPANY

*William Harper, Agent*

POLICY # SC2342392D

AMOUNT OF INSURANCE, $120,000.00

$35,000.00 to Matt Buckman

$40,000.00 to Natalie P. Buckman Pitre

$35,000.00 to Mark Buckman   (He got 40% of house which he earned in contruction.)

$10.000.00 to Manoa Buckman,  for ~~college~~ or for part of down pmt on property.  *If he is*

Again, ~~Mark~~ *Natalie + Pitre* Buckman to hold Matt Buckman's in trust and to invest it to make it grow. *established in a career*
However, ~~Mark~~ may use ~~his~~ *her* disgression in disbursing Matt's $$ to him or for real estate.
~~Mark also to hold Manoa's in trust until Mark deems Manoa needs it.~~ *Natalie Most*   *can be paid now*

*P.W. Buckman*
*3/25/03*

**EXHIBIT 11**

I'm sorry you had an emotionally draining day.  I am also the best sibling either of your other two  kids have, in case you were wondering.

7/24/2023 11:17:43 AM

Hope you're feeling better. Please give me a call. Aloha.

7/24/2023 4:41:00 PM

Markbuckman

8/9/2023 2:33:09 PM



Messages - PWB Buckman

I am still thinking of future for all of you. Especially for Natalie.  And Matt!
Please God!!!You have brilliant and amazing Jeni!!!!'you two Match
made in Heaven
Now I have Matt taken care of by you and by me with small house♪♪
thanks so much for stepping up to be your brothers keeper!!!!'
As u and I both know Matt is very poor $$$$$manager.    😱AMAZING!!!
That
My memory is so poor!!!'
And when he gets his inheritance, after that no more !!!
He would ❤️to be in charge of his small life ins. But we both know he
would quickly blow it!
He would love to put his red sailing canoe in operable condition……and
maybe he can with your help and supervision!!!
What do u think????
Hope u and Jeni with Brian
Are having a lovely day!!!
And that sailing canoe is Matt's hope for joy!!!

So I am hoping with your help and!!!  supervision, it can happen!!!!!!!  .I
need Carolyn, my assistant to figure out how much it is!!

My steel trap memory is gone!!! ! !!!!!!!!!!!

8/9/2023 8:57:30 PM

> Thanks for the well wishes, let me talk to you tomorrow. Aloha.

8/11/2023 5:39:13 PM

Jaylene Taetakua.vcf

8/15/2023 6:42:57 AM

> Good morning mom, I will work with Manoa to make sure you get the
> $500 rent tomorrow. Please remember to not ask him about it today.
> Aloha.

8/16/2023 7:44:39 PM

Thank you!
Xxx❤️mom

> You're welcome mom. Aloha and good night.

8/23/2023 6:15:26 PM

> Hello mama-San, I got your message about Turtle Bay. We are going to
> go have some pupus now, but will stop by your house later this evening
> with some nice cheese and maybe a little red wine.