Outlook

---

### Re: Patricia Buckman - trust documents

---

**From** Natalie Pitre <nataliebpitre@gmail.com>

**Date** Sat 1/6/2024 1:30 PM

**To** Steve Reese <steve.reese@shrlawhawaii.com>

**Cc** Tamara Buchwald <tambuchwald@aol.com>; Patbuckman35@gmail.com <Patbuckman35@gmail.com>

Aloha Steve,

Thank you, thank you, thank you! This is the best news I've received in a while. Pat, Tamara and I are very pleased you are willing to again be retained by Pat as her trust attorney.

Pat will be resigning as trustee of her trust this coming week.
Pat's attorney Rich Wilson will arrange for a court reporter to interview and video record Pat to clarify Pat's intentions and to validate your current Trust.
We may need to make some minor changes to the trust, but I don't know what they are yet. I believe that will depend on the outcome of the lawsuit.

Pat's first trust was written by Randall Yee in 2006. In that trust my brother Mark was the executor and trustee etc. Can we revoke that trust? I believe Mark cast doubt on your trust and fired you so when my mother dies he can claim that Randall Yee's trust is the valid trust.  Not true, but a judge may not realize that. I am trying to make my mother's intentions crystal clear to the court.

We did have a competency test and Pat was deemed competent. I will forward that to you.

Additionally, Mark filled out a restraining order "on behalf of Pat because she is incompetent". We had to go to court to fight the restraining order.
At that time my brother Mark revealed to Pat's attorney Rich he had paperwork to become my mother's guardian and take complete control of her.
The judges first order of business that day was to declare my mother competent. So we blocked him there.

Thank you for taking the time to read this. I will keep you in the loop.

With gratitude, Natalie

On Jan 5, 2024, at 1:22 PM, Steve Reese <steve.reese@shrlawhawaii.com> wrote:

Please review this issue with Rich Wilson to get his input. If feels it would be acceptable and both your mother and Tamara consent, I can be again retained by Pat as the trust attorney.  Regardless of that, the trust that we wrote, and Pat signed should be valid documents.

**EXHIBIT 12**

Mark may attempt to raise a mental capacity issue, but Rich would need to assess that.

Discuss this and get back to me.

Steve

---

**From:** Natalie Pitre <nataliebpitre@gmail.com>
**Sent:** Friday, January 5, 2024 11:22 AM
**To:** Steve Reese <steve.reese@shrlawhawaii.com>
**Cc:** Tamara Buchwald <tambuchwald@aol.com>
**Subject:** Re: Patricia Buckman - trust documents

Happy aloha Friday Steve,

Pat's attorney Richard WIlson is on the verge of filing documents to sue Mark Buckman for defrauding her of her property and other nefarious deeds.

Where do you stand as Pat trust Attorney? Pat seems to recall that Mark fired you and not Pat.

Pat would like you as her trust attorney but when we spoke briefly on the phone it seemed as though you were unable to do that, something about needing to testify.

Does this mean that you are no longer able to be Pat's trust attorney even if she wants you to be her trust attorney?

What does that do to the trust you created?

Additionally, Pat is going to resign as trustee of her trust, and Tamara Buchwald will be her successor trustee to protect and preserve Pat's trust.

Does that change anything or your willingness to continue with us?

Or are we supposed to seek another trust attorney? I'm sorry I don't know about about these things.
We respect and trust you and would like very much to continue with you please.

Mahalo,
Natalie B Pitre
808-927-9199
Sent from my iPhone

On Nov 2, 2023, at 2:08 PM, Steve Reese <steve.reese@shrlawhawaii.com> wrote:

Not with me.  I don't know what he is doing. We were flatly fired by your mother.

Steve