**From:** Richard WIlson <rewilson_law@yahoo.com>
**Subject: draft complaint**
**Date:** January 8, 2024 at 12:28:50 PM HST
**To:** Natalie Pitre <nataliebpitre@gmail.com>, Tamara Buchwald <tambuchwald@aol.com>
**Reply-To:** Richard WIlson <rewilson_law@yahoo.com>

FYI, comments?


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

N000570

Of Counsel:
Law Offices of Richard E. Wilson, LLC

RICHARD E. WILSON        5614
850 Richards Street, Suite 600
Honolulu, Hawaii 96813
Telephone (808) 545-1311
Facsimile (808) 545-1388

Attorney for Plaintiffs

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| PATRICIA W. BUCKMAN, TAMARA BUCHWALD as Trustee of the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W. BUCKMAN REVOCABLE TRUST | ) ) ) ) ) | Civil No. _____<br><br>COMPLAINT; DEMAND FOR JURY TRIAL; SUMMONS |
|     Plaintiffs, | ) ) ) | |
|     vs. | ) ) | |
| MARK F. BUCKMAN Individually, and as TRUSTEE OF THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST; JENNIFER BUCKMAN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) | |
|     Defendants. | ) ) | |

_____

## COMPLAINT

Plaintiffs Patricia W. Buckman and the Patricia W. Buckman Revocable Trust, by and through her counsel, Law Offices of Richard E. Wilson, LLC, hereby alleges and avers the following complaint against the above-named Defendants as follows:

1.      Plaintiff Patricia W. Buckman is a resident of the City and County of Honolulu, and currently resides at 3010 Kaunaoa St., Honolulu, Hawaii 96815. Tamara Buchwald is the Trustee of the Plaintiff Patricia W. Buckman Revocable Trust (the "2019 Trust").

N000560

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN, TAMARA BUCHWALK as Trustee of the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W. BUCKMAN REVOCABLE TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>MARK F. BUCKMAN Individually, and as TRUSTEE OF THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST; JENNIFER BUCKMAN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>Defendants. | ) Civil No. _____<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

DEMAND FOR JURY TRIAL

Plaintiffs Patricia W. Buckman and the Patricia W. Buckman Revocable Trust, by and through their counsel, Law Offices of Richard E. Wilson, LLC, hereby demand a jury trial on all matters so triable.

DATED:  Honolulu, Hawaii, June 18, 2025.


_____/S/ Richard E. Wilson_____
RICHARD E. WILSON

Attorneys for Plaintiffs

N000569