**From:** Richard WIlson <rewilson_law@yahoo.com>
**Subject: Order**
**Date:** May 10, 2024 at 12:51:21 PM HST
**To:** Natalie Pitre <nataliebpitre@gmail.com>, Tamara Buchwald <tambuchwald@aol.com>
**Reply-To:** Richard WIlson <rewilson_law@yahoo.com>

Read this one!  We need to add more facts to Jennifer's involvement in the scheme.  Huge WIN!

Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

N000686

**EXHIBIT 14**

Case 1:24-cv-00129-MWJS-KJM    Document 182-15    Filed 07/16/25    Page 2 of 3
PageID.3003
Case 1:24-cv-00129-MWJS-KJM    Document 24    Filed 05/10/24    Page 1 of 20    PageID.158

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICIA W. BUCKMAN, Individually, and as Trustee of the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W. BUCKMAN REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK F. BUCKMAN, Individually, and as TRUSTEE OF THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST; JENNIFER BUCKMAN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>Defendants. | Civil No. 24-00129 MWJS-KJM<br><br>ORDER DENYING DEFENDANT MARK F. BUCKMAN'S MOTION TO DISMISS AND GRANTING DEFENDANT JENNIFER BUCKMAN'S MOTION TO DISMISS WITH LEAVE TO AMEND |

## **INTRODUCTION**

The pending motions arise out of a rather sordid set of allegations, to the

effect that a son defrauded his ailing mother out of one residential property and

into a mortgage on another. Filed originally in Hawaiʻi state court, the lawsuit has

been removed to federal court on the ground that the plaintiffs are citizens of a

N000666

Case 1:24-cv-00129-MWJS-KJM   Document 182-15   Filed 07/16/25   Page 3 of 3
PageID.3004
Case 1:24-cv-00129-MWJS-KJM   Document 24   Filed 05/10/24   Page 20 of 20   PageID.177

Plaintiff Patricia is cautioned that failure to timely file an amended complaint that conforms with this Order will result in dismissal of this action with prejudice as to Defendant Jennifer Buckman.

IT IS SO ORDERED.

DATED:  May 10, 2024, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

---

Civil No. 24-00129 MWJS-KJM, *Patricia W. Buckman* et al. *v. Mark F. Buckman* et al.; ORDER DENYING DEFENDANT MARK F. BUCKMAN'S MOTION TO DISMISS AND GRANTING DEFENDANT JENNIFER BUCKMAN'S MOTION TO DISMISS WITH LEAVE TO AMEND

N000685