Of Counsel:
Law Offices of Richard E. Wilson, LLC

RICHARD E. WILSON  5614
735 Bishop Street, Suite 306
Honolulu, Hawaii 96813
Telephone (808) 545-1311
Facsimile (808) 545-1388
*Rewilson_law@yahoo.com*

Attorney for Plaintiffs PATRICIA W. BUCKMAN, Individually, and as Trustee of
the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W.
BUCKMAN REVOCABLE TRUST

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN, Individually, and as Trustee of the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W. BUCKMAN REVOCABLE TRUST | CV 24-00129 MWJS-KJM

PLAINTIFFS' SUPPLEMENTAL RESPONSE TO JENNIFER BUCKMAN'S REQUEST FOR PRODUCTION TO PATRICIA W. BUCKMAN No. 3 |
| Plaintiffs, | |
| vs. | |
| MARK F. BUCKMAN Individually, and as TRUSTEE OF THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST; JENNIFER BUCKMAN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | |
| Defendants. | |

**EXHIBIT 17**

PLAINTIFFS' SUPPLEMENTAL RESPONSE TO JENNIFER BUCKMAN'S
REQUEST FOR PRODUCTION TO PATRICIA W. BUCKMAN No. 3

Plaintiffs PATRICIA W. BUCKMAN, Individually, and as Trustee of

the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W.

BUCKMAN REVOCABLE TRUST, by and through their undersigned counsel,

hereby respond to the JENNIFER BUCKMAN'S REQUEST FOR PRODUCTION

TO PATRICIA W. BUCKMAN No. 3 as follows:

55.    REQUESTS All ELECTRONIC MESSAGES and E-Mails sent or

received by Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-

2781 and/or her Apple account, or email accounts patriciawbuckman@gmail.com,

buckmanp@gmail.com) sent from or received by Mark Buckman, Jennifer

Buckman, Matthew Buckman, Duke Manoa Buckman, Kimberly Buckman, Natalie

Pitre, and/or Carl Pitre, after January 1, 2019 CONCERNING any of the following

topics: (A) Patricia's estate plan and trust documents and/or changes thereto, (B) 714

16th Avenue, (C) 3010 Kaunaoa Street, (D) 3010A Kaunaoa Street, (E) 1430

Lusitania Street, #103, (F) 6236 Kawaihae Place, #106.

Response:  I have no additional documents to produce in addition to

what was previously produced.

56. All ELECTRONIC MESSAGES and E-Mails sent or received by Patricia

Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her Apple

account, or email accounts patriciawbuckman@gmail.com, buckmanp@gmail.com)

2

sent from or received by Natalie Pitre after January 1, 2019 CONCERNING any of the following topics: (A) agreements / disagreements regarding real estate commissions, (B) the ownerships and/or management of Island Properties Sales Development Management Corp., (C) Patricia's finances and financial management, (D) Patricia's competency and/or ability to handle her own finances and financial affairs, (E) the rental and rent payments regarding 3010A Kaunaoa Street by Natalie Pitre, (F) Natalie Pitre's banking and bill paying on behalf of Patricia, and (G) a Marina Palms condo (6236 Kawaihae Place, #106, Honolulu).

Response:   I have none.

57.   All ELECTRONIC MESSAGES and E-Mails sent or received by Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her Apple account, or email accounts patriciawbuckman@gmail.com, buckmanp@gmail.com) sent from or received by Natalie Pitre after May 1, 2022.

Response:   I have no additional documents to produce in addition to what was previously produced.

58.   All ELECTRONIC MESSAGES and E-Mails sent or received by Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her Apple account, or email accounts patriciawbuckman@gmail.com, buckmanp@gmail.com) sent from or received by Matthew Buckman after May 1, 2022.

3

Response:    I have no additional documents to produce in addition to what was previously produced.

59.    All ELECTRONIC MESSAGES and E-Mails sent or received by Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her Apple account, or email accounts patriciawbuckman@gmail.com, buckmanp@gmail.com) CONCERNING (A) Carl Pitre's health, (B) Patricia's granddaughters not being allowed to visit with her unless she agreed to the 2022 trust amendment, (C) Matt Buckman not being able to be a beneficiary under Patricia's 2022 trust, (D) Manoa Buckman's obligations under Patricia's 2022 trust.

Response:  I have no such documents.

60.    All ELECTRONIC MESSAGES and E-Mails sent or received by Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her Apple account, or email accounts patriciawbuckman@gmail.com, buckmanp@gmail.com) CONCERNING the Declaration of Revocable Trust dated July 25, 2019 including Plaintiff's reasons for making this Trust, including all drafts of same, as well as all communications with Tamara Buchwald and/or Natalie Pitre regarding same.

Response:  I have no such documents.

4

61.    All ELECTRONIC MESSAGES and E-Mails sent or received by Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her Apple account, or email accounts patriciawbuckman@gmail.com, buckmanp@gmail.com) CONCERNING any input or assistance Natalie Pitre and/or Tamara Buchwald provided in changing Plaintiff's estate plan or Trust(s).

Response:  I have no such documents.

62.    All DOCUMENTS CONCERNING the Trust Property as defined and referred to in Paragraph 6 of your Second Amended Complaint.

Response:  I have no such documents.  All documents were kept by my trust attorney Steve Reese, and he provided his complete file.

63.    All ELECTRONIC MESSAGES and E-Mails sent or received by Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her Apple account, or email accounts patriciawbuckman@gmail.com, buckmanp@gmail.com) CONCERNING Natalie Pitre's rental or occupancy of 3010A Kaunaoa Street, including payment of rent for all months of occupancy and the electronic signing of any rental agreement.

Response:  I have no such documents.

64.    All DOCUMENTS and ELECTRONIC MESSAGES and E-Mails sent or received by Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her Apple account, or email accounts patriciawbuckman@gmail.com,

buckmanp@gmail.com) CONCERNING property owned or formerly owned byTomoko Fujii and managed or formerly managed by Island Properties Sales Development Management Corp., Plaintiff, and/or Natalie Pitre, including, without limitation, a condominium unit located at 1430 Lusitania Street, #103, Honolulu.

Response: I have no such documents.

65.    ALL    DOCUMENTS    and    ELECTRONIC    MESSAGES CONCERNING the Power of Attorney attached as Exhibit 3 to the Second Amended Complaint, including, without limitation, Mark Buckman taking over part of Plaintiff's life insurance policy, as alleged in the Amended Counterclaim.

Response: I have no such documents.

66.    All ELECTRONIC MESSAGES and E-Mails sent or received by Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her Apple    account,    or    email    accounts    patriciawbuckman@gmail.com, buckmanp@gmail.com) CONCERNING Plaintiff's communications with Rita Wong regarding finances, real estate, commissions, rental income, ownership of Island Properties, management, ownership, or rental of 1430 Lusitania Street (related to Tomoko Fujii), and/or Natalie Pitre.

Response: I have no such documents.

67.    All ELECTRONIC MESSAGES and E-Mails sent or received by Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her

Apple    account,    or    email    accounts    patriciawbuckman@gmail.com, buckmanp@gmail.com) CONCERNING Plaintiff's communications with Quynh Vu regarding finances, real estate, commissions, rental income, ownership of Island Properties, management, ownership, or rental of 1430 Lusitania Street (related to Tomoko Fujii), and/or Natalie Pitre.

Response:   I have no additional documents to produce in addition to what was previously produced.

68. ALL    DOCUMENTS    and    ELECTRONIC    MESSAGES CONCERNING ownership and/or management of Island Properties, including, without limitation, the sale or merger of Island Properties or its client accounts with any other company.

Response:  I have no such documents.

69. ALL    ELECTRONIC    MESSAGES    CONCERNING    Plaintiff's relationship or communications with defendant Jennifer Buckman regarding finances, Plaintiff's estate plans, and/or ownership, mortgage, occupancy, beneficial or other interest in 3010 Kaunaoa Street, 3010A Kaunaoa Street, or 714 16th Avenue.

Response:  I have no such documents.

70. ALL    ELECTRONIC    MESSAGES    CONCERNING    Plaintiff's relationship or communications with defendant Mark Buckman regarding finances,

plaintiff's estate plans, and/or ownership, mortgage, occupancy, beneficial or other interest in 3010 Kaunaoa Street, 3010A Kaunaoa Street, 714B 16th Avenue, 708 15th Avenue, 1430 Lusitania Street, Unit 103, and/or 6236 Kawaihae Place, #106.

Response: I have no such documents.

71.    ALL    ELECTRONIC    MESSAGES    CONCERNING    Plaintiff's relationship or communications with Matthew Buckman regarding finances, plaintiff's estate plans, and/or ownership, mortgage, occupancy, beneficial or other interest in 3010 Kaunaoa Street, 3010A Kaunaoa Street, 714B 16th Avenue, 708 15th Avenue, 1430 Lusitania Street, Unit 103, and/or 6236 Kawaihae Place, #106.

Response: I have no such documents.

72.    ALL    ELECTRONIC    MESSAGES    CONCERNING    Plaintiff's relationship or communications with Natalie Pitre regarding finances, plaintiff's estate plans, and/or ownership, mortgage, occupancy, beneficial or other interest in 3010 Kaunaoa Street, 3010A Kaunaoa Street, 714B 16th Avenue, 708 15th Avenue, 1430 Lusitania Street, Unit 103, and/or 6236 Kawaihae Place, #106.

Response: I have no such documents.

73.    ALL    ELECTRONIC    MESSAGES    CONCERNING    Plaintiff's relationship or communications with Carl Pitre regarding finances, plaintiff's estate plans, and/or ownership, mortgage, occupancy, beneficial or other interest in 3010

8

Kaunaoa Street, 3010A Kaunaoa Street, 714B 16th Avenue, 708 15th Avenue, 1430 Lusitania Street, Unit 103, and/or 6236 Kawaihae Place, #106.

Response: I have no such documents.

74. ALL ELECTRONIC MESSAGES CONCERNING Plaintiff's relationship or communications with Duke Manoa Buckman regarding finances, plaintiff's estate plans, and/or ownership, mortgage, occupancy, beneficial or other interest in 3010 Kaunaoa Street, 3010A Kaunaoa Street, 714B 16th Avenue, and/or 6236 Kawaihae Place, #106.

Response: I have no such documents.

75. ALL ELECTRONIC MESSAGES CONCERNING Plaintiff's relationship or communications with Kimberly Katsarsky Buckman regarding finances, plaintiff's estate plans, and/or ownership, mortgage, occupancy, beneficial or other interest in 3010 Kaunaoa Street, 3010A Kaunaoa Street, 714B 16th Avenue, and/or 6236 Kawaihae Place, #106.

Response: I have no such documents.

76. ALL ELECTRONIC MESSAGES CONCERNING Plaintiff's relationship or communications with Tamara Buchwald regarding finances, plaintiff's estate plans, and/or ownership, mortgage, occupancy, beneficial or other interest in 3010 Kaunaoa Street, 3010A Kaunaoa Street, 714B 16th Avenue, 708 15th Avenue, 1430 Lusitania Street, Unit 103, and/or 6236 Kawaihae Place, #106.

9

Response: I have no such documents.

77. ALL DOCUMENTS and ELECTRONIC MESSAGES CONCERNING Natalie Pitre (A) performing any care taking activities for plaintiff, (B) interacting with or managing plaintiff's assets, (C) interacting with or managing plaintiff's trust and/or estate, and/or (D) interacting with or managing plaintiff's financial affairs.

Response: I have no such documents.

78. All ELECTRONIC MESSAGES and E-Mails sent or received by your agents to or from Natalie Pitre, a non-client in this litigation, (including, without limitation, any cc or blind courtesy copy), from January 1, 2019 forward. (Your agents include, without limitation, Stephen Reese and Richard Wilson).

Response: I have no such documents.

79. All ELECTRONIC MESSAGES and E-Mails sent or received by your agents to or from Tamara Buchwald, a non-client in this litigation, (including, without limitation, any cc or blind courtesy copy), from January 1, 2019 forward. (Your agents include, without limitation, Natalie Pitre, Stephen Reese and Richard Wilson.)

Response: I have no such documents.

80. All ELECTRONIC MESSAGES and E-Mails sent or received by PatriciaBuckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her

Apple    account,    or    email    accounts    patriciawbuckman@gmail.com,

buckmanp@gmail.com) to or from Carolyn Watanabe, CONCERNING plaintiff's

care, finances, real estate, estate or trust matters, Mark Buckman, Jennifer Buckman,

Matthew Buckman, Manoa Buckman, Natalie Pitre, Carl Pitre, or the allegations in

this lawsuit.

Response: I have no such documents.

81.    All ELECTRONIC MESSAGES and E-Mails sent or received by

Patricia Buckman, or from Patricia Buckman's accounts ((808) 386-2781 and/or her

Apple    account,    or    email    accounts    patriciawbuckman@gmail.com,

buckmanp@gmail.com) to or from Ceci Chang, CONCERNING plaintiff's care,

finances, real estate, estate or trust matters, Mark Buckman, Jennifer Buckman,

Matthew Buckman, Manoa Buckman, Natalie Pitre, Carl Pitre, or the allegations in

this lawsuit.

Response: I have no such documents.

82.    All ELECTRONIC MESSAGES and E-Mails CONCERNING anyone

assisting, participating, or helping Patricia or her attorney with this case, including,

without limitation, Natalie Pitre and/or Tamara Buchwald.

Response: I have no such documents.

83.    All    DOCUMENTS    (including    ELECTRONIC    MESSAGES)

CONCERNING ownership and/or management of Island Properties Sales,

11

Development, Management Corp or any related entity, including, without limitation, the sale, merger, or transfer of some or all of Island Properties' clients or accounts to another brokerage, such as Portfolio Hawaii.

Response: I have no such documents.

84. All DOCUMENTS (including ELECTRONIC MESSAGES) CONCERNING the balances in, and the retention and/or disposition of all Client Trust accounts held by Island Properties Sales, Development, Management Corp or any related entity, from January 1, 2020 to the present day.

Response: I have no such documents.

85. All DOCUMENTS (including ELECTRONIC MESSAGES) CONCERNING the balances in, and the retention and/or disposition of all working capital / monies in accounts held by Island Properties Sales, Development, Management Corp or any related entity, for January 1, 2023 to the present day. (Related to Island Properties having tens of thousands of dollars of working capital / owners funds.)

Response: I have no such documents.

DATED: Honolulu, Hawaii, June 17, 2025.

_____/S/ Richard E. Wilson_____
Richard E. Wilson, Esq.
Attorneys for Plaintiffs

12