*Buckman v. Buckman, et al.;*
**In the United States District Court for the District of Hawai'i**
*Civil No. 24-00129-MWJS-KJM*

**AMENDED NON-PARTY NATALIE PITRE PRIVILEGE LOG – Date 07-08-2025**

This Privilege Log is provided to Defendants Mark F. Buckman and Jennifer Buckman in response to **the** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action dated February 11, 2025 ("Subpoena"), and is in response to Document Request No. 9 of the Subpoena.

| Bates # | DATE | FROM | TO | DESCRIPTION | PRIVILEGE BASIS[1] |
|---|---|---|---|---|---|
| N000366-N000439 | 07/11/22 to 8/4/22 | Patricia Buckman, Natalie Pitre | Steve Reese and Georgie Smythe | Email String re: Patricia Buckman's Trust | A/C |
| N000361-N000365 | 06/28/23 to 6/30/23 | Patricia Buckman, Natalie Pitre | Steve Reese and Georgie Smythe | Email String re concerns with Manoa, Matt, and Mark | A/C W/P |
| N000440-N000444 | 08/03/23 to 08/04/23 | Patricia Buckman, Natalie Pitre | Steve Reese | Email String re Patricia Buckman's Trust | A/C |
| N000850 | 12/03/23 | Richard Wilson | Natalie Pitre | Regarding Complaint | A/C W/P |
| N000851 | 12/03/23 | Richard Wilson | Natalie Pitre | Regarding Complaint | A/C |
| N000852 | 12/11/23 | Richard Wilson | Natalie Pitre | Regarding background | A/C W/P |
| N000853 | 12/14/23 | Richard Wilson | Natalie Pitre | Regarding outline of events | A/C |
| N000854 | 01/01/24 | Richard Wilson | Natalie Pitre | Regarding trusts | A/C |
| N000855 | 01/17/24 | Richard Wilson | Natalie Pitre | Mortgage on 3010A Kauanaoa | A/C |
| N000856 | 01/29/24 | Richard Wilson | Natalie Pitre | Mark's whereabouts | A/C W/P |

**EXHIBIT 18**

| N000859 | 04/05/24 | Richard Wilson | Natalie Pitre | Witnesses | A/C W/P |
|---|---|---|---|---|---|
| N000860 | 04/12/24 | Richard Wilson | Natalie Pitre | Addresses for Witnesses | A/C W/P |
| N000861-N000862 | 04/14/24 | Richard Wilson | Natalie Pitre | Addresses for Witnesses | A/C W/P |
| N000863-N000864 | 08/23/24 | Richard Wilson | Natalie Pitre | Two emails: one from Richard Wilson to Natalie Pitre and a response by Natalie Pitre re document production | A/C |
| N000865 | 08/27/24 | Natalie Pitre | Richard Wilson | Two emails: one from Natalie Pitre to Richard Wilson and a response from Richard Wilson re enclosed documents (that have been produced) | A/C |
| N000868 | 09/04/24 | Natalie Pitre | Richard Wilson | Two emails: one from Natalie Pitre to Richard Wilson and a response by Richard Wilson re document production guidelines | A/C W/P |
| N000869 | 09/09/2024 | Natalie Pitre | Richard Wilson | Two emails:  one from Natalie Pitre to Richard Wilson and a response by Richard Wilson re document production | A/C W/P |
| N000875-N000876 | 09/12/24 | Richard Wilson | Natalie Pitre | 3 emails:  one from Richard Wilson to Natalie Pitre, a response by Natalie Petrie and a reply by Richard Wilson re document production and Carl Pitre deposition | A/C W/P |
| N000877-N000878 | 10/31/24, 11/04/24, 12/02/24 | Richard Wilson | Natalie Pitre | 3 emails:  two emails from Richard Wilson to Natalie Pitre and one email from Natalie Pitre to Richard Wilson re settlement conference and status request | A/C W/P |
| N000881 | 01/09/25 | Richard Wilson | Natalie Pitre | California lawsuit | A/C |

10112318\000001\120236517\V-1

| N000882 | 03/10/25 | Natalie Pitre | Richard Wilson | 2 emails:  one email from Natalie Pitre to Richard Wilson and a response by Richard Wilson re procedural status | A/C |

Note:  Georgie Smythe is the legal assistant for Steve Reese
A/C stands for attorney-client communication; W/P stands for attorney-work product

3