IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PATRICIA W. BUCKMAN,      :   CIVIL NUMBER

PATRICIA W. BUCKMAN      :   24-00129 MWJS-KJM

REVOCABLE TRUST,      :

     Plaintiffs,      :

     Vs.      :

MARK F. BUCKMAN, MARK      :

F. BUCKMAN TRUST,      :

JENNIFER BUCKMAN, JOHN      :

DOES 1-10; JANE DOES 1-10; :

DOE CORPORATIONS 1-10;      :

DOE PARTNERSHIPS 1-10;      :

DOE GOVERNMENTAL      :

AGENCIES 1-10,      :

     Defendants.      :

_____:

CONTINUED DEPOSITION OF NATALIE PITRE
taken by the Defendants at the Law Offices of Dentons
US LLP, 1001 Bishop Street, Suite 1800, Honolulu,
Hawaii 96813 on June 19, 2025, commencing at
10:12 a.m. pursuant to Notice.

REPORTED BY:   Kathryn Plizga, RPR, CSR No. 497

RALPH ROSENBERG COURT REPORTERS, INC.

**EXHIBIT 20**

A.   No.

Q.   Did you talk to her about the subject matter, about getting more facts to tie in Jennifer as part of the conspiracy?

A.   No.

Q.   Did you talk to Kimi about trying to get more facts to allege against Jennifer?

A.   Yes.

Q.   And you wanted Jennifer to be in the case because she couldn't afford to be disbarred; correct?

A.   Yes.

Q.   And you did that because you wanted to get leverage over me; correct?

A.   Yes.

Q.   And you thought it would be better for settlement if you had Jenny in the case; correct?

A.   I don't know if I was thinking settlement. I don't know what we were thinking.

Q.   Was it to apply more pressure to me?

A.   Yeah, it was to apply pressure.

Q.   On me?

A.   Yeah.

Q.   Because I wouldn't want my wife to be sued; correct?

A.   Well, I mean, anybody who wasn't a

narcissist and cared about their wife would be worried about that.

Q.   So that's a yes?

A.   Yes.

Q.   And as to the facts you provided to Mr. Wilson, without telling me what they were, what was the mix of facts between Mom and you?  Was it 50/50 that you provided, was it more you providing facts or was it more Mom?

MR. WILSON:  Objection, speculation.

A.   Yeah, I just don't know.  I think it was mostly Mom.

Q.   Would it be fair to say you were the sole conduit of the facts sought in this e-mail from Mom to Rich?

A.   Sole conduit?

Q.   Sole person that transmitted the information to Rich?

A.   Yes.

MR. BUSH:  Objection, speculation.  That's speculation.

A.   Yes.

Q.   Did Mom ever tell you she picked up the phone and called Rich and talked about these matters?

A.   No, she didn't as far as I know.

Q. So when was the last time that Jenny came to Hawaii prior to August 2023?

A. I don't know.

Q. Was it 2022?

A. I don't know.

Q. Did we visit with you guys in 2018?

A. I don't know.

Q. Did Matt and Manoa come up to our house in 2018?

A. I don't know.

Q. Did you come up to California with Mom and stay at our house when Emma graduated from high school in 2018?

A. I don't know.

Q. Did we come to Hawaii in 2020, right before COVID in March 2020 --

A. I don't know.

Q. -- and visit with Mom?

A. Describe visit with Mom. I mean, you're making it sound like --

Q. Come and spend time with Mom.

A. Yeah.

Q. In 2020?

A. You might have went and talked to her.

Q. In 2019 we also came to Hawaii, Emma and I

RALPH ROSENBERG COURT REPORTERS, INC.

Did you do that in any way with the documents you have produced through Mr. Bush?

A.    So I want to back up and say that the documents that I provided to you, the reason why I hesitated in giving you the documents was because it was obvious that you were going to sue.  You had said that you were going to sue so I was reluctant to provide the documents.

So yes, I did adjust that date, the documents, the trust from Stephen Reese, and it was because I knew you were going to sue.  So I was trying to figure out some way to protect Mom's trust from you.

I mean, if I give it to you then you're going to sue, if I don't give it to you you're going to sue.  I was kind of between a rock and a hard place.

Q.    So you altered the e-mails because you were concerned that --

A.    I altered the date on that one e-mail.

Q.    And you removed Tammi as a recipient; correct?

A.    I don't know.

Q.    And you said you produced some videos in this case or some other materials.  Have you produced

RALPH ROSENBERG COURT REPORTERS, INC.

STATE OF HAWAII          )

COUNTY OF HONOLULU )     SS.

I, KATHRYN PLIZGA, RPR, Hawaii CSR, Notary Public, State of Hawaii, hereby certify:

That on June 19, 2025 at 10:12 a.m. appeared before me NATALIE PITRE, the witness whose deposition is contained herein; that prior to being examined, the witness was by me duly sworn;

That pursuant to Rule 30 (e) of the Hawaii Rules of Civil Procedure, a request for an opportunity to review and make changes to the transcript was made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.

That the foregoing represents, to the best of my ability, a full, true and correct transcript of said deposition.

I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

_____

KATHRYN PLIZGA, RPR, Hawaii CSR 497

RALPH ROSENBERG COURT REPORTERS, INC.