# MINUTES

CASE NUMBER:       1:24-cv-00129-MWJS-KJM

CASE NAME:         Patricia W. Buckman, et al. v. Mark F. Buckman, et al.

ATTY FOR PLA:      Richard E. Wilson

ATTY FOR DEFT:     Louise K.Y. Ing

---

JUDGE:    Kenneth J. Mansfield       REPORTER:     Chambers - No Record

DATE:     07/17/2025                 TIME:         10:00 am - 4:30 pm

---

COURT ACTION:  EP:    SETTLEMENT CONFERENCE held on 07/17/2025

Plaintiff counsel Richard Wilson appeared with Patricia Buckman.

Defendants counsel Louise Ing appeared with Mark Buckman and Jennifer Buckman.

Natalie Pitre and Carl Pitre appeared.

Settlement Discussion held with the parties.

The parties reached a binding settlement term sheet and will now prepare the remaining necessary settlement documents.

*Submitted by: Jodie Duarte, Courtroom Manager*