p. 1

Front House
☒ Note & Mtg stay, but
reduced by 1/3.

Back House — Mark's Trust on title
Matt to have option to live
there for life, but has to sign
rental agreement. Matt pays
carrying costs, limited to $500/mo
for 1st year, $750/mo second year,
$1,000/mo third year, & then
carrying costs + $350 mo for mainten[ance] (fund)
(estimated @ $1,200 month).

~~Back House sold~~:
If Matt doesn't pay monthly
costs, then he has to move out —
evicted if not out w/i 2 months.
Mark will then pay Matt the
net rental income (minus $350/mo
reserve fund). — About $1,500+ per month
for housing expenses.
House sold upon Matt's passing —
Manoa to receive $200,000.
only $10,000 paid to him in cash,
the balance to be for real estate

**EXHIBIT 1**

p. 2

Life Insurance as-is.
$40k Natalie
$80k Mark — holding $40k
for Matt, only $10k in cash,
the rest over time. Monica to
receive any unused balance.

$10,000 each to [Redacted Natalie & Carl's 2 Daughters}
for college costs. from Back House
$10,000 to Monica upon Pat's passing.
Mark & Jeni to pay all own fees
& costs from Back House.
Natalie & Mom to pay all own fees
& costs from Front House.
→ Patricia
Mark, Jeni
Full releases of everyone Natalie, Carl

Matt & Monica beneficiaries, but Not
signatories.                    but Not to
                                be changed.
Option to deed Back House to
New trust, if so, of PWB. IF
so, then move another 10% of mortgage
off of Front House. b/c of reduced
tax burden.

more detailed settlement agreement to be drafted.

· Mark agrees to pay Natalie ~~$2000/mo~~
for the duration of Pat's life as long as Pat
is living with Natalie.                                    p. 3

Mark has option, @ his expense,
to hire professional property mgr.

Mark can give Pat $20,000 @ so
Pat can leave $10,000 each to
Emma & Brian


the undersigned have full authority to
enter into this settlement and @ do so
with the intent to fully and finally resolve
any and all disputes among them from
the beginning of time & until today,
July 17, 2025.


Patricia W. Buckman                          _____
Patricia Buckman                              Mark Buckman


_____                              Natalie Pitre
Jennifer Buckman                              Natalie Pitre


Carl Pitre