

**Natalie ⟩**

Fri, Nov 7 at 6:36 PM

Hi Mark,
Now that Mom has died, we need to settle a few outstanding matters. I'd like to schedule a short call tomorrow with you and Tamara, mom's successor trustee, to discuss the status of the settlement agreement — specifically whether you plan to sign it as written by Tom Bush or if we need to consider next steps.
What time tomorrow works best for you?

Mon, Nov 10 at 10:52 AM

It's better to communicate thru your lawyers.

Hi Mark,
I saw your note suggesting communication through counsel. That's fine, and I'll loop Rich in. I'm still confirming, on the record, that the three-page handwritten agreement signed by all parties in the judge's chambers remains binding. Your 27-page version does not reflect those agreed terms, and your failure to finalize as ordered by the court is a violation of that order.

In addition, the ongoing criminal and violent activity at the property
to hold title to continued to
change creditors and create
serious liability for you as the titled
owner. I've begun documenting

iMessage

**EXHIBIT 2**



tomorrow with you and Tamara,
mom's successor trustee to
discuss the status of the settlement
agreement — specifically whether
you plan to sign it as drafted by Tom
Bush or if we need to consider next
steps.
What time tomorrow works best for
you?

**Natalie ›**

Mon, Nov 10 at 10:52 AM

It's better to communicate thru
your lawyers.

Hi Mark,
I saw your note suggesting
communication through counsel.
That's fine, and I'll loop Rich in. I'm
still confirming, on the record, that
the three-page handwritten
agreement signed by all parties in
the judge's chambers remains
binding. Your 27-page version does
not reflect those agreed terms, and
your failure to finalize as ordered by
the court is a violation of that order.

In addition, the ongoing criminal
and violent activity at the property
you hold title to continues to
endanger neighbors and create
serious liability for you as the titled
owner. I've begun documenting
incidents and police reports.

If I don't hear from you or your
attorney by **Wednesday at noon**, I'll
move forward with counsel to have
the court enforce the signed
settlement or, if necessary, set the
matter for trial.

iMessage

Good morning, when is Mom's