**Mark Buckman**

| | |
|---|---|
| **From:** | Natalie Pitre [nataliebpitre@gmail.com] |
| **Sent:** | Monday, February 16, 2026 6:29 PM |
| **To:** | markfbuckman@sbcglobal.net |
| **Cc:** | Natalie Pitre; Richard WIlson; Tamara |
| **Subject:** | Re: Note |

Mark,

Your email is noted.

There is an outstanding Settlement Agreement awaiting your signature. Until that agreement is executed, no further issues will be addressed or discussed on a piecemeal basis.

Sign and return the Settlement Agreement so the parties can proceed accordingly.

Natalie
Sent from my iPhone


On Feb 16, 2026, at 8:55 AM, Mark Buckman <markfbuckman@sbcglobal.net> wrote:

Good Morning Natalie and Carl,

I'm writing to follow up again on my email below regarding my note and mortgage on the Front House.  Although I provided the agreed-upon 3-month extension beyond mom's passing, the note is now due and payable in full.  However, I have not received payment or any communication from you folks as to payoff.  I thought you folks were either going to obtain a loan to payoff my loan or sell the house.

Are you in the process of obtaining a refinance to payoff this loan and, if so, when do you expect to pay it off?  Unfortunately, if I don't hear from you, I will have to take action to collect.  As it would be better to avoid that, please update me ASAP.  Thanks

Mark

P.S.    I've also included Tamara Buchwald in case she is acting as the trustee of mom's trust (which I would dispute) as the debt must be paid in either case.  I've included Tom Bush and Rich Wilson in case they represent you regarding the mortgage on the Front House.  If so, please have them contact me directly to confirm same.

---

**From:** Mark Buckman [mailto:markfbuckman@sbcglobal.net]
**Sent:** Friday, February 06, 2026 11:46 AM
**To:** 'Natalie Pitre'; 'Natalie Pitre'; 'Carl T Pitre'; 'Carl Pitre'
**Cc:** 'Thomas Bush'; 'Richard WIlson'
**Subject:** Mortgage Due and Payable - Status?

**EXHIBIT 3**

Good Morning Natalie and Carl,

I'm writing to follow up on my note and mortgage on the Front House.  Although I provided the agreed-upon 3-month extension beyond mom's passing, the note is now due and payable in full.  However, I have not received payment or any communication from you folks as to payoff.  I thought you folks were either going to obtain a loan to payoff my loan or sell the house.

As the loan is overdue, please update on status so we can get this matter resolved.  Thanks.

Mark

P.S.    I've included Tom Bush and Rich Wilson in case they represent you regarding the mortgage on the Fron House.  If so, please have them contact me directly to confirm same.

**Mark Buckman**

| | |
|---|---|
| **From:** | Natalie Pitre [nataliebpitre@gmail.com] |
| **Sent:** | Tuesday, February 17, 2026 9:13 AM |
| **To:** | markfbuckman@sbcglobal.net |
| **Cc:** | Natalie Pitre; Richard WIlson; Tamara; louise.ing@dentons.com; Jeni Buckman |
| **Subject:** | Re: Buckman Note |
| **Attachments:** | ATT00004.docx; ATT00007.htm |

Mark,

Your email is noted.

There is an outstanding Settlement Agreement awaiting your signature. Until that agreement is executed, no further issues will be addressed or discussed on a piecemeal basis.

Sign and return the below Settlement Agreement so the parties can proceed accordingly.

Natalie
Sent from my iPhone

**Mark Buckman**

| | |
|---|---|
| **From:** | Mark Buckman [markfbuckman@sbcglobal.net] |
| **Sent:** | Wednesday, February 18, 2026 10:54 AM |
| **To:** | 'Natalie Pitre' |
| **Cc:** | 'Natalie Pitre'; 'Richard WIlson'; 'Tamara' |
| **Subject:** | RE: Note |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Morning Natalie and Tamara,

Thank you for responding Natalie.  Unfortunately, Tamara has not responded to my recent emails or texts.

Which one of you is the successor trustee under my mom's 2025 trust?  Also, which one of you is / is going to be the personal representative under my mom's 2025 will?  It looks like Natalie is the successor trustee and will also seek to qualify as the personal representative, but I want to confirm that I am communicating with the right person.

Please clarify.  If I don't hear back from you confirming or disputing my understanding, I will be moving forward with the understanding that Natalie is the successor trustee and personal representative under my mom's 2025 trust and will.

Regards,

Mark F. Buckman

P.S.      I still reserve my rights to challenge the 2025 trust and will.

---

**From:** Natalie Pitre [mailto:nataliebpitre@gmail.com]
**Sent:** Monday, February 16, 2026 6:29 PM
**To:** markfbuckman@sbcglobal.net
**Cc:** Natalie Pitre; Richard WIlson; Tamara
**Subject:** Re: Note

Mark,

Your email is noted.

There is an outstanding Settlement Agreement awaiting your signature. Until that agreement is executed, no further issues will be addressed or discussed on a piecemeal basis.

Sign and return the Settlement Agreement so the parties can proceed accordingly.

Natalie
Sent from my iPhone

On Feb 16, 2026, at 8:55 AM, Mark Buckman <markfbuckman@sbcglobal.net> wrote:

1

Good Morning Natalie and Carl,

I'm writing to follow up again on my email below regarding my note and mortgage on the Front House.  Although I provided the agreed-upon 3-month extension beyond mom's passing, the note is now due and payable in full.  However, I have not received payment or any communication from you folks as to payoff.  I thought you folks were either going to obtain a loan to payoff my loan or sell the house.

Are you in the process of obtaining a refinance to payoff this loan and, if so, when do you expect to pay it off?  Unfortunately, if I don't hear from you, I will have to take action to collect.  As it would be better to avoid that, please update me ASAP.  Thanks

Mark

P.S.    I've also included Tamara Buchwald in case she is acting as the trustee of mom's trust (which I would dispute) as the debt must be paid in either case.  I've included Tom Bush and Rich Wilson in case they represent you regarding the mortgage on the Front House.  If so, please have them contact me directly to confirm same.

---

**From:** Mark Buckman [mailto:markfbuckman@sbcglobal.net]
**Sent:** Friday, February 06, 2026 11:46 AM
**To:** 'Natalie Pitre'; 'Natalie Pitre'; 'Carl T Pitre'; 'Carl Pitre'
**Cc:** 'Thomas Bush'; 'Richard WIlson'
**Subject:** Mortgage Due and Payable - Status?

Good Morning Natalie and Carl,

I'm writing to follow up on my note and mortgage on the Front House.  Although I provided the agreed-upon 3-month extension beyond mom's passing, the note is now due and payable in full.  However, I have not received payment or any communication from you folks as to payoff.  I thought you folks were either going to obtain a loan to payoff my loan or sell the house.

As the loan is overdue, please update on status so we can get this matter resolved.  Thanks.

Mark

P.S.    I've included Tom Bush and Rich Wilson in case they represent you regarding the mortgage on the Fron House.  If so, please have them contact me directly to confirm same.

2

**Mark Buckman**

_____

| | |
|---|---|
| **From:** | Mark Buckman [markfbuckman@sbcglobal.net] |
| **Sent:** | Wednesday, February 18, 2026 12:48 PM |
| **To:** | 'Richard WIlson'; 'Thomas Bush' |
| **Cc:** | 'Jeni Buckman'; 'Ing, Louise K.Y.'; 'Natalie Pitre'; 'Tamara' |
| **Subject:** | FW: marK buckman note |

Rich and Tom,

Do either of you represent Natalie - or Tammy - with regard to the matters mentioned in Natalie's email at the bottom of the string below?  If so, please email me back directly confirming the representation and the represented capacity so I direct my communications to the correct persons.  In my voice mails to you this morning - even before receiving Natalie's emails - I asked for that clarification from both of you.

I have been trying to get clarity on that for awhile, including on February 11 when I wrote you both stating, "It's been 3 months since I first sent you the this draft [of the Settlement Agreement], so please comment by the end of this week so we can move matters forward.  Also, please inform me who you represent, and in what capacity(ies); e.g., Natalie, Carl, Tamara, etc., individually or as purported trustee / executor? (Tom, if you would also confirm who you represent and in what matter / capacity (e.g., Natalie & Carl with respect to the mortgage on the Front House?).)  Thanks."

I again called both of you this morning (Rich at 9:01 HST and Tom at 9:07) to discuss various matters and comply with LR 7.8's requirement to have a pre-filing conference in both Case 24-129 and Case 25-010 by discussing: motions to lift the stays, correct the EO in case 25-010, enforce the binding term sheet / settlement agreement in both cases, file the previously served Rule 11 Sanctions Motion, Set an OSC against Natalie, filing motions to strike, and related matters.  As neither of you picked up, I left you both detailed voice mails.

Similarly, I called and left voice mails as well as emailed both of you on February 6 in a previous attempt to comply with LR 7.8, but neither of you returned my calls nor responded to my email.   However, Rich filed an ex parte motion shortly thereafter, which might have been his oblique response.  Rich's statement that he thought pre-filing conferences were futile probably explains his lack of compliance and a response to my repeated entreaties - but the court reaffirmed LR 7.8 still applies.

Thus, let's set up a Rule 7.8 pre-filing conference(s) today or tomorrow to see if we can resolve or at lease narrow the issues.  I am available either today (pretty wide open, just need some advance notice), or tomorrow, Thursday February 19 from 10 am - 4:00 p.m. HST to conduct the conferences.  I can conduct the conferences with you individually if more convenient.  Please confirm which of those times work or propose alternate times so we can move forward.  On a related note, it seems like Tom has dropped out and no longer represents Natalie and Carl, but may be waiting for the court to lift the stay in the 25-010 case to file paperwork reflecting that fact.

I hope we can work together more professionally to bring this matter to conclusion, whether by negotiated agreement, or by the court(s).

Regards,

Mark F. Buckman

1

**From:** Mark Buckman [mailto:markfbuckman@sbcglobal.net]
**Sent:** Wednesday, February 18, 2026 12:13 PM
**To:** 'Natalie Pitre'
**Cc:** 'Natalie Pitre'; 'Richard WIlson'; 'Tamara'
**Subject:** RE: marK buckman note

Natalie,

Thank you for your response.  I assume from Tammy's lack of a response and your lack of denial that you are acting as the successor trustee of mom's 2025 trust and the personal representative under mom's 2025 will.

In either case, who is your counsel for that representation?  What is his/her contact information?  In what capacity do they represent you, i.e., (i) as successor trustee of mom's 2025 trust, (b) as personal representative under mom's 2025 will, (c) with regard to my mortgage and note on the Front House, (4) personally with regard to other matters?

Similarly, who represents you (and Carl) with respect to the settlement agreement that you keep insisting I sign?  You keep emailing me, not an attorney, and no attorney has stepped in to say they represent you.  So, it looks like you are not represented by an attorney in that regard.  Please clarify for me with the attorney's name and role.

Please clarify so that we can move this matter forward and I know who to communicate with for the various legal matters.  Thanks.

Finally, it seems like you've picked up Rich's habit of spelling my name with a capital K.  There's no need to be purposefully disrespectful, so let's try to keep it cordial and professional.  Thanks.

Regards,

Mark F. Buckman

P.S.    For clarity, I sent you, Tammy, and Rich an email this morning, the text of which is set forth below:

Good Morning Natalie and Tamara,

Thank you for responding Natalie.  Unfortunately, Tamara has not responded to my recent emails or texts.

Which one of you is the successor trustee under my mom's 2025 trust?  Also, which one of you is / is going to be the personal representative under my mom's 2025 will?  It looks like Natalie is the successor trustee and will also seek to qualify as the personal representative, but I want to confirm that I am communicating with the right person.

Please clarify.  If I don't hear back from you confirming or disputing my understanding, I will be moving forward with the understanding that Natalie is the successor trustee and personal representative under my mom's 2025 trust and will.

Regards,

Mark F. Buckman

P.S.   I still reserve my rights to challenge the 2025 trust and will.

---

**From:** Natalie Pitre [mailto:nataliebpitre@gmail.com]
**Sent:** Wednesday, February 18, 2026 11:46 AM
**To:** markfbuckman@sbcglobal.net
**Cc:** Natalie Pitre; Richard WIlson; Tamara
**Subject:** Re: marK buckman note

Mark,

Your email is noted

You are not authorized to make assumptions or representations regarding any party's legal capacity or role. Any further communications must be directed to counsel.

If you wish to move this matter forward, sign and return the attached Settlement Agreement today. Until that is completed, there is nothing further to discuss

Natalie Pitre

Mahalo,
Natalie B Pitre
808-927-9199
Sent from my iPhone

**Mark Buckman**

| | |
|---|---|
| **From:** | Natalie Pitre [nataliebpitre@gmail.com] |
| **Sent:** | Wednesday, February 18, 2026 11:46 AM |
| **To:** | markfbuckman@sbcglobal.net |
| **Cc:** | Natalie Pitre; Richard WIlson; Tamara |
| **Subject:** | Re: marK buckman note |
| **Attachments:** | ATT00016.docx; ATT00019.htm |

Mark,

Your email is noted

You are not authorized to make assumptions or representations regarding any party's legal capacity or role. Any further communications must be directed to counsel.

If you wish to move this matter forward, sign and return the attached Settlement Agreement today. Until that is completed, there is nothing further to discuss

Natalie Pitre

Mahalo,
Natalie B Pitre
808-927-9199
Sent from my iPhone

1

**Mark Buckman**

---

| | |
|---|---|
| **From:** | Natalie Pitre [nataliebpitre@gmail.com] |
| **Sent:** | Wednesday, February 18, 2026 1:11 PM |
| **To:** | markfbuckman@sbcglobal.net |
| **Cc:** | Natalie Pitre; Richard WIlson; Tamara; louise.ing@dentons.com |
| **Subject:** | Re: marK buckman note |

marK,

Your assumptions are incorrect and you are not authorized to make representations regarding any party's legal capacity or role.

If you wish to move this matter forward, sign and return the Settlement Agreement previously provided. Until that is completed, there is nothing further to discuss.

Natalie Pitre

Mahalo,
Natalie B Pitre
808-927-9199
Sent from my iPhone


On Feb 18, 2026, at 10:12 AM, Mark Buckman <markfbuckman@sbcglobal.net> wrote:


Natalie,

Thank you for your response.  I assume from Tammy's lack of a response and your lack of denial that you are acting as the successor trustee of mom's 2025 trust and the personal representative under mom's 2025 will.

In either case, who is your counsel for that representation?  What is his/her contact information?  In what capacity do they represent you, i.e., (i) as successor trustee of mom's 2025 trust, (b) as personal representative under mom's 2025 will, (c) with regard to my mortgage and note on the Front House, (4) personally with regard to other matters?

Similarly, who represents you (and Carl) with respect to the settlement agreement that you keep insisting I sign?  You keep emailing me, not an attorney, and no attorney has stepped in to say they represent you.  So, it looks like you are not represented by an attorney in that regard. Please clarify for me with the attorney's name and role.

Please clarify so that we can move this matter forward and I know who to communicate with for the various legal matters.  Thanks.

Finally, it seems like you've picked up Rich's habit of spelling my name with a capital K. There's no need to be purposefully disrespectful, so let's try to keep it cordial and professional. Thanks.

1

Regards,

Mark F. Buckman

P.S.    For clarity, I sent you, Tammy, and Rich an email this morning, the text of which is set forth below:

Good Morning Natalie and Tamara,

Thank you for responding Natalie.  Unfortunately, Tamara has not responded to my recent emails or texts.

Which one of you is the successor trustee under my mom's 2025 trust?  Also, which one of you is / is going to be the personal representative under my mom's 2025 will?  It looks like Natalie is the successor trustee and will also seek to qualify as the personal representative, but I want to confirm that I am communicating with the right person.

Please clarify.  If I don't hear back from you confirming or disputing my understanding, I will be moving forward with the understanding that Natalie is the successor trustee and personal representative under my mom's 2025 trust and will.

Regards,

Mark F. Buckman

P.S.    I still reserve my rights to challenge the 2025 trust and will.

---

**From:** Natalie Pitre [mailto:nataliebpitre@gmail.com]
**Sent:** Wednesday, February 18, 2026 11:46 AM
**To:** markfbuckman@sbcglobal.net
**Cc:** Natalie Pitre; Richard WIlson; Tamara
**Subject:** Re: marK buckman note

Mark,

Your email is noted

You are not authorized to make assumptions or representations regarding any party's legal capacity or role. Any further communications must be directed to counsel.

If you wish to move this matter forward, sign and return the attached Settlement Agreement today. Until that is completed, there is nothing further to discuss

Natalie Pitre

Mahalo,
Natalie B Pitre
808-927-9199
Sent from my iPhone

2

**Mark Buckman**

| | |
|---|---|
| **From:** | Richard WIlson [rewilson_law@yahoo.com] |
| **Sent:** | Friday, February 20, 2026 11:31 AM |
| **To:** | Mark Buckman; Thomas Bush; Natalie Pitre; tambuchwald@aol.com |
| **Subject:** | Re: Personal Representative or Successor Trustee |

Mark -- since the PR has not been appointed and the ultimate trustee has not been identified, I do not know. However, I presume that I will represent the PR and Trustee for purposes of this case. Also, are you really intending on opposing the extension of time to file the substitution? Lemme know. Rich

Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE: The information contained in this email and any attachments may be privileged, confidential and protected from disclosure. Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

On Friday, February 20, 2026 at 09:19:03 AM HST, Mark Buckman <markfbuckman@sbcglobal.net> wrote:

Rich,

    Similarly, do you represent Tamara with regard to my mom's 2025 will and/or 2025 trust, either as personal representative or successor trustee, or potential PR / successor trustee? Thanks.

Mark

**From:** Mark Buckman [mailto:markfbuckman@sbcglobal.net]
**Sent:** Friday, February 20, 2026 11:18 AM
**To:** 'Richard WIlson'
**Subject:** FW: Personal Representative or Successor Trustee

Rich,

1

So I know who to communicate with, do you represent Natalie with regard to my mom's 2025 will and/or 2025 trust, either as personal representative or successor trustee, or potential PR / successor trustee?

Mark

---

**From:** Mark Buckman [mailto:markfbuckman@sbcglobal.net]
**Sent:** Friday, February 20, 2026 10:53 AM
**To:** Natalie Pitre
**Cc:** Tamara; Natalie Pitre; Richard WIlson; Thomas Bush
**Subject:** Re: Personal Representative or Successor Trustee

Natalie,

Thank you for your email.

Who is the attorney that I should direct communications to with regard to mom's 2025 will and 2025 trust?

Regards,

Mark Buckman

Sent by my Continuum Transfunctioner

On Feb 19, 2026, at 9:10 AM, Natalie Pitre <nataliebpitre@gmail.com> wrote:

> marK,
>
> Your email is noted.
>
> Your statements are disputed. Direct all communications to counsel.
>
> Mahalo,
>
> Natalie B Pitre
>
> 808-927-9199
>
> Sent from my iPhone

On Feb 18, 2026, at 5:35 PM, Mark Buckman <markfbuckman@sbcglobal.net> wrote:

2

Natalie and Tamara,

It seems Natalie is saying that Tamara is the personal representative and successor trustee for my mom's 2025 trust and will  If incorrect, please clarify via email.

The settlement agreement draft you reference is unacceptable to me and has been superseded.  IF you have legal representation with regard to the settlement agreement, identify such attorney(ies) to me and have them contact me to discuss.  In either case, I already commented and sent out a new draft months ago.  So, ball's in your court.

I will proceed accordingly.

Regards,

Mark F. Buckman

---

**From:** Natalie Pitre [mailto:nataliebpitre@gmailcom]
**Sent:** Wednesday, February 18, 2026 1:11 PM
**To:** markfbuckman@sbcglobal.net
**Cc:** Natalie Pitre; Richard WIlson; Tamara; louise.ing@dentons.com
**Subject:** Re: marK buckman note

marK,

Your assumptions are incorrect and you are not authorized to make representations regarding any party's legal capacity or role.

If you wish to move this matter forward, sign and return the Settlement Agreement previously provided. Until that is completed, there is nothing further to discuss.

Natalie Pitre

3

Mahalo,

Natalie B Pitre

808-927-9199

Sent from my iPhone


On Feb 18, 2026, at 10:12 AM, Mark Buckman <markfbuckman@sbcglobal.net> wrote:


Natalie,


Thank you for your response.  I assume from Tammy's lack of a response and your lack of denial that you are acting as the successor trustee of mom's 2025 trust and the personal representative under mom's 2025 will.


In either case, who is your counsel for that representation?  What is his/her contact information?  In what capacity do they represent you, i.e., (i) as successor trustee of mom's 2025 trust, (b) as personal representative under mom's 2025 will, (c) with regard to my mortgage and note on the Front House, (4) personally with regard to other matters?


Similarly, who represents you (and Carl) with respect to the settlement agreement that you keep insisting I sign?  You keep emailing me, not an attorney, and no attorney has stepped in to say they represent you.  So, it looks like you are not represented by an attorney in that regard.  Please clarify for me with the attorney's name and role.


Please clarify so that we can move this matter forward and I know who to communicate with for the various legal matters.  Thanks.


Finally, it seems like you've picked up Rich's habit of spelling my name with a capital K.  There's no need to be purposefully disrespectful, so let's try to keep it cordial and professional.  Thanks.


Regards,


Mark F. Buckman


P.S.    For clarity, I sent you, Tammy, and Rich an email this morning, the text of which is set forth below:


Good Morning Natalie and Tamara,

4

Thank you for responding Natalie.  Unfortunately, Tamara has not responded to my recent emails or texts.

Which one of you is the successor trustee under my mom's 2025 trust?  Also, which one of you is / is going to be the personal representative under my mom's 2025 will?  It looks like Natalie is the successor trustee and will also seek to qualify as the personal representative, but I want to confirm that I am communicating with the right person.

Please clarify.  If I don't hear back from you confirming or disputing my understanding, I will be moving forward with the understanding that Natalie is the successor trustee and personal representative under my mom's 2025 trust and will.

Regards,

Mark F. Buckman

P.S.    I still reserve my rights to challenge the 2025 trust and will.

---

**From:** Natalie Pitre [mailto:nataliebpitre@gmail.com]
**Sent:** Wednesday, February 18, 2026 11:46 AM
**To:** markfbuckman@sbcglobal.net
**Cc:** Natalie Pitre; Richard WIlson; Tamara
**Subject:** Re: marK buckman note

Mark,

Your email is noted

You are not authorized to make assumptions or representations regarding any party's legal capacity or role. Any further communications must be directed to counsel.

If you wish to move this matter forward, sign and return the attached Settlement Agreement today. Until that is completed, there is nothing further to discuss

Natalie Pitre

5

Mahalo,

Natalie B Pitre

808-927-9199

Sent from my iPhone

**Mark Buckman**

| | |
|---|---|
| From: | Mark Buckman [markfbuckman@sbcglobal.net] |
| Sent: | Saturday, November 15, 2025 5:15 PM |
| To: | 'Tamara'; 'Natalie Pitre'; 'Richard WIlson'; 'Thomas Bush' |
| Cc: | 'My Gmail' |
| Subject: | Request for Notice of Probate Of Patricia W. Buckman's Estate and Appointment of Successor of the Patricia W. Buckman Trust & to Preserve All Evidence and Electronic Devices |

Dear Ms. Buchwald, Ms. Buckman, Mr. Wilson, and Mr. Bush,

I'm writing you as an interested party and potential beneficiary / heir / contestant in my mother, Patricia W. Buckman's estate and trust.  I write only on my own personal behalf and not on behalf of any client or as part of any active litigation.  Although I wrote to Mr. Wilson, he declined to inform me whether he represents either Ms. Buchwald or Ms. Pitre in their representative capacities as either the personal representative of my mom's will / estate, or as successor trustee of her trust.  I further understand from documents provided by Mr. Wilson that Tamara Yakimitez Buchwald is named as the personal representative under my mother's January  9, 2025 Last Will and Testament ("**2025 Will**") as well as the Successor Trustee under the January 9, 2025 Third Amendment to the Patricia W. Buckman Revocable Trust ("**Third Amendment**").  The 2025 Will and Third Amendment also name Natalie Buckman Pitre as the next Personal Representative or Successor Trustee if Ms. Yakimetz Buchwald is not acting in those capacities.

If either Ms. Yakimetz Buchwald or Ms. Pitre Buckman is represented by counsel in their representative capacities, please provide that counsel's contact information to me.  Please also have that counsel contact me directly to inform me of the representation and to respond to this request.

In either case, I hereby request notice of: (1) the appointment of a successor trustee of the Patricia W. Buckman revocable trust (whether Ms. Buchwald, Ms. Pitre Buckman, or anyone else), (2) the filing of any probate or any proceeding to probate my mom's will or appoint a personal representative or similar action, (3) the proper contact information for such persons, including mailing / emailing addresses for such persons.  You are requested to notify me via email at markfbuckman@sbcglobal.net, markfbuckman@gmail.com, and by U.S. Mail at the address shown below.

Please note that I also have concerns with the execution of the January 9 documents and reserve my rights to challenge same.  Unfortunately, there is reasonably anticipated litigation with regard to the 2025 Will and Third Amendment.

Because Mr. Wilson, Ms. Yakimetz Buchwald, and Ms. Pitre Buckman have been involved in Patricia's estate planning and related matters, and because Ms. Yakimetz Buchwald, and Ms. Pitre Buckman have been identified as a potential personal representative, executor, or successor trustee with access to Patricia Buckman's records,

communications, and property, this email serves as a formal litigation hold notice requiring preservation of all potentially relevant materials.  This hold also applies to your personal records, electronic devices, and electronic communications.

You are hereby instructed not to destroy, delete, alter, or dispose of any documents, records, devices, or electronic data that may have any evidence, or relate in any way to:

The pending or potential litigation involving Patricia W. Buckman;

The claims, defenses, or factual circumstances in that action;

Communications, correspondence, emails, text messages, or voicemails involving the decedent and any party or attorney connected to the dispute;

Estate, trust, or financial records related to the decedent's interests or the subject property;

Digital files, phones, computers, hard drives, backup drives, or cloud-stored data associated with the decedent.

This obligation includes all paper and electronic records, including but not limited to:

Emails and attachments;

Text or instant messages;

Photographs, videos, or social-media content;

Notes, calendars, and journals;

Financial documents, contracts, or legal correspondence;

Data on phones, tablets, or computers; and

Cloud storage (Google Drive, iCloud, Dropbox, etc.).

Please ensure that no automatic deletion or overwriting functions are active on any devices or accounts that may contain relevant information.
This preservation duty remains in effect until further written notice. Destroying or altering evidence after receipt of this letter may constitute spoliation of evidence, which carries potential legal sanctions.

Thank you for your anticipated courtesy and cooperation in these matters.

Sincerely,

2

Mark Buckman