p. 1

<u>Front House</u>
Note & Mtg stay, but reduced by 1/3.

<u>Back House</u> — Mark's Trust on title
Matt to have option to live there for life, but has to sign rental agreement. Matt pays carrying costs, limited to $500/mo for 1st year, $750/mo second year, $1,000/mo third year, & then carrying costs + $350 mo for maintenance fund (estimated @ $1,200 month).

~~Back House sold~~:
If Matt doesn't pay monthly costs, then he has to move out — evicted if not out w/i 2 months. Mark will then pay Matt the net rental income (minus $350/mo reserve fund). — About $1,500+ per month for housing expenses.

House sold upon Matt's passing — Manoa to receive $200,000. only $10,000 paid to him in cash, the balance to be for real estate

**EXHIBIT 1**

p. 2



Life Insurance as-is.
    $40k Natalie
    $80k Mark - holding $40k
        for Matt, only $10k in cash,
        the rest over time. Monica to
        receive any unused balance.

    $10,000 each to [Redacted, Natalie & Carl's 2 Daughters]
    for college costs from Back House
    $10,000 to Monica upon Pat's passing.
        Mark & Jeni to pay all own fees
    & costs from Back House.
        Natalie & Mom to pay all own fees
    & costs from Front House.
                                    Patricia
                                    Mark, Jeni
    Full releases of everyone  Natalie, Carl

    Matt & Monica beneficiaries, but NOT
    signatories.                — but NOT to
                                be changed.
    Option to deed Back House to
    New trust, ~~if so~~, of PWB. If
    so, then move another 10% of mortgage
    off of Front House. b/c of reduced
    tax burden.

        more detailed settlement agreement to be drafted.

· Mark agrees to pay Natalie ~~$2000/mth~~ for the duration of Pat's life as long as Pat is living with Natalie.

p. 3

Mark has option, @ his expense, to hire professional property mgr.

Mark can give Pat $20,000 & so Pat can leave $10,000 each to Emma & Brian

The undersigned have full authority to enter into this settlement and ② do so with the intent to fully and finally resolve any and all disputes among them from the beginning of time & until today, July 17, 2025.

Patricia W. Buckman
Patricia Buckman

Mark Buckman

Jennifer Buckman

Natalie Pitre
Natalie Pitre

Carl Pitre