

**Natalie** ⟩

Fri, Nov 7 at 6:36 PM

Hi Mark,
Now that Mom has died, we need to settle a few outstanding matters. I'd like to schedule a short call tomorrow with you and Tamara, mom's successor trustee, to discuss the status of the settlement agreement — specifically whether you plan to sign it as written by Tom Bush or if we need to consider next steps.
What time tomorrow works best for you?

Mon, Nov 10 at 10:52 AM

It's better to communicate thru your lawyers.

Hi Mark,
I saw your note suggesting communication through counsel. That's fine, and I'll loop Rich in. I'm still confirming, on the record, that the three-page handwritten agreement signed by all parties in the judge's chambers remains binding. Your 27-page version does not reflect those agreed terms, and your failure to finalize as ordered by the court is a violation of that order.

In addition, the ongoing criminal and violent activity at the property

+    iMessage



**EXHIBIT 2**

tomorrow with you and Tamara, mom's successor trustee to discuss the status of the settlement agreement — specifically whether you plan to sign it as revised by Tom Bush or if we need to consider next steps.
What time tomorrow works best for you?



**Natalie** ›

Mon, Nov 10 at 10:52 AM

It's better to communicate thru your lawyers.

Hi Mark,
I saw your note suggesting communication through counsel. That's fine, and I'll loop Rich in. I'm still confirming, on the record, that the three-page handwritten agreement signed by all parties in the judge's chambers remains binding. Your 27-page version does not reflect those agreed terms, and your failure to finalize as ordered by the court is a violation of that order.

In addition, the ongoing criminal and violent activity at the property you hold title to continues to endanger neighbors and create serious liability for you as the titled owner. I've begun documenting incidents and police reports.

If I don't hear from you or your attorney by **Wednesday at noon**, I'll move forward with counsel to have the court enforce the signed settlement or, if necessary, set the matter for trial.

iMessage

Good morning, when is Mom's