## Codicil to the Last Will and Testament of

## Patricia W. Buckman

I, **Patricia W. Buckman**, also known as **Patricia Whitaker Buckman**, a resident of Hawaii, declare this to be the codicil to my Last Will and Testament dated September 7, 2022. I hereby revoke all other codicils I may have made.

First:          Paragraph 1.03 of Article I of said Last Will and Testament is hereby revoked in its entirety and the following substituted therefor:

**"1.03. Personal Representative.**

I appoint as Personal Representative of this will **Mark F. Buckman**. In the event that **Mark F. Buckman** dies, resigns, fails to qualify or is unable or ceases to act, **Jennifer T. Buckman** shall serve as Personal Representative. No bond shall be required of any Personal Representative. My Personal Representative shall have all the same powers and discretion, in the same capacity with respect to my estate during administration, that the Trustee is given with respect to the trust property, pursuant to that certain trust agreement referred to in paragraph 2.02 of Article II. Said powers and discretion are hereby expressly incorporated herein by this reference and made applicable to the probate estate whether or not said trust agreement or said terms and provisions thereof shall otherwise be in effect, including the power to sell real or personal property at public or private sales and to hold title to property in the name of a nominee, to be exercised without court order."

Second:          I hereby ratify, reaffirm and republish my Last Will and Testament dated September 7, 2022, as amended herein.

I, **Patricia W. Buckman**, also known as **Patricia Whitaker Buckman**, the Testatrix, sign my name to this instrument on the _18th_ day of October, 2023, and being first duly sworn, do hereby declare to the undersigned authority that I sign and execute this instrument as my Codicil and that I sign it willingly (or willingly direct another to sign for me), that I execute it as my free and voluntary act for the purposes therein expressed, and that I am eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_Patricia W. Buckman_
**Patricia W. Buckman**

We, _Wing Sze Cheng_, _Daniel Gittelman_ , the witnesses, sign our names to this instrument, being first duly sworn, and do hereby declare to the undersigned authority that the Testatrix signs and executes this instrument as the Testatrix's Codicil and that the Testatrix signs its willingly (or willingly directs another to sign for the

Page 1 of 2

MFB00036    P.W.B.

**EXHIBIT 6**

Testatrix), and that each of us, in the presence and hearing of the Testatrix, hereby signs this Codicil as witness to the Testatrix's signing, and that to the best of our knowledge the Testatrix is eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_____
Witness

_____
Witness

STATE OF HAWAII                    )
                                   ) SS.
CITY AND COUNTY OF HONOLULU        )

On this _18th_ day of October, 2023, subscribed, sworn, certified and acknowledged before me by PATRICIA W. BUCKMAN, also known as Patricia Whitaker Buckman, the Testatrix, and subscribed, certified and sworn to before me by _Wing Sze Lee Cheng_, and _Daniel Fredric Gittelman_, witnesses, to this First Codicil to the Last Will and Testament of Patricia W. Buckman dated the _18th_ day of October, 2023, consisting of 2 pages.

_____
Notary Public, State of Hawaii

_Mihail Gilevich_
(Printed name)                    MIHAIL GILEVICH #16-241
                                  My commission expires July 10, 2024
My commission expires: _July 10, 2024_

Doc. Date: _10/18/2023_          # Pages: _2_
Name: _Mihail Gilevich_          First Circuit
Doc. Description: _Codicil to the Last Will and Testament of Patricia W. Buckman_

_Mihail Gilevich 10/18/23_
Notary Signature                 Date

MIHAIL GILEVICH #16-241
My commission expires July 10, 2024

NOTARY CERTIFICATION

MFB00037

## Second Amendment to Declaration of Revocable Trust

## of

## Patricia W. Buckman

THIS SECOND AMENDMENT TO DECLARATION OF REVOCABLE TRUST is made and entered into at Honolulu, Hawaii, by and between Patricia W. Buckman, also known as Patricia Whitaker Buckman, as "Grantor" and said Patricia W. Buckman as "Trustee".

### WITNESSETH:

WHEREAS, the Grantor executed a Declaration of Revocable Trust dated July 25, 2019, (hereinafter referred to as the "Trust Agreement"), with Patricia W. Buckman as Trustee, under which there was created a Revocable Trust which has ever since continued and is now in effect; and

WHEREAS, THE Grantor reserved the right, under paragraphs 2.03 and 2.04 of Article II of said Trust Agreement, to revoke and/or amend said trust agreement at any time by an instrument n writing, signed by the Grantor and delivered to the Trustee, and

WHEREAS, the Grantor amended the Trust Agreement on or about September 7, 2022,

WHEREAS, the Grantor desires to amend the Trust Agreement in certain particulars, as set forth below,

NOW, THEREFORE, it is hereby agreed by and between the Grantor and the Trustee that said Trust Agreement is amended as follows:

Section 1.02 is hereby amended in its entirety, to read:

### 1.02.  Trustee.

The initial Trustee of this trust is Patricia W. Buckman, and all references herein to "the Trustee" shall be to said Patricia W. Buckman so long as said person serves as Trustee, and during such time said person alone shall have all the powers granted to the Trustee herein. In the event that Patricia W. Buckman dies, resigns or becomes incapacitated, Mark F. Buckman shall serve as Trustee. In the event that Mark F. Buckman dies, resigns or becomes incapacitated, Jennifer T. Buckman shall  serve as Trustee. Any Trustee appointed hereunder shall become Trustee without court order or other action other than the delivery of written notice to the beneficiaries hereunder.

[The effect of same is to have Mark F. Buckman, then Jennifer T. Buckman be the successor trustee(s) instead of Tamara Buchwald.]

*Patriw W. Buckman*

1

MFB00010

STATE OF HAWAII                          )

                                         ) SS.

CITY AND COUNTY OF HONOLULU    )


On this this _10_ day of August, 2023, before me personally appeared PATRICIA W. BUCKMAN, to me personally known or adequately proven to be the person(s) described in and who executed the foregoing instrument, who, being by me duly sworn or affirmed, did say that such person(s) executed the same as the free act and deed of such person(s), and if applicable, in the capacity shown, having been duly authorized to execute such instrument in such capacity.

_____
Notary Public, State of Hawaii

Name of Notary: _Mihail Gilevich_ _____First Circuit

My commission expires: _July 10, 2024_ ____

MIHAIL GILEVICH #16-241
My commission expires July 10, 2024


Doc. Date: _08-10-2023_    # Pages: _2_
Notary Name: _Mihail Gilevich_    _/_ Circuit
Doc. Description: _Second Amendment to
Declaration of Revocable Trust of Patricia W Buckman_

_Mihail Gilevich_ _0810-23_
Notary Signature                              Date
NOTARY CERTIFICATION


MIHAIL GILEVICH #16-241
My commission expires July 10, 2024

2

MFB00011