KENNETH K.S. LAU    #2158-0
Suite 1308, Century Square
1188 Bishop Street
Honolulu, Hawaii  96813
Telephone: 524-2215

Attorney for Plaintiff

**Electronically Filed
FIRST CIRCUIT
1DRC-24-0002568
13-MAR-2024
12:05 PM
Dkt. 1 CMPS**

IN THE DISTRICT COURT OF THE FIRST CIRCUIT

HONOLULU DIVISION

STATE OF HAWAII

| | |
|---|---|
| PATRICIA W. BUCKMAN, Trustee ) <br> of the Patricia W. Buckman ) <br> Revocable Trust, by her ) <br> Managing Agent, Natalie B. ) <br> Pitre, ) <br> ) <br>      Plaintiff, ) <br> ) <br>  vs. ) <br> ) <br> MATTHEW BRUCE BUCKMAN, ) <br> ) <br>      Defendant. ) <br> _____) | Civil No. <br><br> (Ejectment) <br><br><br><br><br><br><br> COMPLAINT FOR EJECTMENT; <br> SUMMONS |

<u>**COMPLAINT FOR EJECTMENT**</u>

**COMES NOW**, Plaintiff above-named, by and through her

attorney, KENNETH K.S. LAU, and for a Complaint against Defendant

above-named, alleges and avers as follows:

<u>**COUNT I:**</u>  <u>**SUMMARY POSSESSION**</u>

1.  Plaintiff PATRICIA W. BUCKMAN ("Plaintiff") is a resi-

dent of the City and County of Honolulu, State of Hawaii, and is the

Trustee of the Patricia W. Buckman Revocable Trust, the owner of the

premises situated at 3010 Kaunaoa Street, Honolulu, Hawaii 96815,

1

**EXHIBIT 8**

hereinafter referred to as "premises."

2.    Plaintiff NATALIE B. PITRE is the Managing Agent for the premises aforementioned.

3.    Defendant MATTHEW BRUCE BUCKMAN ("Defendant") is a resident of the City and County of Honolulu, State of Hawaii, and is the current occupant at the premises aforementioned.

4.    Defendant does not have a Rental Agreement to occupy the premises and Defendant has no ownership interest in said premises.

5.    Defendant has failed and refused to vacate the premises despite repeated demands to do so.

6.    Plaintiff is entitled to have a Writ of Possession issue out of this Court directing the sheriff of the State of Hawaii or other authorized officers of the City and County of Honolulu, to summarily remove said Defendant(s) and all others holding by or through said Defendant(s) from said premises and put Plaintiff in lawful possession thereof.

**COUNT II:   ASSUMPSIT**

7.    Paragraphs 1 through 6 of Count I are realleged as if fully set forth herein.

8.    Plaintiff is entitled to have judgment against Defendant(s) for reasonable unpaid rent accrued to the date upon which Plaintiff is put in possession of the premises.

**COUNT III:   DAMAGES TO PREMISES**

9.    Paragraphs 1 through 6 of Count I are realleged as if

2

fully set forth herein.

10.  On information and belief, Plaintiff alleges that during the course of said occupancy, Defendant(s) inflicted upon, or permitted to be inflicted upon said premises, damages in excess of normal wear and tear, which damages Plaintiff seeks leave of Court to prove at hearing or trial hereon, upon resumption of possession by Plaintiff.

**WHEREFORE**, Plaintiff prays that:

A.  As to Count I, Plaintiff be awarded possession of said premises, with costs of the proceeding, and that a Writ of Possession issue under the seal of this Court, directed to the Sheriff of the State of Hawaii, or a police officer of the City and County of Hono-lulu, commanding him to remove said Defendant(s) and all persons holding by and through said Defendant(s) from the premises aforemen-tioned, and to put Plaintiff in possession thereof;

B.  As to Count II, Plaintiff to have judgment against Defendant(s) for the accrued reasonable unpaid rent to the date upon which Plaintiff is put in possession of the premises;

C.  As to Count III, Plaintiff to have judgment against Defendant(s) for damages inflicted upon or permitted to be inflicted upon said premises by Defendant(s), beyond normal wear and tear, as shall be proven at trial or a hearing hereon; and

3

D.   Plaintiff be awarded attorney's fees and costs and

such other and further relief as this Court deems just and proper.

DATED:   Honolulu, Hawaii, March 13, 2024.

                _____
                KENNETH K.S. LAU
                Attorney for Plaintiff

SUMMONS

Form #1DC50

| IN THE DISTRICT COURT OF THE FIRST CIRCUIT HONOLULU ☑ DIVISION STATE OF HAWAI'I | |
|---|---|
| **Plaintiff** <br><br> PATRICIA W. BUCKMAN, Trustee of the Patricia W. Buckman Revocable Trust, by her Managing Agent, Natalie B. Pitre, | Reserved for Court Use |
| | Civil No. |
| **Defendant** <br><br><br> MATTHEW BRUCE BUCKMAN | Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, and Telephone Number <br><br> KENNETH K.S. LAU #2158-0 <br> Suite 1308, Century Square <br> 1188 Bishop Street <br> Honolulu, Hawaii 96813 <br> Telephone: 808-524-2215 |

## SUMMONS

**THE STATE OF HAWAI'I:**

**TO:** The Director of Law Enforcement of the State of Hawai'i, the Director's deputy, or any police officer or other person authorized by the laws of the State of Hawai'i:

This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a Judge permits, in writing on this Summons, personal delivery during those hours.

**TO THE DEFENDANT:**

You are required to file a written answer or appear before the District Judge of this Court, in the Judge's Courtroom, on the day and at the time designated by the checked box on page 2. If the Defendant is a corporation or limited liability company, Hawai'i law requires it to be represented by an attorney licensed to practice in the State of Hawai'i.

**IF YOU OR YOUR ATTORNEY FAIL TO ATTEND THE COURT HEARING AT THE TIME AND PLACE DESIGNATED OR FILE A WRITTEN ANSWER A DEFAULT JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

| Date: | Clerk |
|---|---|

**SEE PAGE 2**

RG-AC-508 (12/2023) WF

(Rev. 1/1/2024)                    Page 1 of 2                    Form#1DC50

## COURT ADDRESSES AND RETURNABLE DAYS:
**You must check in 15 minutes before your court hearing**

☑ **Honolulu Division, 1111 Alakea Street, Tenth (10th) floor Courtroom 10A or 10B, Honolulu, Hawaiʻi**

☑ at 8:30 a.m. ☐ 1:30p.m. on Friday, _____ for summary possession. If the Defendant is served with the complaint within five business days of the date listed above, the parties shall appear on the Friday after the date listed above. For remote appearance go to www.zoom.us Meeting ID 936-4644-0201 or call 1 (888) 788-0099.

☐ at 1:30 p.m. on the second Monday following date of service, and should that Monday be a legal holiday then on the next business day. For remote appearance go to www.zoom.us Meeting ID 669-372-3318 or call 1 (888) 788-0099.

☐ **ʻEwa Division, 870 Fourth Street, Pearl City, Hawaiʻi, 96782**

☐ at 9:00 a.m. on Thursday, _____ for summary possession. If the Defendant is served with the complaint within five business days of the date listed above, the parties shall appear on the Thursday after the date listed above. For remote appearance go to www.zoom.us Meeting ID 492-363-9717 or call 1 (888) 788-0099.

☐ at 9:00 a.m. on the second Thursday following date of service, and should that Thursday be a legal holiday then on the next Thursday. For remote appearance go to www.zoom.us Meeting ID 779-575-4192 or call 1 (888) 788-0099.

☐ **Koʻolaupoko OR Koʻolauloa Division, 45-939 Poʻokela Street, Kāneʻohe, Hawaiʻi, 96744**

☐ at 9:00 a.m. on Friday, _____ for summary possession. If the Defendant is served with the complaint within five business days of the date listed above, the parties shall appear on the Friday after the date listed above. For remote appearance go to www.zoom.us Meeting ID 928-747-9610 or call 1 (888) 788-0099.

☐ at 9:00 a.m. on the second Friday following date of service, and should that Friday be a legal holiday then on the next Friday. For remote appearance go to www.zoom.us Meeting ID 928-747-9610 or call 1 (888) 788-0099.

☐ **Wahiawā OR Waialua Division, 1034 Kilani Avenue, Wahiawā, Hawaiʻi, 96786**

☐ at 9:00 a.m. on Wednesday, _____ for summary possession. If the Defendant is served with the complaint within five business days of the date listed above, the parties shall appear on the Wednesday after the date listed above. For remote appearance go to www.zoom.us Meeting ID 357-427-7279 or call 1 (888) 788-0099.

☐ at 9:00 a.m. on the second Wednesday following date of service, and should that Wednesday be a legal holiday then on the next Wednesday. For remote appearance go to www.zoom.us Meeting ID 357-427-7279 or call 1 (888) 788-0099.

☐ **Waiʻanae Division, 4675 Kapolei Parkway, Kapolei, Hawaiʻi, 96707**

☐ at 9:00 a.m. on the second Tuesday following date of service, and should that Tuesday be a legal holiday then on the next Tuesday. For remote appearance go to www.zoom.us Meeting ID 483-947-9811 or call 1 (888) 788-0099.

☐ at 9:00 a.m. on Tuesday, _____ for summary possession. If the Defendant is served with the complaint within five business days of the date listed above, the parties shall appear on the Tuesday after the date listed above. For remote appearance go to www.zoom.us Meeting ID 483-947-9811 or call 1 (888) 788-0099.

For Civil related matters, **please call (808) 538-5629** or visit the District Court at 1111 Alakea Street, Legal Documents Branch - Third (3rd) Floor, Honolulu, Hawaiʻi 96813

### Americans with Disabilities Act Notice



If you need an accommodation for a disability when participating in a court program, service or activity, please contact the ADA Coordinator as soon as possible to allow the court time to provide an accommodation:

- Call (808) 538-5121; or
- Send an email to adarequest@courts.hawaii.gov

The court will try to provide, but cannot guarantee, your requested auxiliary aid, service or accommodation.

(Rev. 1/1/2024)                    Page 2 of 2                    Form#1DC50