**Mark Buckman**

---

| | |
|---|---|
| **From:** | Natalie Pitre [nataliebpitre@gmail.com] |
| **Sent:** | Monday, February 16, 2026 6:29 PM |
| **To:** | markfbuckman@sbcglobal.net |
| **Cc:** | Natalie Pitre; Richard WIlson; Tamara |
| **Subject:** | Re: Note |

Mark,

Your email is noted.

There is an outstanding Settlement Agreement awaiting your signature. Until that agreement is executed, no further issues will be addressed or discussed on a piecemeal basis.

Sign and return the Settlement Agreement so the parties can proceed accordingly.

Natalie
Sent from my iPhone

On Feb 16, 2026, at 8:55 AM, Mark Buckman <markfbuckman@sbcglobal.net> wrote:

Good Morning Natalie and Carl,

    I'm writing to follow up again on my email below regarding my note and mortgage on the Front House.  Although I provided the agreed-upon 3-month extension beyond mom's passing, the note is now due and payable in full.  However, I have not received payment or any communication from you folks as to payoff.  I thought you folks were either going to obtain a loan to payoff my loan or sell the house.

    Are you in the process of obtaining a refinance to payoff this loan and, if so, when do you expect to pay it off?  Unfortunately, if I don't hear from you, I will have to take action to collect.  As it would be better to avoid that, please update me ASAP.  Thanks

Mark

P.S.    I've also included Tamara Buchwald in case she is acting as the trustee of mom's trust (which I would dispute) as the debt must be paid in either case.  I've included Tom Bush and Rich Wilson in case they represent you regarding the mortgage on the Front House.  If so, please have them contact me directly to confirm same.

---

**From:** Mark Buckman [mailto:markfbuckman@sbcglobal.net]
**Sent:** Friday, February 06, 2026 11:46 AM
**To:** 'Natalie Pitre'; 'Natalie Pitre'; 'Carl T Pitre'; 'Carl Pitre'
**Cc:** 'Thomas Bush'; 'Richard WIlson'
**Subject:** Mortgage Due and Payable - Status?

**<span style="color:red">EXHIBIT 10</span>**

Good Morning Natalie and Carl,

      I'm writing to follow up on my note and mortgage on the Front House.  Although I provided the agreed-upon 3-month extension beyond mom's passing, the note is now due and payable in full.  However, I have not received payment or any communication from you folks as to payoff.  I thought you folks were either going to obtain a loan to payoff my loan or sell the house.

      As the loan is overdue, please update on status so we can get this matter resolved.  Thanks.

Mark

P.S.    I've included Tom Bush and Rich Wilson in case they represent you regarding the mortgage on the Fron House.  If so, please have them contact me directly to confirm same.

**Mark Buckman**

| | |
|---|---|
| **From:** | Natalie Pitre [nataliebpitre@gmail.com] |
| **Sent:** | Tuesday, February 17, 2026 9:13 AM |
| **To:** | markfbuckman@sbcglobal.net |
| **Cc:** | Natalie Pitre; Richard WIlson; Tamara; louise.ing@dentons.com; Jeni Buckman |
| **Subject:** | Re: Buckman Note |
| **Attachments:** | ATT00004.docx; ATT00007.htm |

Mark,

Your email is noted.

<mark>There is an outstanding Settlement Agreement awaiting your signature. Until that agreement is executed, no further issues will be addressed or discussed on a piecemeal basis.</mark>

Sign and return the below Settlement Agreement so the parties can proceed accordingly.

Natalie
Sent from my iPhone

1

**Mark Buckman**

| | |
|---|---|
| **From:** | Mark Buckman [markfbuckman@sbcglobal.net] |
| **Sent:** | Wednesday, February 18, 2026 10:54 AM |
| **To:** | 'Natalie Pitre' |
| **Cc:** | 'Natalie Pitre'; 'Richard WIlson'; 'Tamara' |
| **Subject:** | RE: Note |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Morning Natalie and Tamara,

Thank you for responding Natalie. Unfortunately, Tamara has not responded to my recent emails or texts.

Which one of you is the successor trustee under my mom's 2025 trust? Also, which one of you is / is going to be the personal representative under my mom's 2025 will? It looks like Natalie is the successor trustee and will also seek to qualify as the personal representative, but I want to confirm that I am communicating with the right person.

Please clarify. If I don't hear back from you confirming or disputing my understanding, I will be moving forward with the understanding that Natalie is the successor trustee and personal representative under my mom's 2025 trust and will.

Regards,

Mark F. Buckman

P.S.    I still reserve my rights to challenge the 2025 trust and will.

---

**From:** Natalie Pitre [mailto:nataliebpitre@gmail.com]
**Sent:** Monday, February 16, 2026 6:29 PM
**To:** markfbuckman@sbcglobal.net
**Cc:** Natalie Pitre; Richard WIlson; Tamara
**Subject:** Re: Note

Mark,

Your email is noted.

There is an outstanding Settlement Agreement awaiting your signature. Until that agreement is executed, no further issues will be addressed or discussed on a piecemeal basis.

Sign and return the Settlement Agreement so the parties can proceed accordingly.

Natalie
Sent from my iPhone

On Feb 16, 2026, at 8:55 AM, Mark Buckman <markfbuckman@sbcglobal.net> wrote:

1

Good Morning Natalie and Carl,

I'm writing to follow up again on my email below regarding my note and mortgage on the Front House.  Although I provided the agreed-upon 3-month extension beyond mom's passing, the note is now due and payable in full.  However, I have not received payment or any communication from you folks as to payoff.  I thought you folks were either going to obtain a loan to payoff my loan or sell the house.

Are you in the process of obtaining a refinance to payoff this loan and, if so, when do you expect to pay it off?  Unfortunately, if I don't hear from you, I will have to take action to collect.  As it would be better to avoid that, please update me ASAP.  Thanks

Mark

P.S.    I've also included Tamara Buchwald in case she is acting as the trustee of mom's trust (which I would dispute) as the debt must be paid in either case.  I've included Tom Bush and Rich Wilson in case they represent you regarding the mortgage on the Front House.  If so, please have them contact me directly to confirm same.

---

**From:** Mark Buckman [mailto:markfbuckman@sbcglobal.net]
**Sent:** Friday, February 06, 2026 11:46 AM
**To:** 'Natalie Pitre'; 'Natalie Pitre'; 'Carl T Pitre'; 'Carl Pitre'
**Cc:** 'Thomas Bush'; 'Richard WIlson'
**Subject:** Mortgage Due and Payable - Status?

Good Morning Natalie and Carl,

I'm writing to follow up on my note and mortgage on the Front House.  Although I provided the agreed-upon 3-month extension beyond mom's passing, the note is now due and payable in full.  However, I have not received payment or any communication from you folks as to payoff.  I thought you folks were either going to obtain a loan to payoff my loan or sell the house.

As the loan is overdue, please update on status so we can get this matter resolved.  Thanks.

Mark

P.S.    I've included Tom Bush and Rich Wilson in case they represent you regarding the mortgage on the Fron House.  If so, please have them contact me directly to confirm same.

Mark F. Buckman

P.S.    I still reserve my rights to challenge the 2025 trust and will.

---

**From:** Natalie Pitre [mailto:nataliebpitre@gmail.com]
**Sent:** Wednesday, February 18, 2026 11:46 AM
**To:** markfbuckman@sbcglobal.net
**Cc:** Natalie Pitre; Richard WIlson; Tamara
**Subject:** Re: marK buckman note

Mark,

Your email is noted

You are not authorized to make assumptions or representations regarding any party's legal capacity or role. Any further communications must be directed to counsel.

If you wish to move this matter forward, sign and return the attached Settlement Agreement today. Until that is completed, there is nothing further to discuss

Natalie Pitre

Mahalo,
Natalie B Pitre
808-927-9199
Sent from my iPhone

3

**Mark Buckman**

| | |
|---|---|
| **From:** | Natalie Pitre [nataliebpitre@gmail.com] |
| **Sent:** | Wednesday, February 18, 2026 11:46 AM |
| **To:** | markfbuckman@sbcglobal.net |
| **Cc:** | Natalie Pitre; Richard WIlson; Tamara |
| **Subject:** | Re: marK buckman note |
| **Attachments:** | ATT00016.docx; ATT00019.htm |

Mark,

Your email is noted

You are not authorized to make assumptions or representations regarding any party's legal capacity or role. Any further communications must be directed to counsel.

If you wish to move this matter forward, sign and return the attached Settlement Agreement today. Until that is completed, there is nothing further to discuss

Natalie Pitre

Mahalo,
Natalie B Pitre
808-927-9199
Sent from my iPhone

**Mark Buckman**

| | |
|---|---|
| **From:** | Natalie Pitre [nataliebpitre@gmail.com] |
| **Sent:** | Wednesday, February 18, 2026 1:11 PM |
| **To:** | markfbuckman@sbcglobal.net |
| **Cc:** | Natalie Pitre; Richard WIlson; Tamara; louise.ing@dentons.com |
| **Subject:** | Re: marK buckman note |

marK,

Your assumptions are incorrect and you are not authorized to make representations regarding any party's legal capacity or role.

If you wish to move this matter forward, sign and return the Settlement Agreement previously provided. Until that is completed, there is nothing further to discuss.

Natalie Pitre

Mahalo,
Natalie B Pitre
808-927-9199
Sent from my iPhone

On Feb 18, 2026, at 10:12 AM, Mark Buckman <markfbuckman@sbcglobal.net> wrote:

Natalie,

Thank you for your response.  I assume from Tammy's lack of a response and your lack of denial that you are acting as the successor trustee of mom's 2025 trust and the personal representative under mom's 2025 will.

In either case, who is your counsel for that representation?  What is his/her contact information?  In what capacity do they represent you, i.e., (i) as successor trustee of mom's 2025 trust, (b) as personal representative under mom's 2025 will, (c) with regard to my mortgage and note on the Front House, (4) personally with regard to other matters?

Similarly, who represents you (and Carl) with respect to the settlement agreement that you keep insisting I sign?  You keep emailing me, not an attorney, and no attorney has stepped in to say they represent you.  So, it looks like you are not represented by an attorney in that regard. Please clarify for me with the attorney's name and role.

Please clarify so that we can move this matter forward and I know who to communicate with for the various legal matters.  Thanks.

Finally, it seems like you've picked up Rich's habit of spelling my name with a capital K. There's no need to be purposefully disrespectful, so let's try to keep it cordial and professional. Thanks.

1

Regards,

Mark F. Buckman

P.S.    For clarity, I sent you, Tammy, and Rich an email this morning, the text of which is set forth below:

Good Morning Natalie and Tamara,

Thank you for responding Natalie.  Unfortunately, Tamara has not responded to my recent emails or texts.

Which one of you is the successor trustee under my mom's 2025 trust?  Also, which one of you is / is going to be the personal representative under my mom's 2025 will?  It looks like Natalie is the successor trustee and will also seek to qualify as the personal representative, but I want to confirm that I am communicating with the right person.

Please clarify.  If I don't hear back from you confirming or disputing my understanding, I will be moving forward with the understanding that Natalie is the successor trustee and personal representative under my mom's 2025 trust and will.

Regards,

Mark F. Buckman

P.S.    I still reserve my rights to challenge the 2025 trust and will.

---

**From:** Natalie Pitre [mailto:nataliebpitre@gmail.com]
**Sent:** Wednesday, February 18, 2026 11:46 AM
**To:** markfbuckman@sbcglobal.net
**Cc:** Natalie Pitre; Richard WIlson; Tamara
**Subject:** Re: marK buckman note

Mark,

Your email is noted

You are not authorized to make assumptions or representations regarding any party's legal capacity or role. Any further communications must be directed to counsel.

If you wish to move this matter forward, sign and return the attached Settlement Agreement today. Until that is completed, there is nothing further to discuss

Natalie Pitre

Mahalo,
Natalie B Pitre
808-927-9199
Sent from my iPhone

2

**Mark Buckman**

---

| | |
|---|---|
| **From:** | Richard WIlson [rewilson_law@yahoo.com] |
| **Sent:** | Friday, February 20, 2026 11:31 AM |
| **To:** | Mark Buckman; Thomas Bush; Natalie Pitre; tambuchwald@aol.com |
| **Subject:** | Re: Personal Representative or Successor Trustee |

Mark -- since the PR has not been appointed and the ultimate trustee has not been identified, I do not know.  However, I presume that I will represent the PR and Trustee for purposes of this case.  Also, are you really intending on opposing the extension of time to file the substitution?  Lemme know.  Rich

Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

On Friday, February 20, 2026 at 09:19:03 AM HST, Mark Buckman <markfbuckman@sbcglobal.net> wrote:

Rich,

        Similarly, do you represent Tamara with regard to my mom's 2025 will and/or 2025 trust, either as personal representative or successor trustee, or potential PR / successor trustee?  Thanks.

Mark

---

**From:** Mark Buckman [mailto:markfbuckman@sbcglobal.net]
**Sent:** Friday, February 20, 2026 11:18 AM
**To:** 'Richard WIlson'
**Subject:** FW: Personal Representative or Successor Trustee

Rich,

1

So I know who to communicate with, do you represent Natalie with regard to my mom's 2025 will and/or 2025 trust, either as personal representative or successor trustee, or potential PR / successor trustee?

Mark

---

**From:** Mark Buckman [mailto:markfbuckman@sbcglobal.net]
**Sent:** Friday, February 20, 2026 10:53 AM
**To:** Natalie Pitre
**Cc:** Tamara; Natalie Pitre; Richard WIlson; Thomas Bush
**Subject:** Re: Personal Representative or Successor Trustee

Natalie,

Thank you for your email.

Who is the attorney that I should direct communications to with regard to mom's 2025 will and 2025 trust?

Regards,

Mark Buckman

Sent by my Continuum Transfunctioner

On Feb 19, 2026, at 9:10 AM, Natalie Pitre <nataliebpitre@gmail.com> wrote:

marK,

Your email is noted.

Your statements are disputed. Direct all communications to counsel.

Mahalo,

Natalie B Pitre

808-927-9199

Sent from my iPhone

On Feb 18, 2026, at 5:35 PM, Mark Buckman <markfbuckman@sbcglobal.net> wrote:

2

Natalie and Tamara,

It seems Natalie is saying that Tamara is the personal representative and successor trustee for my mom's 2025 trust and will  If incorrect, please clarify via email.

The settlement agreement draft you reference is unacceptable to me and has been superseded.  IF you have legal representation with regard to the settlement agreement, identify such attorney(ies) to me and have them contact me to discuss.  In either case, I already commented and sent out a new draft months ago.  So, ball's in your court.

I will proceed accordingly.

Regards,

Mark F. Buckman

---

**From:** Natalie Pitre [mailto:nataliebpitre@gmailcom]
**Sent:** Wednesday, February 18, 2026 1:11 PM
**To:** markfbuckman@sbcglobal.net
**Cc:** Natalie Pitre; Richard WIlson; Tamara; louise.ing@dentons.com
**Subject:** Re: marK buckman note

marK,

Your assumptions are incorrect and you are not authorized to make representations regarding any party's legal capacity or role.

If you wish to move this matter forward, sign and return the Settlement Agreement previously provided. Until that is completed, there is nothing further to discuss.

Natalie Pitre

3