IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICIA W. BUCKMAN, PATRICIA W. BUCKMAN REVOCABLE TRUST, | Civil No. 1:24-CV-00129-MWJS-KJM |
| Plaintiffs, | DECLARATION OF JENNIFER T. BUCKMAN |
| v. | Trial Date: Vacated |
| MARK F. BUCKMAN, ET. AL. | Judge: Hon. Micah W. J. Smith |
| Defendants. | |

**DECLARATION OF JENNIFER T. BUCKMAN**

I, Jennifer T. Buckman, declare as follows:

1.     I am a Defendant in this matter.  I am over the age of 18, and I have personal knowledge of the facts recited in this Declaration. If called as a witness in these proceedings, I could and would testify competently to these facts. I make this declaration in support of Jennifer Buckman's and Mark Buckman's Motion to Enforce Settlement Agreement.

2.     I understood when I signed it that the Binding Term Sheet (attached as Exhibit 1 to the Declaration of Mark Buckman, filed concurrently with this

1

Declaration) was a binding legal agreement and its terms would be enforceable. If needed, I could provide more facts about this issue.

3.      When Mark and I left the settlement conference, we exited by a different doorway than we had used to enter Chambers. We walked out the door and went down the hallway looking for the stairs or elevator to get down to the ground floor. We rounded the corner to the elevator and ran into Pat, who immediately smiled, waved us over to her, and started walking towards us. Mark went forward a few steps and they embraced each other. Pat said something to the effect of "I'm really glad that's over!" Mark said something like "It's good to have all this behind us. I love you, mama-san" Pat said, "I agree! Love you too, son" and I said something like, "Now it's time for champagne!" Pat opened her eyes (she had closed them while she and Mark were hugging) and said, looking me in the eye, "Oh there's Jen! It's good to see you. I didn't know you would be here." At this point, I was still standing a few steps away from Pat and Mark as I had not wanted to interrupt their moment of celebration. Once she made eye contact and called out to me, I approached Pat and kissed her on the cheek and said, "Love you, mama-san. Glad this is over. Maybe now we can get back to the fun stuff."

4.      Carl Pitre was standing a few steps behind Pat during this interaction. I initially thought he was, like I was at the outset, being respectful of the mother-son moment. He did not approach us or speak directly to us or make eye contact; he

remained facing the elevator and did not turn to look at us. However, while Pat, Mark, and I were talking, Carl started to get very agitated. He pressed the elevator button repeatedly and was apparently trying to summon it to come faster.

5.    As we were chatting with Pat, Carl came up and interrupted us. He physically grabbed Pat's walker and yanked it back over towards the elevator, causing her to misstep a little bit. He was demonstrably angry and expressed his anger at Pat in a very loud voice approaching a yell. He said something like "I cannot believe you are talking to him after how he treated you today! We have to go, Pat! Natalie is waiting for us!"

6.    Carl's voice carried through the vestibule and it was so loud that one of the U.S. Marshalls who was downstairs at the entrance to the building walked over and looked up at us. His eyebrows were raised and he seemed to be trying to assess whether he needed to come upstairs. I made eye contact with him and shook my head slowly.

7.    The elevator arrived then and Carl pushed Pat into it, a little roughly, because he was moving her faster than she was comfortable going, all without making eye contact with us. The Marshall extended a hand towards me, which I took as a sign they wanted Mark and me to stay upstairs while Carl exited the building to help defuse the situation. I nodded my head and Mark and I stayed upstairs.

8.    Mark and I were both stunned by his behavior. (Before discovery in this case, I never would have thought that Carl had it in him to be abusive of an elderly person. This case has been very disappointing, on so many levels, for me.) Mark had tears in his eyes after once again being confronted with how Pat was being treated by the persons who cared for her.

9.    Mark I walked over to the railing and looked down while Carl and Pat were walking towards the exit. The sound of Carl's voice carried up to where we were standing. I heard Carl continue to insult Pat and tell her she had no right to be happy about settling the case, and they had no cause for celebrating anything. The way Carl was treating her made me sick to my stomach.

10.    When we got downstairs, Carl and Pat were still walking towards the exit. Carl was far ahead of Pat because Pat was going slowly. Mark and I hung back, and then went to sit on a bench to wait for Carl and Pat to leave the building. We chatted with the Marshalls and waited for Carl and Pat to clear the area before we exited.

When we got to our car, Mark asked if I wanted to go get something to eat. I told Mark that I could not eat then because I was sad about what I had seen and my stomach was upset by it.

I declare under penalty of perjury under the laws of the United States that the facts recited above are true and correct.

Executed February 26, 2026 in Sacramento, California.

    /s/ Jennifer T. Buckman
    JENNIFER T. BUCKMAN