**From:** Richard WIlson <rewilson_law@yahoo.com>
**Subject: Order**
**Date:** May 10, 2024 at 12:51:21 PM HST
**To:** Natalie Pitre <nataliebpitre@gmail.com>, Tamara Buchwald <tambuchwald@aol.com>
**Reply-To:** Richard WIlson <rewilson_law@yahoo.com>

Read this one!  We need to add more facts to Jennifer's involvement in the scheme.  Huge WIN!


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

**EXHIBIT 1**

N000686

**From:** Richard WIlson <rewilson_law@yahoo.com>
**Subject: allegations about Jennifer**
**Date:** May 16, 2024 at 9:27:01 AM HST
**To:** Natalie Pitre <nataliebpitre@gmail.com>, Tamara Buchwald <tambuchwald@aol.com>
**Reply-To:** Richard WIlson <rewilson_law@yahoo.com>

Ladies,

We need to allege facts that tie in Jennifer as part of the conspiracy to defraud Pat. She was not there, did not prepare the deed and mortgage, and did not call the mobile notary. But she did come to Hawaii with Mark, butter Mom up, *et cetera*. Things she had never done in the prior several years. Natalie -- so I need facts, when did she come to Hawaii the last time prior to August 2023. What did she do differently with Pat? We need to tell the story. Let's get on this sooner rather than later.

Rich

Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE: The information contained in this email and any attachments may be privileged, confidential and protected from disclosure. Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

N000687