Wed, May 8 at 9:22 AM

> Good morning
> Are you taking care of the papers Matt received, or am I? If it's me, I will need them please.

I am helping Matt with the Mark situation. Trying to get him help from the Legal Aid Society. However, that help is not for sure. I believe the court date is the 17th.

I can send you the papers so you have them. I do feel that you should have them, share the information with your mom, and use them in her case against Mark to prove what he has done and is doing. I'm unsure how you intend on helping Matt but, for this matter help is welcome.

As I have said before on behalf of Matt, he is willing to pay property tax, utilities and insurance if necessary. However, Mark expecting Matt to pay his Mortgage is absolutely ludacris.

I feel that this situation is serious and Mark prevailing means Matt will become, homeless. It also validates Mark by giving him possession (which he already claims he was awarded in his claim against you and Carl).

I'll go ahead and email you that file now. For the record, Matt has technically not received any documents nor has he been served.

Maybe and if you have any questions or want anymore thoughts or information just ask. Again, I want you to know that I have not been and am not working with Mark. I feel that he has no business being involved with anything to do with the Kaunaoa Street property. From my stand point he is being opportunistic and he took advantage of the situation using his position as a lawyer tricking your Mom into giving him the back house. He is not helping anyone but himzelf.

> Please send me the papers.
> NatalieBPitre@gmail.com
>
> How did you get the papers?

I sent a compressed pdf to your Gmail

Wed, May 8 at 1:41 PM

I downloaded the papers off ecourtkokua. The same day he filed them. I was looking to see how they wrote the resolve for the ejectment case you had against Matt.wanted to make sure the clerk didn't fuck it up as they often do. Not to my surprise I saw Mark's complaint. I knew that's what he'd do. Because Matt won't be able to pay Mark's loan payment.

EXHIBIT 5

N000220

Case 1:24-cv-00129-MWJS-KJM     Document 202-6     Filed 03/01/26     Page 2 of 2
PageID.3436

Thu, May 9 at 9:12 AM

We gave my mother's attorney a list of witnesses, and Mark started contacting them to arrange their deposition.

There is a lot that needs to happen before Mark can depose anybody. As usual, he is not following the rules.
If he contacts you,
please let me know
and
do not allow him to depose you until we get to that point. We are not at that point.

Ok

Is that for your mom's case against him or his case against matt?

My mom's case against Mark.

Our Eviction Attorney turned the case down since Mark is on title.

I think you will need to help Matt fight Mark.

I will help you help Matt.

At the moment, Matt is not taking my calls or responding to any of my communications or my mother's communications despite calling him repeatedly and texting him.

I spoke to him about the barrier. I told him that it was futile. That he needs to focus his limited time and energy on stuff that truly matters.
So the attorney will not help him because Mark is the owner of record. So the "stay" order you had mentioned when I questioned Matt moving into the back house....what's the deal with that?

I just spoke with the Eviction Attorney and he said his hands are tied because Mark's name is on the title.

I'm going to go back to my mother's attorney and urge him to help in one way or another.

We are going to continue helping Matt, as long as he will accept our help and work with us not against us.

He's got to pull it together so we can work together to beat Mark.

I know we can do it. We had a call with the Attorney and Mark is totally messing up- missing dates, perjuring himself, going out of order, being an unreasonable ass, which the federal court does not approve of.
We are going to easily beat Mark, but we must work together.

N000221