IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PATRICIA W. BUCKMAN,        CIVIL NO. 1:24-CV-00129-MWJS-KJM
Individually and as Trustee
of the PATRICIA W. BUCKMAN
REVOCABLE TRUST; PATRICIA W.
BUCKMAN REVOCABLE TRUST,

            Plaintiffs,
        vs.

MARK F. BUCKMAN, Individually
and as TRUSTEE OF THE MARK F.
BUCKMAN TRUST; MARK F. BUCKMAN
TRUST; JENNIFER BUCKMAN; et al.,

            Defendants.

_____

VIDEOTAPED DEPOSITION OF KIMBERLY JEAN BUCKMAN

Taken on behalf of the Defendants,

at Dentons US, LLP

American Savings Bank Tower, Suite 1800

1001 Bishop Street; Honolulu, Hawaii 96813

commencing at 11:15 a.m.,

on Thursday, May 15, 2025,

pursuant to Notice.

BEFORE:  HEDY COLEMAN, CSR NO. 116
         RMR, CRR, CRC

RALPH ROSENBERG COURT REPORTERS, INC.
(808)524-2090

**EXHIBIT 6**

A    Unh-unh.

Q    It seems very hypothetical, because there -- my understanding was there's no $120,000 ever given to me, or Matt, or Natalie, regardless.

A    I'm basing it on a number that was in -- in that -- in that computation.  I'm just using this as an example of where you -- if your mom believed that she owed you 40,000 -- I mean 40 percent of her house, in that personal notation, it would have been there.  And it --

Q    And, again, this is you speculating, right?

A    Yeah.

Q    Okay.  I didn't -- let's move on.  So as to the agreement between me and Matt, you weren't there when we discussed it.  Correct?

A    Correct.

Q    You never heard us discuss it on the phone, did you?

A    No.

Q    Did you ever --

A    You made sure that that was never -- that was between you and Matt.

Q    Did -- did Matt invite you to any discussions about the agreement with Matt and I?

A    No.

RALPH ROSENBERG COURT REPORTERS, INC.
(808)524-2090

Q    Were you ever there, or hear anything that Manoa discussed with me or Matt about the agreement?

A    No.

Q    Would it also be fair to say that Matt and Manoa only gave you a very little bit of the details at first of the agreement?

A    Pretty much, they told me everything that I know about it now.

Q    Okay.  And then but I would say no, they're not giving you enough information to me.  It's wrong; you need to go talk to them.  Didn't that happen quite a few times?

A    That happened one time, I know for sure, and I did, and they told me about the -- the offer that you made to Manoa for $10,000 a year for 20 years for an $800,000 house that would have been his had you not have gotten involved.

Q    Uh-huh.  You testified earlier, though, that you thought, under the 2022 trust, Manoa wouldn't really get anything out of the house.  Correct?

A    I testified I believe, yes.

Q    Okay.

A    Under that trust.

Q    Okay.

A    But that it could be easily be undone.  And

C E R T I F I C A T E

I, HEDY COLEMAN, Certified Shorthand Reporter No. 116, in and for the State of Hawaii, do hereby certify:  That on Wednesday, May 15, 2025, appeared before me KIMBERLY JEAN BUCKMAN, the witness whose deposition is contained herein;

That prior to being examined, she was by me duly sworn; that the deposition was taken down by me in machine shorthand and reduced to typewriting; that the foregoing represents, to the best of my ability, a correct transcript of the proceedings had in the foregoing matter;

That pursuant to Rule 30(e) of the Hawaii Rules of Civil Procedure, a request for an opportunity to review and make changes to this transcript:

_X___was MADE by the deponent or a party, and/or their attorney prior to the completion of the deposition.

____was NOT MADE by the deponent or a party, and/or their attorney prior to the completion of the deposition.

____was WAIVED.

I further certify that I am not counsel for any of the parties hereto, nor in any way concerned with the cause.

DATED:_____

_____
HEDY COLEMAN, CSR #116

RALPH ROSENBERG COURT REPORTERS, INC.
(808)524-2090