**From:** Richard WIlson <rewilson_law@yahoo.com>
**Subject: first amended complaint**
**Date:** June 9, 2024 at 2:52:19 PM HST
**To:** Natalie Pitre <nataliebpitre@gmail.com>, Tamara Buchwald <tambuchwald@aol.com>
**Reply-To:** Richard WIlson <rewilson_law@yahoo.com>

Check this one out.  It is starting to sing.


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

**EXHIBIT 8**

N000692