IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICIA W. BUCKMAN, Individually, and as Trustee of the PATRICIA W. BUCKMAN REVOCABLE TRUST; PATRICIA W. BUCKMAN REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK F. BUCKMAN Individually, and as TRUSTEE OF THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST; JENNIFER BUCKMAN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>Defendants. | Civil No. 24-00129 MWJS-KJM<br><br>ORDER DENYING DEFENDANT MARK F. BUCKMAN'S MOTION TO DISMISS, GRANTING IN PART AND DENYING IN PART DEFENDANT JENNIFER BUCKMAN'S MOTION TO DISMISS, DENYING PLAINTIFFS' MOTION TO DISMISS, AND STRIKING PARAGRAPH SIX OF THE SECOND AMENDED COUNTERCLAIM |

**INTRODUCTION**

Before the Court is a new round of motions to dismiss in this family's estate

dispute. On one side of the suit is an ailing mother—Plaintiff Patricia W. Buckman—

and her revocable trust. Plaintiffs allege that the mother's son and daughter-in-law

defrauded her out of one property and into a mortgage on another. On the other side

are the son and his wife. The son, Defendant Mark F. Buckman, has counter-sued for

**EXHIBIT 10**

N000795