

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PATRICIA W. BUCKMAN, Individually, and as Trustee

of the PATRICIA W. BUCKMAN REVOCABLE TRUST;

PATRICIA W. BUCKMAN REVOCABLE TRUST

       Plaintiffs,

vs.               CASE NO.: 1:24-cv-00129-MWJS-KJM

MARK F. BUCKMAN Individually, and as TRUSTEE OF

THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST;

JENNIFER BUCKMAN; JOHN DOES 1-10; JANE DOES 1-10;

DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10, et al,

       Defendants.

VIDEOTAPED DEPOSITION OF

PATRICIA BUCKMAN

VOL I

TAKEN ON

THURSDAY, AUGUST 15, 2024

10:10 A.M.

NAEGELI DEPOSITION & TRIAL

1003 BISHOP SQUARE, SUITE 2700-A

HONOLULU, HAWAII 96813



(800) 528-3335   NAEGELI DEPOSITION & TRIAL   Established 1980   NAEGELIUSA.COM

EXHIBIT

11

So just ask the question, it comes in, and the judge can make the decision later, please.

MR. WILSON:  Counsel, not my first rodeo. I can interpose any objection I deem that's necessary.

Ask a question.

BY MR. BUCKMAN:

Q.   Okay.  So we were talking about -- can you read it back, please, Ms. Reporter?

THE REPORTER:  Please stand by.

(WHEREUPON, the record was played back.)

BY MR. BUCKMAN:

Q.   So the question is, does Natalie take you to all of your medical care now?

A.   I think so.

Q.   Okay.  When was the last time you talked with Natalie about this case?

A.   I don't know.

Q.   Would it be within the last -- you drove here with Natalie today; correct?

A.   Yes.

Q.   Did you talk about the case on the way over?

A.   I don't think so.

Q.   Okay.  If you could just tell me as a

general idea, who are you suing in this case?

A.    I think I'm suing Mark Buckman.

Q.    Anybody else?

A.    Maybe Jennifer.

Q.    And tell me about the Jennifer.  Do you think you're suing Jennifer or not?

A.    I do not know.

Q.    And why would you be suing Jennifer?

A.    Because Jennifer is behind Mark 100 percent.

Q.    But is that your reason for suing Jennifer?  Why is that bad?

A.    I didn't say it was bad.

Q.    Okay.  Okay.

Do you think Jennifer has done anything bad to you?

A.    I'm not sure.

Q.    How could you be sure?  Do you have any documents or any way to know?

A.    No.

Q.    Okay.  As we sit here today, do you think Jennifer has done anything wrong to yo?

A.    Perhaps.

Q.    Why is that?

A.    Excuse me.  I'm not sure.

Answer it if you can.

THE WITNESS:  Would you repeat the question?

BY MR. BUCKMAN:

Q.    It seems like you say Jennifer supports Mark, her husband; correct?

A.    Yes.

Q.    And other than that you don't know anything that Jennifer's done wrong to you or to hurt you; correct?

A.    I don't know.

Q.    And did you -- we had a previous restraining order case that you filed against Mark.

Do you recall that?

A.    Vaguely.

Q.    Did you want to file that against Mark?

A.    Yes, I did.

Q.    And were you the one that drafted it, wrote it up?

A.    I'm not clear.

Q.    If Mark said you told that judge that you worked with Natalie on drafting that restraining order what would you say?

A.    I'm not sure.  I'm not clear.

Q.    Do you recall ever having Natalie's help

A.   I have no idea.

Q.   If Mark said that was because he didn't agree to pay Natalie a commission on the sale of the house does that refresh your recollection at all?

A.   No.  I don't remember.

Q.   Okay.  So would it be fair to say that you don't remember signing this document at all?

A.   No.  I don't.

Q.   Do you remember Mark putting any pressure on you to sign this document?

A.   I don't know.

Q.   Did Mark trick you in signing this document?

A.   I don't know.

Q.   Did Jeni trick you or intimidate you or anything to sign this document?

A.   No.

Q.   Okay.

MR. BUCKMAN:  Well, I guess we can just pick up again tomorrow.

MR. WILSON:  That's fine.

MR. BUCKMAN:  And we'll go from there. I'm sorry it's a -- like I said, it's not a great day for all the Buckmans, Mom.

Can I ask one more question off topic?

CERTIFICATE

I, Mae Knight, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 29th day of August, 2024.

Mae Knight

(800) 528-3335   NAEGELI DEPOSITION & TRIAL   — Established 1980 —   NAEGELIUSA.COM