

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PATRICIA W. BUCKMAN, Individually, and as Trustee

of the PATRICIA W. BUCKMAN REVOCABLE TRUST;

PATRICIA W. BUCKMAN REVOCABLE TRUST

       Plaintiffs,

vs.            CASE NO.: 1:24-cv-00129-MWJS-KJM

MARK F. BUCKMAN Individually, and as TRUSTEE OF

THE MARK F. BUCKMAN TRUST; MARK F. BUCKMAN TRUST;

JENNIFER BUCKMAN; JOHN DOES 1-10; JANE DOES 1-10;

DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10, et al,

       Defendants.

VIDEOTAPED DEPOSITION OF

PATRICIA BUCKMAN

VOL 2

TAKEN ON

FRIDAY, AUGUST 16, 2024

10:08 A.M.

NAEGELI DEPOSITION & TRIAL

1003 BISHOP SQUARE, SUITE 2700-A

HONOLULU, HAWAII 96813

(800) 528-3335    NAEGELI DEPOSITION & TRIAL   Established 1980    NAEGELIUSA.COM

EXHIBIT

12

PATRICIA BUCKMAN DAY 2          August 16, 2024                              8
76480

PATRICIA W. BUCKMAN, having been first duly affirmed

to tell the truth, was examined, and testified as

follows:

EXAMINATION

BY MR. BUCKMAN:

Q.   Good morning, again, Mom.

A.   Good morning, Mark.

Q.   We're back for day two.  Could you just point out the non-attorneys in the room and identify who's here with us as well.

A.   We have Natalie Pitre, my daughter.  That's all.

Q.   And?

A.   Jennifer is an attorney, you're an attorney, and --

Q.   Jennifer is a party here, right?

A.   I don't know.

Q.   Okay.  But sitting to my right is Jennifer Buckman?

A.   Yes.

Q.   Okay.  Thank you, Mom.  So we're -- we're -- we're continuing on.  There's -- we wanted to confirm that there's no nonverbal contact allowed by nondeponents like Natalie Pitre.

MR. BUCKMAN: Ms. Pitre, you have your

A.  In a lawyer's office.

Q.  Uh-huh.  And -- and how many times have you visited in a lawyer's office?

A.  At least a couple.

Q.  Okay.  Do you remember reading the complaint that is, like, the lawsuit paperwork that's been filed in this case?

A.  No.

Q.  Okay.  Do you know where the facts in the complaint came from?

A.  No idea.

Q.  Okay.  Do you know if Natalie provided the facts for the complaint?

A.  No idea.  I just told you no idea.

Q.  Okay.  So has -- has there been anybody else that's met with you and the attorney in this case besides Natalie?

A.  Not that I can remember.

Q.  How about Tamara Buchwald?

A.  She doesn't live here.

Q.  I know.  But has -- has she ever spoken to your attorney or communicated with your attorney to your knowledge?

A.  No.

Q.  Have you authorized your attorney to speak

PATRICIA BUCKMAN DAY 2          August 16, 2024                    58
76480

A.  He's on my side.  He's my friend and my helper.

Q.  Okay.

A.  And he's a great physical therapist.

Q.  And you had another worker, Ceci -- Ceci Wing.  What was your opinion of her?

A.  It was such a fleeting time, I can't remember.

Q.  Okay.  Do you recall -- you know, you -- you've accused in a -- your lawsuit Jenny of, like, getting you to sign documents.  Do you recall a single word Jenny said to you regarding the documents?

A.  I don't recall a single word.

Q.  Do you recall any of the general idea of what it -- the gist of what was said by Jennifer?

A.  No.

Q.  Do you recall that she was only present one time when you signed documents?

A.  No.

Q.  Do you recall anything of where the document signing occurred? That's when you said you signed documents with Mark and/or Jenny.

A.  I don't know where.

Q.  Do you remember on any of those occasions,

PATRICIA BUCKMAN DAY 2          August 26, 2024                    59
76480

how long it took for you to review and sign the documents?

     A.  Well, at that time, I trusted her, so I really didn't read them.

          MR. BUCKMAN: Nonresponsive.

BY MR. BUCKMAN:

     Q.  Do you know how long it took to review the documents?

     A.  Very little time.

     Q.  Did Jennifer give you any reason to believe that you shouldn't read the documents?

     A.  No.

     Q.  Did you believe you were under any pressure from Jennifer or Mark to sign the documents or not read?

     A.  I don't think Mark was involved at all.

     Q.  Well, there's -- you have these allegations in the lawsuit that Mark and Jennifer -- mostly Mark, I would say from your complaint, got you to sign these documents.  So I'm trying to ask: As to those documents in your lawsuit, did Mark or Jennifer, you know, rush you to sign them or force you to sign in any way?

          MR. WILSON: Be specific to what documents you're referring to.

CERTIFICATE

I, Mae Knight, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 29th day of August, 2024.

Mae Knight

(800) 528-3335    NAEGELI DEPOSITION & TRIAL    NAEGELIUSA.COM
Established 1980