IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PATRICIA W. BUCKMAN,            ) Civil No.:
Individually, and as            ) 1:24-cv-00129-MWJS-KJM
Trustee of the PATRICIA W.      )
BUCKMAN REVOCABLE TRUST;        )
PATRICIA W. BUCKMAN             )
REVOCABLE TRUST,                )
                                )
        Plaintiffs,             )
                                )
    v.                          )
                                )
MARK F. BUCKMAN                 )
Individually, and as            )
TRUSTEE OF THE MARK F.          )
BUCKMAN TRUST; MARK F.          )
BUCKMAN TRUST; JENNIFER         )
BUCKMAN; JOHN DOES 1-10;        )
JANE DOES 1-10; DOE             )
CORPORATIONS 1-10; DOE          )
PARTNERSHIPS 1-10; and DOE      )
GOVERNMENTAL AGENCIES           )
1-10,                           )
                                )
        Defendants.             )
_____   )


VIDEOTAPED DEPOSITION OF PATRICIA W. BUCKMAN

VOLUME III


Taken on behalf of the Defendants at the offices of

Ralph Rosenberg Court Reporters, 1001 Bishop Street,

Suite 2460, Honolulu, HI, commencing at 10:09 a.m. on

Wednesday, September 18, 2024, pursuant to Notice.

Reported by:
MELINDA HERMANSEN, RPR, CSR NO. 545
Certified Shorthand Reporter

**EXHIBIT**

**13**

C E R T I F I C A T E


        I, MELINDA HERMANSEN, do hereby certify:

        That on Wednesday, September 18, 2024, at 10:09 a.m., appeared before me PATRICIA W. BUCKMAN, the witness whose deposition is contained herein; that prior to being examined she was by me duly sworn or affirmed pursuant to Act 110 of the 2010 Session of the Hawaii State Legislature;

        That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewriting; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

        That pursuant to Rule 30(e) of the Hawaii Rules of Civil Procedure, a request for an opportunity to review and make changes to this transcript:

        _    Was made by the deponent or a party
             (and/or their attorney) prior to the
             completion of the deposition.
        X    Was **not** made by the deponent or a party
             (and/or their attorney) prior to the
             completion of the deposition.
        _    Was waived.


        I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

        Dated this 1st day of October, 2024, in Honolulu, Hawaii.



_____
Melinda Hermansen, RPR, CSR NO. 545

Ralph Rosenberg Court Reporters, Inc.
(808) 524-2090