IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


PATRICIA W. BUCKMAN,     )Civil No.1:24-cv-00129-MWJS-KJM
individually, and as     )
Trustee of the PATRICIA  )
W. BUCKMAN REVOCABLE     )
TRUST; PATRICIA W.       )
BUCKMAN REVOCABLE TRUST,)
                         )
         Plaintiffs,    )
                         )
     vs.                 )
                         )
MARK F. BUCKMAN,         )
Individually, and as     )
TRUSTEE OF THE MARK F.   )
BUCKMAN TRUST; MARK F.   )
BUCKMAN TRUST; JENNIFER )
BUCKMAN; JOHN DOES 1-10;)
JANE DOES 1-10; DOE      )
CORPORATIONS 1-10; DOE   )
PARTNERSHIPS 1-10; and   )
DOE GOVERNMENTAL         )
AGENCIES 1-10,           )
                         )
         Defendants.    )
_____)


VIDEOTAPED DEPOSITION OF PATRICIA W. BUCKMAN,

VOLUME IV

Taken on behalf of the Defendants MARK F. BUCKMAN

Individually, and as TRUSTEE OF THE MARK F. BUCKMAN

TRUST; MARK F. BUCKMAN TRUST, at the offices of Ralph

Rosenberg Court Reporters, American Savings Bank Tower,

Suite 2460, 1001 Bishop Street, Honolulu, Hawaii 96813,

commencing at 10:05 a.m., on Thursday, September 19,

**EXHIBIT**

**14**

6

A    At this time, I don't think so.

Q    Okay.  And how is -- how are you doing today health-wise and memory-wise?

A    So-so.  I didn't sleep well.

Q    Is that normal for you or?

A    No, it's not normal, but this is all disturbing and annoying.

Q    Okay.  And do you have any medicines that you take that might have affected your memory?  Is there anything that might affect your memory today?

A    No.

Q    Okay.  Can you -- you know, I hear it's disturbing and annoying.  Can you tell me what this -- what generally your -- this case is about, who are you suing in this case?

A    Am I suing someone?

Q    Yeah.  I'm asking are you suing anybody in this case?

A    Not that I'm aware of.

Q    Okay.  Is anybody suing you in this case?

A    I think so.  I think you're suing me.

Q    Okay.  Do you know what I would be suing you about?

A    Money.

Q    Okay.  Besides money, anything else?

A    No.

Q    Okay.  Do you know if Jennifer Buckman, my wife, is involved in this case?

A    I think so.

Q    Do you know what capacity or do you know any allegations against her?

A    Well, previously she was with you and advising you about what to say.

Q    You mean in the deposition?

A    Yes.

Q    Okay.  So she was here at the first two days of your deposition, but she wasn't here yesterday?

A    That's correct.

Q    Okay.  But besides just being involved physically in this -- in the deposition room, is there anything that -- any reason why you would be suing Jennifer Buckman?

A    No.

Q    Okay.  Do you -- do you -- what would you describe your relationship with Jennifer Buckman before last year, let's say, Jennifer and Mark started coming over to Hawaii more in the summer of last year.  Do you recall that?

A    Yes, I do.

19

C E R T I F I C A T E

STATE OF HAWAII                )
                              )  SS:
CITY AND COUNTY OF HONOLULU )


        I, MYRLA R. ROMERO, do hereby certify:


        That on Thursday, September 19, 2024, at 10:05 a.m., appeared before me PATRICIA W. BUCKMAN, whose 17-page deposition is contained herein; that prior to being examined PATRICIA W. BUCKMAN, was by me duly sworn or affirmed pursuant to Act 110 of the 2010 Session of the Hawaii State Legislature; that the deposition was taken down by me in machine shorthand and was thereafter reduced to typewritten form under my supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter; that pursuant to Rule 30(e) of the Hawaii Rules of Civil Procedure, a request for an opportunity to review and make changes to this transcript were made by the deponent or a party prior to the completion of the deposition.


        I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.




        Dated this 8th day of October, 2024 in Honolulu, Hawaii.



                        _____
                        MYRLA R. ROMERO, CSR NO. 397
                        Notary Public, State of Hawaii