Gmail

## FW: Buckman v. Buckman

**From:** Richard WIlson <rewilson_law@yahoo.com>
**Sent:** Monday, April 14, 2025 1:32 PM
**To:** Ing, Louise K.Y. <louise.ing@dentons.com>
**Subject:** Buckman

**[WARNING: EXTERNAL SENDER]**

Hey Louise,

No problem about the email -- it happens.  I ignored it, so we're good.

I have been behind the 8-ball with Mr. Buckman concerning 1) Mark's set 1 request for admissions, 2) Mark's set 1 request for answers to interrogatories, and 3) Jennifer's set 2 request for production of documents.  I'd like to meet and confer with you on the foregoing.

## EXHIBIT 20

As for admissions, they are substantially similar to those which were stricken.  The answers to interrogatories are, quite frankly, way above her paygrade, and are, for the most part, irrelevant.  She is 90, and is not going to be able to answer them.  As for doc response, I'll respond.

Give me a call when you have some time.

When are you going to make and appearance?

Best,

Rich

Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.