2015

Always been achiever, respected, liked and admired

6th, 7th, 8th grade (3 room school house)  Princiapl gave me job of organizing every Friday morning"

Singing, plays, skits, contests, stories, etc. plan for all 3 grades Fri. a. m. 's

Happy family, despite all sorts of money problems.  All family members nice, respectful to each other.  Never any swearing at each other.  Yelling done by father whom mother divorced.

Went from tiny 3 room country school to huge town high school of about 1800-2,000. Students.

Excellent grades, all A except each year one class a B: algebra, geometry, chemistry, bookkeeping.  Graduated about #8 or 9 in class of 450.  Awarded trophy for outstanding scholar/athlete of the class.

Obtained summer job as swimming teacher (trained myself) became life guard summers, then WSI instructor.  Summers talked myself w/ no experience into PARKS AND RECREATION DIRECTOR at two local parks.

Went to junion college, always A's  Life guarded, taught swimming

Planned to go to 2 yr. university, solicited by another 3 room school to teach grade 1,2,and3.   No formal teacher training, read how to do and did.  Wonderful times with children who excelled at reading, writing, art work, nature study, field trips.  Did this for 2 yrs. to earn $$$ for colleege

Planned college.  My high school principal called and beseeched me to come and teach physical education for 1 year, great shortage of teachers.  Couldn't resist salary of $3,400. Per yr.  ⟵ 1957?

Went to Hawaii to finish college; only two families in our town ever been to Hawaii, mayor and hardward store owner.

Obtained  4.0 grade point; UH those days gave free tution for 4.0 GP

Married, has 3 children; left UH to become realtor. Never took a class, ot required in those days, just if could pass test.  I said "anyone who can get a master's degree can get a real estate licese" and I did.

Established own real estate co.

Raised children, sold real estate, played tennis, joined PACIFIC CLUB and OUTRIGGER CAOE CLUB.

Put 3 kids thru college myself.

Always respected.  Never allowed  ANY SWEARING IN OUR HOME.

Bought homes for our family on my own.

Bought home on 15th Ave. to remodel and sell.  Natalie wanted it.  Helped her and Carl to the tune of about $130-$150k remodel and mortgage their home.

Bought lot Kawela / built house
Dad Helpful designed hse, built tennis court. Made it time
Share before Time Show/ Negotiations for fee. Bruce ½ owner/ Jack ½ were to regotiate the fee. Missed deadlines + Judge bought house, tennis court. I knew Judge owned house 2 doors away. Arranged for Dell, LA owner of house next door to come out

**EXHIBIT 25**

KIMBERLY BUCKMAN 195





**KIMBERLY BUCKMAN 196**

as I had a buyer for his lot. ME! I bought Dells & traded Judge for our old lot & he got Dells in a change. Jack went behind our back & bought the fee, Received letter we were out. Hired Attorney, got Taylor to get ours back?!! Fireworks --- I won. Later Sued to fuck on 5 yr agreement of Sale. When Bruce left me, No $ 3 kids, I used this $ to help her survive survive.

Natalie always been 95 % loving and respectful daughter until last 5 years. She used to think I was wonderful.

Natalie joined my real estate company; to my surprise, she settled down and became very good agent;

However, she has lost respect for me and made me doubt myself, feel insecure, made me feel very lacking. Of course we are all lacking to some degree, but never felt it the way I do ow as the way she treats me.

Always corrects me. Rarely compliments me. Is very disrespectful and makes me question my own abilities and choices. VERY IMPATIENT with me. I feel very unimportant in her life, as an unwanted baggage.

She say she will no longer eat what I cook. Critidizes the way I cook, use knives, how unclean my home is, how I spill on my clothes (I am EIGHTY YEARS OLD), do ridiculous things, is always always aways questioning whereas I would think she would , even tho annoyed at me, HELPFUL AND KIND, OT TRUE.

"What the fuck?"

You are a FUCKING IMBICILE"

CUNT

AND OTHER FILE WORDS, VERY OFTEN SWEARING AT ME.

COULD BE wrong, but I think I hav never sworn at her.

I would like for us to get along in a lonving cooperative way. She is very secretive about her business with Island Properties and very secretive about her personal life because she says I aways blab everything she wants private......i.e. my grandchild from India.

All I ask is kindness and respect. 10 years ago she used to talk about us going to museums, traveling together; we usually travel well together, but this summer was a disaster and I know not who I did wrong.

RESPECT if not kindness. No one NO ONE except her brother who she is becoming more and more alike has EVER SWORN at me. I hate it. I HATE CONFLICT. As a child I ran away from conflict and hid when my father shouted at my mother. I CANNOT even give her opinions, I am too judgmental. She can ignore my suggestios, I have been very successful in my business and with my frieds. I have a wealth of knowledge to share, but she will not listen. She can ignore it, but to criticize and just hang up on me, or retreat is not a way to foster good communication and relationships.

I really don't think RESPECT IS TOO MUCH TO ASK FOR. Now I've said ital

Pat Buckman

**KIMBERLY BUCKMAN 197**