| | |
|---|---|
| **From:** | Kimberly Jean Buckman |
| **To:** | Ing, Louise K.Y. |
| **Subject:** | Fwd: Fw: basket case |
| **Date:** | Sunday, May 18, 2025 3:47:18 PM |

**[WARNING: EXTERNAL SENDER]**

2 of 3

---------- Forwarded message ---------
From: **Kimi Buckman** <kimibuckman800@gmail.com>
Date: Sun, May 18, 2025, 12:37 PM
Subject: Fwd: Fw: basket case
To: <kimberlyjeanbuckman@gmail.com>

---------- Forwarded message ---------
From: **Matthew Buckman** <buckmansboatyard@yahoo.com>
Date: Sun, May 18, 2025, 12:14 PM
Subject: Fw: basket case
To: KIMI KATo <kimibuckman800@gmail.com>

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Matthew Buckman" <buckmansboatyard@yahoo.com>
**To:** "KIMI KATo" <kimibuckman800@gmail.com>
**Sent:** Sun, May 18, 2025 at 11:01 AM
**Subject:** Fw: basket case

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Pat Buckman" <buckmanp@gmail.com>
**To:** "natalie@islandpropertieshawaii.com"
<natalie@islandpropertieshawaii.com>
**Sent:** Thu, Sep 8, 2016 at 7:10 PM
**Subject:** RE: basket case

You do not know, or want to know the financial pressures I have.

**EXHIBIT 26**

It is a VERY VERY HARD TIME for me.  Basically I am broke, and struggling…..put three kids thru college with no debt to kids, helped all buy house and now I am sowing what I reap…..NOTHING.  It is very scary. Sad.  Not much joy I;n life.  And, you are so mean to me.j

I am doing the best I can.  I am 81 years old.  I know no one who has the financial dilemna I am in.j Matt has his own problems, but he is usually nice, loving, caring.

Do u think I want to leak?  Spent 1.25 hrs. with specialist.  Nothing to do.  Her mother is my exact age.  She would not let her or me get surgery, even more more problems.  I don't do this to annoy you.  I think we solved the problem…come in, go to bathroom, put new pad.j

According to you I am a basket case, stupid, an idiot, a bitch, a cunt and whatever derogatory adjective comes to your mind.

You are  FURIOUS with me most of the time.  Kind of debilitating to do nothing right, always, wrong, stupid, idiotic, lost it. We never have a conversation because you find ways to dump on me and get furious!

Very sad.

 I

**Patricia W. Buckman, REALTOR**

CERTIFIED INTERNATIONAL SPECIALIST

Island Properties, Sales, Development Management Corp

3198 Waialae Avenue  Honolulu, Hawaii, 96816

O: 808-955-8864 H:808-734-1844 M:808- 386-2781

---

**From:** Natalie Pitre [mailto:natalie@islandpropertieshawaii.com]
**Sent:** Thursday, September 8, 2016 6:58 PM
**To:** Pat Buckman
**Subject:** Re: basket case

Wow, you are a basketcase. You sent this to Serena instead of Hiilani.

You think the world was balancing on your shoulders or something. You are
ridiculously self-important.

Natalie B. Pitre (R)
(808) 927-9199
Natalie@IslandPropertiesHawaii.com

Island Properties, Sales, Development, Management Corp.

3198 Waialae Avenue

Honolulu, HI 96816

Office:808-955-8864  Fax:808-955-9541
www.Islandpropertieshawaii.com

We make a living by what we get but we make a life by what we give. -Winston
Churchill

On Sep 8, 2016, at 6:51 PM, Pat Buckman <buckmanp@gmail.com>
wrote:


SORRY TO SHOUT AT BOTH OF U RE/ TERMITE
INSPECTION……..long day,


Please forward the termite report to Jetemy at escrow and
to Kevin at Veterans United 1st thing Fri. a. m.


Thank you,


Again, apologies, you are both invaluable to me.
Sometimes I get over stressed!

**Patricia W. Buckman, REALTOR**

CERTIFIED INTERNATIONAL SPECIALIST

Island Properties, Sales, Development Management Corp

3198 Waialae Avenue  Honolulu, Hawaii, 96816

O: 808-955-8864 H:808-734-1844 M:808- 386-2781