

**EXHIBIT 29**