LOUISE K.Y. ING        2394
TIM PARTELOW           10218
DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:    louise.ing@dentons.com
          tim.partelow@dentons.com

Attorneys for Defendants
MARK F. BUCKMAN, individually
and as Trustee of the MARK F. BUCKMAN TRUST,
and JENNIFER BUCKMAN

MARK F. BUCKMAN   SBN 7080
Law Offices of Mark F. Buckman
8359 Elk Grove Florin Rd., Suite 103-320
Sacramento, CA  95829
Email:  markfbuckman@sbcglobal.net

Attorney for Defendant
JENNIFER BUCKMAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| PATRICIA W. BUCKMAN, PATRICIA W. BUCKMAN REVOCABLE TRUST,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARK F. BUCKMAN, ET. AL.<br><br>　　　　　Defendants. | Civil No. 1:24-CV-00129-MWJS-KJM<br><br>**DECLARATION OF JENNIFER T. BUCKMAN IN SUPPORT OF DEFENDANTS' RULE 11 MOTION AGAINST PLAINTIFF AND PLAINTIFF'S COUNSEL**<br><br>Trial Date: November 3, 2025<br>Judge: Hon. Micah Smith |

## DECLARATION OF JENNIFER T. BUCKMAN

I, Jennifer T. Buckman, declare as follows:

1.     I am a Defendant in this matter. I am also an attorney licensed to practice law before the Courts of the State of California.

2.     I am over the age of 18, and I have personal knowledge of the facts recited in this Declaration. If called as a witness in these proceedings, I could and would testify competently to these facts.

3.     I am providing this Declaration in Support of Defendants' Rule 11 motion.

4.     The Plaintiff in this matter is my mother-in-law, Patricia Buckman ("Mom"). Mom has actual knowledge that I am Mark's wife, as Mom attended our May 30, 1998 wedding.

5.     The August 10, 2023 "outing" with Mom, Mark, and me lasted approximately 5 hours total. I called Natalie when Mom, Mark, and I left the house because Mom was concerned she might have left the door open and wanted Natalie to close it when she got home. This call occurred while we were driving from Kaunaoa to the Outrigger Canoe Club for lunch, between 11:30 and 12:00 pm. Mom, Mark, and I returned to Kaunaoa around 5 PM, and Natalie was there when we arrived back at the house.

6.      I did not tell Natalie about the August 10, 2023 transaction concerning the Back House because Mom had asked us not to inform Natalie.

7.      Our entire family (Mark, me, and our children, Emma and Brian) spent approximately 3 months in Hawaii in summer 2016, during which time we stayed at Plaintiff's house in Hawaii Kai. Thereafter, some or all of our family members visited with Mom and other Hawaii-based Buckman family in July 2017, April 2018, June 2018, July 2018, July 2019, October 2019, December 2019, March 2020, May 2021, June 2021, September 2021, October 2021, December 2021, January/February 2022, December 2022, and July, August, September, October, and November, 2023. Natalie participated in many of these family visits.

8.      Attached hereto as Exhibit 1 are true and correct copies of two pictures Leimomi Kekina took at Kaunaoa in December 2019 and shared with me.

9.       Attached hereto as Exhibit 2 are true and correct copies of two pictures taken on Matt's boat in Hawaii Kai by his friend when we were on spring break in March 2020, just before the COVID shutdowns started.

10.     Attached hereto as Exhibit 3 is a true and correct copy of a picture taken in Elk Grove, California on Christmas Day, 2020. My son took this picture of my daughter and me wearing the crowns from the "poppers" that Tutu (Plaintiff) had sent us for Christmas that year, and shared it with me, and we texted the

3

picture to Tutu so she could see we were enjoying the Christmas gifts she had mailed us.

11.    Attached hereto as Exhibit 4 is a true and correct copy of a picture taken by the hostess at Scoma's Restaurant at Fishermen's Wharf, San Francisco in May 2021 when we met Natalie's family for lunch.

12.    Attached hereto as Exhibit 5 is a true and correct copy of a picture I took of "Family Game Night," (with Mark, Matt, Carl, Emma, and Brian all visible in the picture; Manoa is out of frame) at a house we were renting in Kahala in June 2021.

13.    Attached hereto as Exhibit 6 is a true and correct copy of a picture Natalie took of Mark and me when we took our nieces, Natalie's daughters, out for gelato in Kaimuki during a visit in September 2021.

14.    Attached hereto as Exhibit 7 is a true and correct copy of a picture I took at our cousins' gift exchange in December 2022. I do not have any pictures of Tutu from my 2021 or 2022 visits because each time we saw her she did not want her photo taken.

15.    Attached hereto as Exhibit 8 is a true and correct copy of a picture I took at Kaunaoa on August 21, 2023.

16.    Attached hereto as Exhibit 9 is a true and correct and correct copy of a picture Mark took on September 21, 2023, and shared with me.

4

17.    Attached hereto as Exhibit 10 is a true and correct copy of a picture taken on my phone by the waiter at the Maitai Bar at the Royal Hawaiian on October 2, 2023.

18.    Attached hereto as Exhibit 11 is a true and correct copy of a picture Mark took at the Outrigger Canoe Club on October 14, 2023 and shared with me.

19.    I personally visited Mom at her home at 3010 Kaunaoa, the Front House, many times before August 2023. I have reviewed my records and confirmed that I visited with Plaintiff during trips to Oahu I made in April 2018, July 2019, October 2019, March 2020, June 2021, September 2021, and December 2022. Natalie saw me at Kaunaoa on at least some of these visits.

I declare under penalty of perjury under the laws of the United States that the facts recited above are true and correct.

Executed this 8th day of July in Sacramento, California.

 /s/ Jennifer T. Buckman
JENNIFER T. BUCKMAN

5





# Exhibit 1





Exhibit 2



# Exhibit 3



# Exhibit 4



# Exhibit 5



# Exhibit 6



Exhibit 7



# Exhibit 8



14

Exhibit 9



Exhibit 10



16

Exhibit 11